JUDGE GOTTSCHALL
MAGISTRATE JUDGE BROWN

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION PH

| | |
|---|---|
| DONNA CAMP, | |
| Plaintiff, | District Court Case No. _____ |
| vs. | State Court Case No. 08-L-41 |
| CENTRUE FINANCIAL CORPORATION, | In the Circuit Court of the Sixteenth Judicial Circuit, Kendall County, Illinois |
| Defendant. | |

### NOTICE OF REMOVAL

TO:    Clerk of the U.S. District Court          Clerk of the Circuit Court
       Northern District of Illinois              Sixteenth Judicial Circuit
       Everett McKinley Dirksen Building          Kendall County
       219 South Dearborn Street                  807 West John Street
       Chicago, IL 60604                          Yorkville, IL 60560

Defendant, Centrue Financial Corporation, being the only Defendant in this matter, pursuant to the provisions of 28 U.S.C. §§ 1331, 1441(a) – (c), 1446 (2008) and 29 U.S.C. § 2617(a)(2), removes this case from the Circuit Court for the Sixteenth Judicial Circuit of Illinois, Kendall County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division.

In support of this Notice of Removal ("Notice"), Defendant states:

1.    Plaintiff, Donna Camp, initiated this action in the Circuit Court for the Sixteenth Judicial Circuit of Illinois, Kendall County, Illinois. The Circuit Court caption and case number of the action is *Donna Camp, Plaintiff v. Centrue Financial Corporation, Defendant,* Case No. 08-L-41. The Verified Complaint and Demand for Trial by Jury ("Complaint") was served on Defendant Centrue Financial Corporation, on June 19, 2008.

2.    Defendant Centrue Financial Corporation is the only named Defendant in this action.

3.    This Notice is filed within thirty (30) days of Defendant Centrue Financial Corporation's initial receipt of service of the Complaint as required by 28 U.S.C. § 1446(b).

4.    Plaintiff filed a five count Complaint, with Count I being titled "Wrongful Termination and Retaliatory Discharge in Violation of the Family and Medical

Leave Act", Count II being titled "Breach of Contract", Count III being titled "Wrongful Discharge", Count IV being titled "Employee's Wrongful Discharge and Retaliatory Discharge as a Result of Reporting Harassing Behavior", and Count V being titled "Intentional Infliction of Emotional Distress."

5.     In paragraph 1 of the Complaint, Plaintiff alleges:

> This is a five count complaint against the Defendants alleging a violation of the Family and Medical Leave Act (29 USCA § 2601 et. seq.), and seeking relief as a result of an unlawful termination under the Family and Medical Leave Act and Retaliatory Discharge as result of exercising rights under the Family and Medical Leave Act, Retaliatory Discharge as a result of reporting a harassment complaint by a co-worker, Breach of Contract and Intentional Infliction of Emotional Distress.

6.     In paragraph 4 of the Complaint, Plaintiff alleges:

> That the Plaintiff was terminated one day after requesting a temporary seven (7) day leave under the Family and Medical Leave Act to complete cancer treatment from April 7, 2008 to April 12, 2008 thereby exercising her rights under the Family and Medical Leave Act (29USCA § 2601 e.t. [sic]seq.).

7.     In paragraph 5 of the Complaint, Plaintiff alleges:

> The allegations set forth in Plaintiff's Complaint detail offensive behavior by the Defendant in discharging the Plaintiff in retaliation for seeking and exercising her rights under the Family and Medical Leave Act, retaliation for the reporting of a gender based work place harassment incident under the Employee Handbook approved by the Centrue Financial Corporation Board on February 8, 2008, Breach of Contract under the Centrue Financial Corporation Employee Handbook and Intentional Infliction of Emotional Distress.

8.     In paragraph 41 of the Complaint, Plaintiff alleges:

> That on or around February 25, 2008 in accordance with the Family and Medical Leave Act and Centrue Financial Corporation Company Policy, the Plaintiff forwarded Donna Mussato of the Employee Benefits department written request under the Family and Medical Leave Act to complete cancer treatment for the periods of April 7, 2008 up and through April 14, 2008. A copy of said request is attached hereto and incorporated herein by reference as Exhibit "I."

9.    In paragraph 45 of the Complaint, Plaintiff alleges:

        That on or around February 26, 2008 at 4:45 p.m., one day after
        filing the request for leave under the Family Medical Leave Act,
        Roger Dotson terminated the Plaintiff.  A copy of said Employee
        Warning Notice is attached hereto and incorporated herein by
        reference as Exhibit "K."

10.    In paragraph 51 of the Complaint, Plaintiff alleges:

        That at all relative times herein, the Plaintiff was an "Eligible
        Employee" under the FMLA as she was employed by Centrue
        Bank for a period of at least twelve months (12) and twelve
        hundred fifty hours (1250) within the twelve months prior to
        requesting leave under the FMLA.

11.    In paragraph 52 of the Complaint, Plaintiff alleges:

        That at all relevant times herein, the Defendant Centrue Financial
        Corporation was a "Covered Employer" under the FMLA as the
        Defendant employed more than Fifty (50) Employees.

12.    In paragraph 58 of the Complaint, Plaintiff alleges:

        That on or around February 25, 2008, Centrue Financial
        Corporation through Donna Mussatto of the Employee Benefits
        Division acknowledged and confirmed in writing that the
        eligibility requirements under the FMLA were met by the Plaintiff.

13.    In paragraph 59 of the Complaint, Plaintiff alleges:

        That on or around February 26, 2008 the Plaintiff was terminated
        from her employment one day after filing the request for leave to
        receive cancer treatments under the FMLA despite her satisfactory
        employment performance.

14.    Section 17 of the Family and Medical Leave Act (the "Act"), 29 U.S.C. §
        2617(a)(2), commits jurisdiction of claims brought under the Act to both state and
        federal courts.

15.    Under "federal question" jurisdiction, "district courts shall have original
        jurisdiction of all civil actions arising under the . . . laws . . . of the United States."
        28 U.S.C. § 1331.

16.     Pursuant to the removal provisions, "any civil action brought in a state court in which the district courts of the United States have original jurisdiction may be removed by the Defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

17.     Pursuant to the removal provisions, "[a]ny civil action of which the district courts have original jurisdiction founded on a claim or right arising under the . . . laws of the United States shall be removable without regard to the citizenship or residence of the parties." 28 U.S.C. § 1441(b).

18.     This Court has jurisdiction over that portion of Plaintiff's cause of action founded on a claim or right arising under the laws of the United States.  Pursuant to 28 U.S.C.  § 1441(c), Plaintiff's entire case may be removed and this Court may determine all issues arising out of Plaintiff's Complaint.

19.     Pursuant to procedures for removal, 28 U.S.C. § 1446(a), Defendant attaches and incorporates herein, as Exhibits A - D, copies of the Summons and Verified Complaint and Demand for Trial by Jury, with exhibits, to this Notice of Removal.  This comprises all of the process, pleadings, and Orders served upon Defendant, Centrue Financial Corporation, in this action.

20.     Defendant has served Plaintiff with copies of this Notice and Exhibits A - D and submitted the same for filing to the Clerk of the Circuit Court for the Sixteenth Judicial Circuit of Illinois, Kendall County, Illinois, in accordance with 28 U.S.C. § 1446(d).

21.     Pursuant to Local Rule 83.15(a) of the United States District Court for the Northern District of Illinois, Defendant designates Alisa B. Arnoff, Esq. Scalambrino & Arnoff, LLP, One North LaSalle Street, Suite 1600, Chicago, Illinois 60602, as local counsel.  Ms. Arnoff is a member of the general and trial bar of this Court.  The undersigned counsel is also a member of the general and trial bar of this Court

        Respectfully submitted this 15th day of July, 2008.

                                        CENTRUE FINANCIAL CORPORATION,
                                        Defendant,


                                        By /s/  Michael D. Gifford
                                            Michael D. Gifford
                                            One of Its Attorneys

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was served this day upon all parties of record by either hand delivery or by placing same in the United States Post Office, Peoria, Illinois, with sufficient postage affixed thereto, properly addressed as follows, this 15th day of July, 2008.

> Daniel J. Kramer
> Law Offices of Daniel J. Kramer
> 1107A S. Bridge Street
> Yorkville, IL  60560


> _____/s/ Michael D. Gifford_____
> Michael D. Gifford


MICHAEL D. GIFFORD, ESQ. (ARDC #319020)
HOWARD & HOWARD ATTORNEYS, P.C.
One Technology Plaza, Suite 600
Peoria, IL  61602-1350
Telephone: 309-672-1483
Facsimile:  309-672-1568
mgifford@howardandhoward.com

ALISA B. ARNOFF, ESQ. (ARDC # 6197379)
SCALAMBRINO & ARNOFF, LLP
Suite 1600
One North LaSalle Street
Chicago, IL  60602
Telephone:  312-629-0545
Facsimile:  312-629-0550
aba@sacounsel.com
(Local Counsel)

CENTRUEBANK HR          Fax 18154312828          JUT 7 2008 03:21pm P002/003

# IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
## KENDALL COUNTY, ILLINOIS

STATE OF ILLINOIS ) SS.
COUNTY OF KENDALL )

08CV4020

JUDGE GOTTSCHALL

MAGISTRATE JUDGE BROWN

GEN.NO. 08L41

PH

| DONNA CAMP | VS. | CENTRUE FINANCIAL CORPORATION |
|---|---|---|
| PLAINTIFF(S) | | DEFENDANT(S) |

Pltf. Atty. Daniel J. Kramer   Code  01522426

Address:  1107A S. Bridge Street

City  Yorkville, IL 60560  Phone 630-555-9500

Add. Pltf._____ Code _____

SERVE THIS DEFENDANT AT:

NAME:  Kurt R. Steveson, Registered Agent
of Centrue Financial Corporation

ADDRESS:  321 W. Main Street

CITY & STATE  Ottawa, IL 61350

## SUMMONS

To the above named defendant(s). . . :

☐ A.   You are hereby summoned and required to appear before this court at

(court location) _____ at ____ .m. On _____, 20____
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☒ B.   You are hereby summoned and required to file an answer in this case or otherwise file your appearance, in the office of the Clerk of this court, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgement or decree by default may be taken against you for the relief prayed in the complaint.

### TO THE SHERIFF OR OTHER PROCESS SERVER.

This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees, if any, immediately after service. In the event that paragraph A of the summons is applicable, this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date if paragraph B is applicable.

# SEAL

WITNESS _____, 20 06

_____
Clerk of Court

DATE OF SERVICE _____, 20____
(To be inserted by process server on copy left with defendant or other person.)

#17

**IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS**

STATE OF ILLINOIS ) SS
COUNTY OF KENDALL )

GEN.NO. 08L41

DONNA CAMP

PLAINTIFF(S)

VS.

CENTRUE FINANCIAL
CORPORATION

DEFENDANT(S)

Pltf. Atty. **Daniel J. Kramer**   Code **01522426**

Address: **1107A S. Bridge Street**

City **Yorkville, IL 60560** Phone **630-553-9500**

Add. Pltf _____ Code _____

SERVE THIS DEFENDANT AT:

NAME: **Thomas A. Daiber, Registered Agent
of Centrue Financial Corporation**

ADDRESS: **303 Fountain Parkway**

CITY & STATE **Fairview Heights, IL 62208**

## SUMMONS

**To the above named defendant(s)....**

☐ **A.**   You are hereby summoned and required to appear before this court at _____

(court location) _____ at _____ m. On _____ , 20 ___
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☒ **B.**   You are hereby summoned and required to file an answer in this case or otherwise file your appearance, in the office of the Clerk of this court, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgement or decree by default may be taken against you for the relief prayed in the complaint.

### TO THE SHERIFF OR OTHER PROCESS SERVER.

This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees, if any, immediately after service. In the event that paragraph A of this summons is applicable, this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date if paragraph B is applicable.

**S E A L**

WITNESS July _____ , 20 ___

_____ Clerk of Court

DATE OF SERVICE: _____ , 20 ___
(To be inserted by process server on copy left with defendant or other person)

**IN THE CIRCUIT COURT OF THE SIXTEENTH
JUDICIAL CIRCUIT KENDALL COUNTY, ILLINOIS**

DONNA CAMP             )

    Plaintiff          )

vs.                  )     Gen No.   **08L41**

CENTRUE FINANCIAL CORPORATION   )

    Defendant       )

*JUN 19 2008*
*BECKY MORGANEGG*
*CIRCUIT CLERK KENDALL CO.*

## VERFIED COMPLAINT AND DEMAND FOR TRIAL BY JURY

NOW COMES, the Plaintiff, DONNA CAMP (hereinafter referred to as "Plaintiff" and/or "CAMP") by and through her Attorneys the Law Office of Daniel J. Kramer who complains against the Defendant Centrue Financial Corporation (hereinafter referred to as Defendant and/or "Centrue") and in support thereof states and alleges as follows:

### INTRODUCTION

1.    This is a five count complaint against the Defendants alleging a violation of the Family and Medical Leave Act (29 USCA § 2601 et. seq.), and seeking relief as a result of an unlawful termination under the Family and Medical Leave Act and Retaliatory Discharge as result of exercising rights under the Family and Medial Leave Act, Retaliatory Discharge as a result of reporting a harassment complaint by a co-worker, Breach of Contract and Intentional Infliction of Emotional Distress.

2.    That on February 26, 2008, the Plaintiff was wrongfully terminated and discharged from the position as a Mortgage Loan Originator with the Defendants.

NOTICE
Pursuant to Supreme Court Rule 218 Initial Case
Management Conference shall be _____ 9/15/08 _____
at _____ 7:00 _____ am. Attorneys of record responsible for case
or parties. If unrepresented must appear and be prepared
to comply with Supreme Court Rule 218
or be subject to appropriate sanctions.
                   Clerk of the Circuit Court
                   *Becky Morganegg*

3.   That Plaintiff was a hard working, highly qualified employee of the Defendant, performing the essential functions of her job in an excellent manner at the time of her termination.

4.   That the Plaintiff was terminated one day after requesting a temporary seven (7) day leave under the Family and Medical Leave Act to complete cancer treatment from April 7, 2008 to April 12, 2008 thereby exercising her rights under the Family and Medical Leave Act (29USCA § 2601 e.t. seq.).

5.   The allegations set forth in Plaintiff's Complaint detail offensive behavior by the Defendant in discharging the Plaintiff in retaliation for seeking and exercising her rights under the Family and Medical Leave Act, retaliation for the reporting of a gender based work place harassment incident under the Employee Handbook approved by the Centrue Financial Corporation Board on February 8, 2008, Breach of Contract under the Centrue Financial Corporation Employee Handbook and Intentional Infliction of Emotional Distress.

## JURISDICTION and VENUE

6.   Jurisdiction over the cause of action contained in this Complaint is conferred by 735 ILCS 5/2-209, in so much as the Plaintiff is a resident of the State of Illinois and the Defendant is a Delaware Corporation transacting business in the State of Illinois, and the Defendant's illegal conduct occurred within the State of Illinois.

7.   Venue is proper in this jurisdiction under 735 ILCS 5/2-101 in that the Plaintiff was employed and the violation of the Family and Medical Leave Act, the Retaliatory Discharge as a result of the exercise of rights under the Family and Medical Leave Act, the Breach of Contract occurred at the Centrue Financial

Corporation Branch located in Yorkville, Kendall County, Illinois and all or a substantial part of the events or omissions giving rise to the claim occurred in Yorkville, Kendall County, Illinois.

## PARTIES

8. That the Plaintiff, Camp resides at 570 Carolyn Lane, Somonauk, Illinois 60552, and at the time of the events or emissions giving rise to the claims herein the Plaintiff was employed at the Centrue Financial Corporation Branch Office located at 208 East Veterans Parkway, Yorkville, Kendall County, Illinois.

9. That the Defendant is a Delaware Company duly registered with the Illinois Secretary of State and transacts business at 208 E. Veterans Parkway, Yorkville, Kendall County, Illinois.

## COMMON ALLEGATIONS

10. On or around July 30, 2003 the Plaintiff, Camp, applied for employment with UnionBancorp., Inc.

11. That on or around August 1, 2003 the Plaintiff was notified by UnionBancorp., Inc. of its offer of employment as the Community Bank President for Union Bank located in Plano, Kendall County, Illinois.

12. That on or around August 1, 2003 the Plaintiff accepted the offer for employment as the Community Bank President for the UnionBancorp, Inc. located in Plano, Kendall County, Illinois.

13. That on or around December 15, 2004, UnionBancorp Inc., conducted a Performance Appraisal Exempt Positions whereby the Plaintiff received a performance rating of "very good" for the 2003-2004 Annual Review.  A copy of

3

said review is attached hereto and incorporated herein by referenced as Exhibit "A".

14.    That on or around August, 2004 the Plaintiff received the 2004 Anniversary date salary increase from UnionBancorp, Inc.

15.    That on or around March 17, 2005 the Plaintiff applied for a transfer from the position of Community Bank President/Personal Banker Supervisor at the Plano, Kendall County, Illinois UnionBank location to Loan Originator/Personal Bank Supervision at the Yorkville, Kendall County, Illinois location.

16.    That on or around August 2, 2005 the Plaintiff was notified and accepted the position of Personal Banker Supervisor at the Yorkville, Kendall County, Illinois UnionBancorp, Inc. location and the Plano, Kendall County, Illinois, UnionBancorp, Inc. location.

17.    That on or around December 12, 2005 UnionBancorp, Inc., conducted an Exempt Performance Appraisal regarding the job performance of the Plaintiff.

18.    That on or around January 1, 2006, the Plaintiff received the performance rating of "very good" on said evaluation. A copy of which is attached hereto and incorporated herein by reference as Exhibit "B".

19.    That on or around January 1, 2006 the Plaintiff received a performance bonus from UnionBancorp, Inc.

20.    That in or during the summer of 2006 UnionBancorp, Inc. was purchased and/or merged with Centrue Financial Corporation.

21.    That on or around November 15, 2006 Centrue Financial Corporation conducted the annual Exempt Performance Appraisal whereby the Plaintiff's Supervisor

4

rated the Plaintiff as having "Met Expectations" with regard to her Employment Appraisal. A copy of said Appraisal is attached hereto and incorporated herein by reference as Exhibit "C".

22.     That in or during December, 2006 Centrue Financial Corporation enacted the Centrue Bank Mortgage Originators Comprehensive Plan outlining the salary, benefits, and commission due and owning to individuals employed as Mortgage Originators. A copy of said Plan is attached hereto and incorporated herein by reference as Exhibit "D".

23.     That the Plaintiff received an annual salary in the amount of Fifty Thousand Dollars ($50,000.00) for the 2006 employment year plus a nominal commission based upon loans originated from June, 2006 up and through December, 2006.

24.     That in or around April 1, 2007 the Centrue Bank Financial Corporation enacted the Centrue Bank Mortgage Originators Compensation Plan for outlining the salary, benefits, and commission due and owning to individuals employed as Mortgage Originators. A copy of said Compensation Plan is attached hereto and incorporated herein by reference as Exhibit "E".

25.     That pursuant to the Centrue Bank Financial Corporation Comprehensive Plan, a Mortgage Originator was to receive a base salary of Eleven and 53/100 Dollars ($11.53) per hour plus commission and entitled to receive paid time off, disability time, insurance benefits, as well as an opportunity to participate in all Bank employee benefits.

26.     That pursuant to the Centrue Bank Financial Corporation Comprehensive Plan, a Mortgage Originator was to receive commission based upon the following tier in addition to the hourly base salary:

| Monthly Net Revenue | Commission % | Retroactive |
|---|---|---|
| $0 - $5,000 ($400,000) | 0% | Retro to $1 |
| $5,001 - $9,000 ($720,000) | 15% | Retro to $1 |
| $9,001 - $12,500 ($1.0K) | 25% | Retro to $1 |
| $12,500 - $15,625 ($1.25K) | 35% | Retro to $1 |
| $15,625 - $18,750 ($1.50K) | 45% | Retro to $1 |
| Above $18,750 | 55% | Retro to $1 |

27.     That on or around July 1, 2007 the Centrue Bank job description for individuals employed as Mortgage Loan Originators was approved outlining the essential duties and responsibilities of the employee employed as Mortgage Loan Originators.

28.     That on or around January 1, 2008, Centrue Financial Corporation conducted the Annual Performance Appraisal of the Plaintiff whereby the Plaintiff received a rating on the high end of the "Met Expectations" with regard to her Employment Appraisal.  A copy of said Appraisal is attached hereto and incorporated herein as Exhibit "F".

29.     That on or around January 4, 2008 the Plaintiff was verbally told that she could not use the Mark IV Home Equity Loan Program by Roger Dotson, the Executive Vice President of Centrue Financial Corporation.

30.     That on or around January 9, 2008, the Direct Supervisor of the Plaintiff, Daniel Sabol, was aware and approved the Plaintiff's use of the Mark VI Application as it was a beneficial tool to approve loans on the Mortgage side and it was a useful tool to help customers and non-customers obtain financial needs.

31.  That on or around February 8, 2008 the Board of Directors of Centrue Financial Corporation approved the Centrue Financial Corporation Employee Handbook, a copy of which is attached hereto and incorporated herein by reference as Exhibit "G".

32.  That pursuant to Policy number HR.110 Disciplinary Action contained within the Centrue Financial Corporation Employee Handbook, disciplinary action should be appropriate to the conduct which prompted it.

33.  That pursuant to Policy number HR.110 Disciplinary Action contained within the Centrue Financial Corporation Employee Handbook, "if the misconduct or behavior requires it, the Employee normally will be given an oral warning and a record or notation thereof, specifying the misconduct involved and the date of the warning, will be placed in the Employee's personal file."

34.  That on February 20, 2008, an all employee Webinar occurred at 7:45 a.m. and was moderated by the President and CEO of Centrue Financial Corporation, Thomas Daiber.

35.  That at the end of the Webinar the Plaintiff asked the question "What can we do in our market to make it as successful as the St. Louis market has been?" to which Mr. Daiber answered and then stated at the end, "good questions."

36.  That on or around 5:16 p.m. on February 20, 2008 the Plaintiff received an e-mail from Donald Davis, Market President (Large Market) through the Centrue Financial Corporation e-mail system stating:

"Donna, do you honestly think that we get better rates or preferential treatment over anyone in the bank? That was naïve, stupid, or you just want to hear yourself talk?

7

What we do, which is obviously lacking in your area is leave our desks and go out and look for business. Staring at the phone and hope it rings just doesn't work. Stop asking dumb questions and use that wasted brain power to go out and find some new ways to generate business.

Maybe you will do so much better that someone will ask at next quarter's Webinar is Donna Camp getting better rates than everyone else, how is she doing so much better than everyone else, how is she doing so much better than the rest of us?" Good Luck".

37.    That on or around February 21, 2008, the Plaintiff forwarded the harassing e-mail

to Daniel Sabol, her Immediate Supervisor; Steven Flahaven, Head of

Commercial Banking; Heather Hammitt, Head of Human Resources and

Corporate Communication and Thomas Daiber the President and CEO of Centure

Financial Corporation. A copy of the aforementioned e-mail correspondence is

attached hereto and incorporated herein by reference as Exhibit "H".

38.    That the President and CEO, Thomas Daiber responded to the Plaintiff's e-mail

thanking Plaintiff for forwarding the e-mail to him and encouraging everyone to

work together and indicating that he will discuss the matter further with Donald

Davis.

39.    That pursuant to Policy number HR.160 contained within Centrue Financial

Corporation Employee Handbook Equal Opportunity and Non-Retaliation "All

employees with questions, complaints, or concerns about any type of

discrimination or retaliation in the work place must bring these issues to the

attention of the Human Resource Department. **Employees can raise concerns**

**and make such reports without fear of retaliation.** The Human Resource

Department will investigate all claims of discrimination or retaliation as soon as

reasonably practical. Anyone found to be engaging in any type of unlawful

discrimination or retaliation will be subject to disciplinary action, up to and including termination of employment."

40.     That on or around February 22, 2008, the Plaintiff received a phone call from Roger Datson stating that Mark IV Application Access would be removed from the Plaintiff's computer.

41.     That on or around February 25, 2008 in accordance with the Family and Medical Leave Act and Centrue Financial Corporation Company Policy, the Plaintiff forwarded Donna Mussato of the Employee Benefits department written request under the Family and Medical Leave Act to complete cancer treatment for the periods of April 7, 2008 up and through April 14, 2008.  A copy of said request is attached hereto and incorporated herein by reference as Exhibit "I".

42.     That on or around February 25, 2008, Centrue Financial Corporation  through Donna Mussatto of the Employee Benefits Department acknowledged and confirmed in writing that the eligibility requirements under the Family and Medical Leave Act were met by the Plaintiff, a copy of said letter is attached hereto and incorporated herein by reference as Exhibit "J".

43.     That pursuant to Policy number HR 160, contained within Centrue Financial Corporation Employee Handbook, Equal Employment Opportunity and Non Retaliation "Centrue supports the concept of equal employment opportunity and pledges to conduct all personnel transactions without…retaliation for engaging in conduct consistent with public policy of the State.  It is Centrue's philosophy to comply with all State, Federal and local equal employment opportunity laws and public policies."

44.    That on or around February 26, 2008, the Plaintiff received a phone call from Roger Dotson requesting that she meet him at the Yorkville Branch of Centrue Financial Corporation.

45.    That on or around February 26, 2008 at 4:45 p.m., one day after filing the request for leave under the Family Medical Leave Act, Roger Dotson terminated the Plaintiff. A copy of said Employee Warning Notice is attached hereto and incorporated herein by reference as Exhibit "K".

46.    That the Plaintiff, Camp's employment file provided from Centrue Financial Corporation contained, neither oral nor written warnings for any misconduct prior to her termination notice.

47.    That from June, 2006 through December, 2006 the Plaintiff secured approximately $500,000.00 of loans on behalf of Centrue Financial Corporation.

48.    That for the 2007 employment year the Plaintiff secured $4,589,975.00 plus home equity loans in the amount of $1,849,016.20 for a total of $6,438,991.20 of loans on behalf of Centrue Financial Corporation.

49.    That from January 1, 2008 up and through February 26, 2008 the Plaintiff secured $2,398,766.00 worth of loans on behalf of Centrue Financial Corporation.

## COUNT I

## WRONGFUL TERMINATION AND RETALIATORY DISCHARGE IN VIOLATION OF THE FAMILY AND MEDICAL LEAVE ACT

NOW COMES the Plaintiff, DONNA CAMP, by and through her Attorneys, the Law Office of Daniel J. Kramer, and for Count I against the Defendants alleging Wrongful

Termination and Retaliatory Discharge in Violation of the Family and Medical Leave Act

(hereinafter referred to as "the FMLA") and in support thereof states and alleges as follows:

50.    Plaintiff realleges and reincorporates all the preceding paragraphs of this
       Complaint as if fully set forth herein.

51.    That at all relative times herein, the Plaintiff was an "Eligible Employee" under
       the FMLA as she was employed by Centrue Bank for a period of at least twelve
       months (12) and twelve hundred fifty hours (1250) within the twelve months prior
       to requesting leave under the FMLA.

52.    That at all relevant times herein, the Defendant Centrue Financial Corporation
       was a "Covered Employer" under the FMLA as the Defendant employed more
       than Fifty (50) Employees.

53.    That the Plaintiff performed all the terms, conditions and requirements of her
       position as a Mortgage Loan Originator with Centrue Bank in an exemplary
       manner.

54.    That sometime during 1997 the Plaintiff was diagnosed with Multiple Sclerosis
       (MS) and informed her employer of the same.

55.    That in or around November 2007 the Plaintiff was diagnosed with thyroid cancer
       and informed her employer of the same.

56.    That the Plaintiff forwarded advanced notice of her request under the FMLA for
       cancer treatment at least thirty (30) days prior to the period in which the treatment
       was to commence.

57.    That the Plaintiff sought cancer treatment for the period of April 7, 2008 through
       April 14, 2008.

58.    That on or around February 25, 2008, Centrue Financial Corporation through Donna Mussatto of the Employee Benefits Division acknowledged and confirmed in writing that the eligibility requirements under the FMLA were met by the Plaintiff.

59.    That on or around February 26, 2008 the Plaintiff was terminated from her employment one day after filing the request for leave to receive cancer treatments under the FMLA despite her satisfactory employment performance.

60.    That the Defendant's termination of the Plaintiff was in retaliation for the Plaintiff's exercise of her rights under the Family and Medical Leave Act thereby clearly violating a mandated public policy of the State of Illinois.

61.    As a direct and proximate result of the Defendant's retaliatory discharge of the Plaintiff, the Plaintiff has suffered damages, including but not without limitation, lost income, lost benefits, emotional distress and damage to her reputation.

WHEREFORE, the Plaintiff CAMP, requests that this Honorable Court enter a Judgment in her favor and against the Defendants in an amount in excess of Fifty Thousand Dollars ($50,000.00) for damages actually suffered by the Plaintiff, award damages for the value of the Plaintiff's lost employee benefits, award punitive damages in an amount to punish the Defendants for their intentional conduct, award Court Costs and Attorneys Fees in this action and demands that these issues joined in this cause be tried by a jury.

## COUNT II

## **BREACH OF CONTRACT**

NOW COMES the Plaintiff, DONNA CAMP, by and through her Attorneys, the Law Office of Daniel J. Kramer, and for Count II against the Defendants alleging Breach of Contract and in support thereof state and allege as follows:

62.   Plaintiff realleges and reincorporates all the preceding paragraphs of this Complaint as if fully set forth herein.

63.   That on or around April 1, 2007 the Centrue Bank Financial Corporation enacted the Centrue Bank Mortgage Originators Compensation Plan outlining the salary, benefits and commission due and owing to individuals employed as Mortgage Originators.

64.   That on or around February 8, 2008 the Board of Directors of Centrue Financial Corporation approved the Centrue Financial Corporation Employee Handbook.

65.   That the Plaintiff and the Defendant entered into a written Employment Agreement under the terms of the February 8, 2008 Employee Handbook. That pursuant to the Employee Handbook and the Compensation Plan, the Plaintiff was to be compensated Eleven and 50/100 Dollars ($11.50) per hour plus commission, paid time off, disability time as well as the opportunity to participate in all Bank Employee Benefits.

66.   That pursuant to Policy number HR.110 Disciplinary Action "if the misconduct or behavior for which the oral warning was given continues or is repeated, or if the severity of the misconduct warrants a written warning, the employee normally will be given a written warning specifying the misconduct or behavior deemed

inappropriate and a statement advising the employee that if such misconduct or behavior continues or is repeated, his or her employment maybe terminated."

67.    That said Centrue Financial Corporation Employee Handbook contained an Employee Acknowledgement form that required the signature of the Employee before submission of the Acknowledgment form to the Human Resource Department.

68.    That the Centrue Financial Corporation Employee Handbook listed various acts which are to be identified to be "cause" for immediate dismissal and other acts that are to be identified to be "just cause" for remedial action.

69.    That during the period of employment, the Plaintiff was never told by the Defendant that her performance was unsatisfactory, that she failed to meet Defendant's standards, that she had violated the standards, or that she had in any way violated the terms of her Employment Agreement.

70.    That on or around February 26, 2008 the Defendant wrongfully and without just cause discharged the Plaintiff.

71.    That as a result of the Defendant's breach of Employment Contract, the Plaintiff has incurred lost wages in an amount due and owing to approximately Seventy Thousand Dollars ($70,000.00) in lost wages for the 2008 employment year.

72.    That as a result of Defendants breach of Employment contract the Plaintiff has incurred damages for the value of her employee benefits including but not limited to loss of health care insurance.

WHEREFORE, the Plaintiff CAMP, requests that this Honorable Court enter a Judgment in her favor and against the Defendants in an amount in excess of Fifty Thousand Dollars

($50,000.00) for damages actually suffered by the Plaintiff, award damages for the value of the Plaintiff's lost employee benefits, award punitive damages in an amount to punish the Defendants for their intentional conduct, and failure to abide by their own progressive discipline policy, award Court Costs and Attorneys Fees in this action and demands that these issues joined in this cause be tried by a jury.

## COUNT III

## <u>WRONGFUL DISCHARGE</u>

NOW COMES the Plaintiff, DONNA CAMP, by and through her Attorneys, the Law Office of Daniel J. Kramer, and for Count III against the Defendants alleging Wrongful Discharge and in support thereof state and allege as follows:

73. Plaintiff realleges and reincorporates all the preceding paragraphs of this Complaint as if fully set forth herein.

74. That on or around April 1, 2007 the Centrue Bank Financial Corporation enacted the Centrue Bank Mortgage Originators Compensation Plan outlying the salary, benefits and commission due and owing to individuals employed as Mortgage Originators.

75. That on or around February 8, 2008 the Board of Directors of Centrue Financial Corporation approved the Centrue Financial Corporation Employee Handbook.

76. That the Plaintiff and the Defendant entered into a written Employment Agreement under the terms of the February 8, 2008 Employee Handbook.

77. That pursuant to the Employee Handbook and the Compensation Plan, the Plaintiff was to be compensated Eleven and 50/100 Dollars ($11.50) per hour plus

commission, paid time off, disability time as well as the opportunity to participate in all Bank Employee Benefits.

78.  That pursuant to Policy number HR.110 Disciplinary Action "if the misconduct or behavior for which the oral warning was given continues or is repeated, or if the severity of the misconduct warrants a written warning, the employee normally will be given a written warning specifying the misconduct or behavior deemed inappropriate and a statement advising the employee that if such misconduct or behavior continues or is repeated, his or her employment maybe terminated."

79.  That the Plaintiff failed to engage in any activity listed in HR.110 that would justify immediate termination.

80.  That from June 2006 through December 2006 the Plaintiff secured approximately $500,000.00 of loans on behalf of Centrue Financial Corporation.

81.  That for the 2007 employment year the Plaintiff secured $4,589,975.00 plus home equity loans in the amount of $1,849,016.20 for a total of $6,438,991.20 of loans on behalf of Centrue Financial Corporation.

82.  That from January 1, 2008 up and through February 26, 2008 the Plaintiff secured $2,398.766.00 worth of loans on behalf of Centrue Financial Corporation.

83.  That on or around February 26, 2008 the Defendant wrongfully and without just cause discharged the Plaintiff.

84.  That the Defendant failed to follow HR.110 Disciplinary Action contained in the Centrue Financial Corporation Employee Handbook

85.  That upon information and belief the Plaintiff would have been entitled to receive the sum of approximately Seventy Thousand Dollars ($70,000.00) under the terms

of the April, 2007 Mortgage Originators Compensation Plan and estimated
numbers for the 2008 employment year.

86.     The Plaintiff has been damaged in the sum of in excess of Seventy Thousand
Dollars ($70,000.00) by reason of the wrongful discharge described above.

WHEREFORE, the Plaintiff CAMP, requests that this Honorable Court enter a Judgment
in her favor and against the Defendants in an amount in excess of Fifty Thousand Dollars
($50,000.00) for damages actually suffered by the Plaintiff, award damages for the value of the
Plaintiff's lost employee benefits, award punitive damages in an amount to punish the
Defendants for their intentional conduct, and failure to abide by their own progressive discipline
policy, award Court Costs and Attorneys Fees in this action and demands that these issues joined
in this cause be tried by a jury.

## COUNT IV

### EMPLOYEE'S WRONGFUL DISCHARGE
### and RETALIATORY DISCHARGE AS A RESULT
### OF REPORTING HARASSING BEHAVIOR

NOW COMES the Plaintiff, DONNA CAMP, by and through her Attorneys, the Law
Office of Daniel J. Kramer, and for Count IV against the Defendants alleging Wrongful
Discharge and Retaliatory Discharge and in support thereof state and allege as follows:

87.     Plaintiff realleges and reincorporates all the preceding paragraphs of this
Complaint as fully set forth herein.

88.     That the Plaintiff is of the female gender.

89.     That at the end of the Webinar the Plaintiff asked the question "What can we do
in our market to make it as successful as the St. Louis market has been" to which
Mr. Daiber answered and then stated at the end, "good question."

90.   That on or around 5:16 p.m. on February 20, 2008 the Plaintiff received an e-mail

from Donald Davis, Market President (Large Markets) through the Centrue

Financial Corporation e-mail system stating:

"Donna, do you honestly think that we get better rates or preferential treatment
over anyone in the bank?  That was naïve, stupid, or you just want to hear
yourself talk?

What we do, which is obviously lacking in your area is leave our desks and go out
and look for business.  Staring at the phone and hope it rings just doesn't work.
Stop asking dumb questions and use that wasted brain power to go out and find
some new ways to generate business.

Maybe you will do so much better that someone will ask at next quarter's
Webinar is Donna Camp getting better rates than everyone else, how is she doing
so much better than everyone else, how is she doing so much better than the rest
of us?" Good Luck".

91.   That on or around February 21, 2008, the Plaintiff forwarded the insidiously

discriminatory and harassing e-mail to Daniel Sabol, her Immediate Supervisor;

Steven Flahaven, Head of Commercial Banking; Heather Hammitt, Head of

Human Resources and Corporate Communication, and Thomas Daiber the

President and CEO of Centure Financial Corporation.

92.   That pursuant to Policy number HR 160, contained within Centrue Financial

Corporation Employee Handbook, Equal Employment Opportunity and Non

Retaliation "Centrue supports the concept of equal employment opportunity and

pledges to conduct all personnel transactions without…retaliation for engaging in

conduct consistent with public policy of the State.  It is Centrue's philosophy to

comply with all State, Federal and local equal employment opportunity laws and

public policies."

93.    That at all times relevant the Plaintiff performed all the terms, conditions, and requirement of her position in a satisfactory manner.

94.    That despite her satisfactory performance the Plaintiff was terminated from her employment on February 26, 2008.

95.    That the Defendant's termination of the Plaintiff was in retaliation for the Plaintiff's reporting of an insidiously discriminatory and harassing e-mail sent to her by one of the Market Presidents of the employer in accordance with policy number HR 160 contained within the Centrue Financial Corporation Employee Handbook.

96.    That as a direct and proximate result of the defendants retaliatory discharge of the Plaintiff, the Plaintiff has suffered damages, including without limitations, lost income, benefits, emotional distress and damage to her reputation.

WHEREFORE, the Plaintiff CAMP, requests that this Honorable Court enter a Judgment in her favor and against the Defendants in an amount in excess of Fifty Thousand Dollars ($50,000.00) for damages actually suffered by the Plaintiff, award damages for the value of the Plaintiff's lost employee benefits, award punitive damages in an amount to punish the Defendants for their intentional conduct, award court costs and Attorneys Fees in this action and demands that these issues joined in this cause be tried by a jury.

## COUNT V

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

NOW COMES the Plaintiff, DONNA CAMP, by and through her Attorneys, the Law Office of Daniel J. Kramer, and for Count V against the Defendants alleging Intentional Infliction of Emotional Distress and in support thereof state and allege as follows:

19

97.   Plaintiff realleges and reincorporates all the preceding paragraphs of this

Complaint as fully set forth herein.

98.   That the Defendants engaged in conduct that was extreme and outrageous as set

out in the preceding paragraphs of this Complaint herein.

99.   That the Defendants engaged in said extreme and outrageous conduct with the

intent that the conduct inflict severe emotional distress upon the Plaintiff and with

the knowledge that there was a high probability that said conduct would cause

severe emotional distress to the Plaintiff.

100.  That the extreme and outrageous conduct did in fact cause severe emotional

distress, as the Plaintiff has suffered and continues to suffer accelerated symptoms

of MS since her termination by the Defendant.  Furthermore, the Plaintiff received

a prescription to lower her stress levels.

101.  That the Plaintiff has suffered damage as a result of the direct and proximate

result of the extreme and outrageous conduct by the Defendants as alleged herein.

WHEREFORE, the Plaintiff CAMP, requests that this Honorable Court enter a Judgment

in her favor and against the Defendants in an amount in excess of Fifty Thousand Dollars

($50,000.00) for damages actually suffered by the Plaintiff, award damages for the value of the

Plaintiff's lost employee benefits, award punitive damages in an amount to punish the

Defendants for their intentional conduct, award court costs and Attorneys Fees in this action and

demands that these issues joined in this cause be tried by a jury.

_(signature)_

DONNA CAMP

STATE OF ILLINOIS        )
                                        )ss
COUNTY OF KENDALL   )

DONNA CAMP, being first duly sworn on oath, deposes and states that she has read the foregoing Complaint and knows the contents thereof and that all statements contained therein are true and correct.

_(signature)_

DONNA CAMP

Subscribed and sworn to before me,

_June 19_____, 2008

_(signature)_
NOTARY PUBLIC

"OFFICIAL  SEAL"
DIANE M. LOTT
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8/10/2009

## ATTORNEY CERTIFICATION

The signature of the undersigned attorney constitutes a certificate by him that he has read the foregoing pleading, that to the best of his knowledge, information, and belief formed after reasonable inquiry it is well grounded in fact and is warranted by existing law of good faith argument for the extension, modification, or reversal of existing law, and that it is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

_(signature)_
Law Offices of Daniel J. Kramer

Law Offices of Daniel J. Kramer
1107A S. Bridge Street
Yorkville, Illinois  60560
630.553.9500

21

08CV4020
JUDGE GOTTSCHALL
MAGISTRATE JUDGE BROWN

PH

# Performance Appraisal
# Exempt Positions

PLEASE PRINT

| | |
|---|---|
| Employees Name: Donna Camp | Title:  Community Bank President |
| Facility:  Plano | Supervisor: Diane Stilson |
| Date employee began present position: 8/11/03 | Date of last appraisal: N/A          Scheduled appraisal date: |

## Reasons for Review

■ Annual          ❑ Unsatisfactory Performance          ❑ Promotion          ❑ Other _____

❑ Merit          ❑ End of Intrductory Period          ❑ Peer

**Instructions:** Carefully evaluate employee's work performance in relation to the essential functions of the job. Check Rating box that indicates the employee's performance. Indicate N/A if not applicable. Assign points for each Rating within the Scale and write that number in the corresponding Points box. Points will be totaled and averaged for an overall performance score.

## Definitions of Performance Ratings (to be used in rating performance on the following pages)

**O – Outstanding.** Performance is exceptional in all areas and is recognizable as being far superior to others.

**V – Very Good.** Results clearly exceed most position requirements. Performance is of high quality and is achieved on a consistent basis.

**G – Good.** Competent and dependable level of performance. Meets performance standards of the job.

**I – Improvement** Needed. Performance is deficient in certain areas. Improvement is necessary.

**U – Unsatisfactory.** Results are generally unacceptable and require immediate improvement. No merit increase should be granted to individuals with this rating.

**N/A – Not Applicable or too soon to rate.**

## I. Performance Factors

**A. Professional Skills**

**1. Job Knowledge:** Possess working knowledge of all phases of the job and the various techniques and skills necessary for efficient completion of tasks. Remains up-to-date on changes/trends in technical knowledge related to job. Expands knowledge of the job and company product/services as it relates to other positions.
**Comments:** Donna's 25+ years in the banking industry has given her the knowledge required to successfully complete her duties.  She wears many hats, including Regional Consumer Loan Supervisor, Mortgage Loan Originator, P.B. Supervisor as well as handling all facets of branch operations.

| | | | Points |
|---|---|---|---|
| O | ❑ | 100-90 | |
| V | ■ | 89-80 | |
| G | ❑ | 79-70 | **87** |
| I | ❑ | 69-60 | |
| U | ❑ | Below 60 | |

**2. Judgment:**  Ability to make sound and proper decisions by drawing on professional expertise with minimal negative effects on employee relations, and/or departmental and company goals and results.  Willingness to take responsibility for these decisions.
**Comments:** Donna uses good judgment in making decisions whether dealing with personnel, operations or loan decisions.  She is a fair person and demonstrates that on a daily basis not only with customers, but with her staff as well.

| | | | Points |
|---|---|---|---|
| O | ❑ | 100-90 | |
| V | ■ | 89-80 | |
| G | ❑ | 79-70 | **85** |
| I | ❑ | 69-60 | |
| U | ❑ | Below 60 | |

**EXHIBIT**

A

**B. Interactive Skills**

| | | | |
|---|---|---|---|
| **1. Interpersonal Relationships:** Demonstrates a willingness to cooperate, work and communicate with coworkers, supervisors or outside contact.<br>**Comments:** Donna has done an exceptional job stabilizing staff and providing a good working environment for her team. Moral has increased and teamwork is more evident. Empowers her employees to succeed. Has a great rapport with customers as well as staff. | O<br>V<br>G<br>I<br>U | ☐ 100-90<br>☐ 89-80 ■<br>☐ 79-70<br>☐ 69-60<br>☐ Below 60 | Points<br>**89** |
| **2. Communication:** Effectiveness of expression in individual and group situations. Ability to convey ideas clearly and concisely.<br>**Comments:** Donna expresses her ideas in a clear and concise manner. She has the ability to motivate her team She was recently named to be part of the Consumer Credit Team to help PB's in the decision making process of accepting or declining loans, which illustrates her communication skills. She is not afraid to voice her opinion. | O<br>V<br>G<br>I<br>U | ☐ 100-90<br>☐ 89-80 ■<br>☐ 79-70<br>☐ 69-60<br>☐ Below 60 | Points<br>**85** |

**C. Administrative Skills**

| | | | |
|---|---|---|---|
| **1. Coordination:** Ability to work with others as a team and express individual viewpoint while considering and learning from the input of others.<br>**Comments:** Being new to the company, Donna is still learning company policies and procedures, so she is always willing to get input from others as needed. She has brought many good ideas with her, which has enhanced customer relations as well as increased teamwork. | O<br>V<br>G<br>I<br>U | ☐ 100-90<br>☐ 89-80 ■<br>☐ 79-70<br>☐ 69-60<br>☐ Below 60 | Points<br>**83** |
| **2. Planning and Organization:** Establishes appropriate course of action for self and subordinates to accomplish goals: makes proper assignments of personnel and appropriate use of resources; sets realistic target dates.<br>**Comments:** Donna runs a tight ship. She plans well, which is demonstrated by her ability to service customers with minimal staffing, which has been challenging at times. | O<br>V<br>G<br>I<br>U | ☐ 100-90<br>☐ 89-80 ■<br>☐ 79-70<br>☐ 69-60<br>☐ Below 60 | Points<br>**84** |
| **3. Adherence to Policies and Procedures:** Properly interprets and applies company, division and/or department policies/procedures to job responsibilities.<br>**Comments:** Adheres to policies and procedures. | O<br>V<br>G<br>I<br>U | ☐ 100-90<br>☐ 89-80<br>☐ 79-70 ■<br>☐ 69-60<br>☐ Below 60 | Points<br>**75** |
| **4. Orientation Toward Results:** Ability to initiate projects, anticipate changes or needs, set new priorities, follow through and meet deadlines.<br>**Comments:** Donna completes tasks in a timely manner. She is willing to do whatever it takes to service the customer quickly and efficiently. Donna wants to see her team succeed. | O<br>V<br>G<br>I<br>U | ☐ 100-90<br>☐ 89-80 ■<br>☐ 79-70<br>☐ 69-60<br>☐ Below 60 | Points<br>**83** |

## II. Performance Expectations

List and comment on four major performance expectations you had for the employee during the current review period. Specify how well the employee supported/reached your expectations.

### 1. Performance Expectation:
Mentor and coach employees to increase teamwork.

| | | | |
|---|---|---|---|
| **Supervisor Comments:** Donna has done a great job establishing teamwork and motivating her team. The overall turnover at the Plano facility has stabilized, which has increased morale noticeably. | O<br>V<br>G<br>I<br>U | ☐ 100-90<br>☐ 89-80 ■<br>☐ 79-70<br>☐ 69-60<br>☐ Below 60 | Points<br>**86** |

**2. Performance Expectation:**
Increase Deposits and Loans – grow the facility.

| Supervisor Comments: Donna has done will in this area. She has grown deposits as well as loans. She is involved in the Plano Community, which helps give exposure to the bank. She also keeps abreast of community events and gets her team involved. | O ☐ <br> V ■ <br> G ☐ <br> I ☐ <br> U ☐ | 100-90 <br> 89-80 <br> 79-70 <br> 69-60 <br> Below 60 | Points <br> **83** |
|---|---|---|---|

**3. Performance Expectation:**
Maintain Cash at or below facility goal.

| Supervisor Comments:  Donna needs to get a better grasp on maintaining cash average goal.  The Plano facility managed to maintain their goal only 55% of the time over the past 11 months. Note: Over cash average for 3 consecutive months (May/June/July) | O ☐ <br> V ☐ <br> G ☐ <br> I ■ <br> U ☐ | 100-90 <br> 89-80 <br> 79-70 <br> 69-60 <br> Below 60 | Points <br> **69** |
|---|---|---|---|

**4. Performance Expectation:**
Complete daily/monthly reports in a timely manner

| Supervisor Comments: Donna completes reports in a timely manner and does proper follow-up when delegating duties for others to complete. | O ☐ <br> V ■ <br> G ☐ <br> I ☐ <br> U ☐ | 100-90 <br> 89-80 <br> 79-70 <br> 69-60 <br> Below 60 | Points <br> **80** |
|---|---|---|---|

## III.   Rate Overall Performance

| Total Points <br> **989** | Divided by | # Factors Rated <br> **12** | = | Overall Rating <br> **82** | ☐ Outstanding <br> ■ Very Good <br> ☐ Good <br><br> ☐ Improvement Needed <br> ☐ Unsatisfactory | 100-90 <br> 89-80 <br> 79-70 <br><br> 65-60 <br> Below 60 |
|---|---|---|---|---|---|---|

## IV.   Accomplishments and Contributions

Describe the accomplishments and contribution the employee made during the review period in areas other than those covered by specific objective.

1. Improved morale and teamwork.  Gave stability to an, otherwise, unsteady facility.
2. Is involved in Chamber of Commerce, Plano Home Town Days.
3. Increased Deposits and Loans which netted positive income for facility.

## V.     Major Strengths

1. Consumer Loans
2. Leadership Qualities
3. Knowledge of Banking

## VI.     Areas Need Improvement

1. Needs to set up e-mail to be forwarded to Credit Team when not in the office.
2. Maintaining cash averages at our below goal on a consistent basis.
3.

## VII.     Training and Development

What training or development activities should be considered during the next review period?

Leadership101, continued in-house training on Mark IV

Discussed with individual on _____

Follow-up requested/desired:     ❏ Yes     ❏ No          Follow-up date _____

Evaluator's signature _____          Date _____

Additional Employee comments

_____
_____
_____
_____

* If necessary, additional Sheets may be added.

Employee's Signature _Dma Cump_          Date _12.15-04_

Reason for Review _____

Please Print

Employee _____     Employee/Payroll # _____

For Period Covering _____ to _____     To be reviewed _____

Established on _____ by _____     Title _____

List (in order of importance) five specific and measurable objectives you would like the employee to complete by the next review date. Describe in details the action plan needed to reach the desired goal.

**1. Objective:** Increase Deposits by 5%

**Action plan to reach Objective:** Continue to make outside calls to increase customer deposit base.

**2. Objective:** Increase Loans by 5%

**Action plan to reach Objective:** Make two outside calls per month to increase customer loan base and document calls.

**3. Objective:** Maintain Cash Average at or below goal on consistent basis.

**Action plan to reach Objective:** Review cash averages on a weekly basis to ensure goal is maintained.

**4. Objective:** Increase Credit Life/ A&H penetration on Consumer Loans to 20%.

**Action plan to reach Objective:** Actively discuss Credit Life / A&H with customers and coach PB's to do the same.

**5. Objective:** Keep OD refunds at or below 10% of total income.

**Action plan to reach Objective:** Monitor waived OD reports for Sales & Service Center and coach PB's accordingly.

# Exempt Performance Appraisal (PRINT FORM)

`<< BACK`

| | |
|---|---|
| Employee's Name:<br>Donna Camp | Title:<br>PB Supervisor |
| Facility:<br>Yorkville | Supervisor:<br>Diane Stilson |
| Reason For Review:<br>Annual | |

| Date Employee began present position: | Date of last appraisal:<br>12/04 | Scheduled appraisal date:<br>01/01/2006 |
|---|---|---|

Instructions: Carefully evaluate employee's work performance in relation to the essential functions of the job. Check rating box that indicates the employee's performance. Indicate N/A if not applicable. Assign points for each rating within the scale and write that number in the corresponding points box. Points will be totaled and averaged for an overall performance score.

## Definitions of Performance Ratings:

**O – Outstanding - (100-90)** - Performance is exceptional in all areas and is recognizable as being far superior to others.

**V – Very Good - (89-80)** - Results clearly exceed most position requirements. Performance is of high quality and is achieved on a consistent basis.

**G – Good - (79-70)** - Competent and dependable level of performance. Meets performance standards of the job.

**I – Improvement Needed - (69-60)** - Performance is deficient in certain areas. Improvement is necessary.

**U – Unsatisfactory - (Below 60)** - Results are generally unacceptable and require immediate improvement. No merit increase should be granted to individuals with this rating.

**N/A – Not Applicable or too soon to rate.**

## I. General Factors

| | Comments |
|---|---|
| **A. Professional Skills**<br><br>**1. Job Knowledge:** Possess working knowledge of all phases of the job and the various techniques and skills necessary for the efficient completion of tasks. Remains up-to-date on changes/trends in technical knowledge related to job. Expands knowledge of the job and company product/services as it relates to other positions.<br><br>Points: 85 | Donna has over 25 years of banking experience, which has given her the knowledge to successfully complete her duties. She is familiar with many areas of banking, including consumer lending, R/E lending and retail. |
| **2. Judgment:** Ability to make sound and proper decisions by drawing on professional expertise with minimal negative effects on employee relations, and/or departmental and company goals and results. Willingness to take responsibility for these decisions.<br><br>Points: 82 | Donna uses good judgement, whether dealing with personnel, operations or loan decisions. She looks at the big picture before making any decisions. |
| **B. Interactive Skills**<br><br>1. Interpersonal | |

EXHIBIT

B

| | |
|---|---|
| **Relationships:** Demonstrates a willingness to cooperate, work and communicate with coworkers, supervisors or outside contact.<br><br>Points: 85 | Donna has done an excellent job stabilizing staff and providing a good working invironment for her team. Teamwork is more evident in Plano. She empowers her employees to succeed. Her transfer should prove to be successful for the Yorkville team. With regard to consumer loans, Donna looks at the whole picture before making decisions. Sometimes, this can be percieved as being uncooperative by the retail credit manager. However, she makes sure that whatever the decision, it is in the best interest of the bank, first and foremost, and takes ownership of that decision. |
| **2. Communication:** Effectiveness of expression in individual and group situations. Ability to convey ideas clearly and concisely.<br><br>Points: 87 | Donna expresses her ideas in a concise manner. She has the gift to motivate her team. She is not afraid to voice her opinion and is to the point. She was part of the "Uniquely Better Banking" team to help kick off our new sales efforts. |
| **C. Administrative Skills**<br><br>**1. Coordination:** Ability to work with others as a team and express individual viewpoint while considering and learning from the input of others.<br><br>Points: 83 | Donna is always willing to get input from others as needed. With her banking experience, she brings many good ideas to the floor and shares those ideas with her teams. |
| **2. Planning and Organization:** Establishes appropriate course of action for self and subordinates to accomplish goals: makes proper assignments of personnel and appropriate use of resources; sets realistic target dates.<br><br>Points: 82 | Donna plans well. This is evident in the scheduling of the Yorkville facility, which has been structured to give everyone a more stable schedule. This has been a challenge due to the extended hours this facility is open for business. |
| **3. Adherence to Policies and Procedures:** Properly interprets and applies company, division and/or department policies/procedures to job responsibilities.<br><br>Points: 75 | Donna adheres to company policies and procedures. |
| **4. Orientation Toward Results:** Ability to initiate project, anticipate changes or needs, set new priorities, follow through and meet deadlines. | Donna wants to see her team succeed. She is willing to do whatever it takes to service the customer quickly and efficiently and sets her priorities accordingly. |

| Points: 85 | |
|---|---|
| **D. Sales Skills**<br><br>**1. Sales Orientation:** The extent to which an employee supports the sale culture of the organization, either through the attainment of established personal sales goals or by supporting the individuals and processes needed to build and enhance customer relationships.<br><br>Points: 89 | Donna is great when it comes to sales. She has the ability to recognize referral opportunities and customer's needs. She was an integral part of "Uniquely Better Banking" team, which organized the sales kick off. |

## II. Performance Expectations

List and comment on four major performance expectations you had for the employee during the current review period. Specif employee supported/reached your expectations.

### 1. Performance Expectation:

Mentor and coach employees to increase teamwork.

**Supervisor Comments:**

Donna is all about the "team". She has done a great job in Plano, establishing teamwork and motivating her team. Morale has increased, which improves the working environment. With her recent transfer to Yorkville, the Plano team still works well together. My expectation would be that Donna can do the same for Yorkville, which has seen extensive turn over in the last 9 months.

Points: 88

### 2. Performance Expectation:

Increase Deposits and Loans - grow facility.

**Supervisor Comments:**

This has been a challenge for Plano.  The sales blitz should help in this area, but will need support from the Commercial LOB since the focus is Commercial Accounts.  Donna is involved in the Plano and Yorkville community in order to maximize exposure of UnionBank.

Points: 79

## 3. Performance Expectation:

Maintain Cash at or below facility goal.

**Supervisor Comments:**

Cash average for Plano has been over the goal for 5 out of 8 months so far in 2005.  The goal was increased from $170,000 to $190,000 in August in order to accommodate Plano Community Credit Union, since they buy they money from UnionBank.  Even with the adjustment, the cash average was still over.  Yorkville was also over for the month of August.  This area needs attention.

Points: 69

## 4. Performance Expectation:

Complete daily/monthly reports in a timely manner.

**Supervisor Comments:**

Donna completes reports in a timely manner.  She has spent a lot of time out of the bank working with the "Uniquely Better Banking" team, which does make this a challenging task.

Points: 80

Rate the employee's overall performance in comparison to position duties and responsibilities.

Current Overall Performance Rating: , Very Good

| | | |
|---|---|---|
| ○ | Outstanding | 100-90 |
| ○ | Very Good | 89-80 |
| ○ | Good | 79-70 |
| ○ | Improvement Needed | 69-60 |
| ○ | Unsatisfactory | Below 60 |

| Total Points 1069 | Divided by # of Factors Rated  13 | = 82 | Overall Rating |
|---|---|---|---|

## Complete all of the following sections.

1.  Accomplishments or new abilities demonstrated since last review

Donna has transferred from Plano to Yorkville, and is now the
P.B. Supervisor for Yorkville.  She has been able to motivate
and mentor the Plano staff which has been very positive.  I
would expect the same results in Yorkville with regard to
coaching/motivating.  Donna was also chosen to be part of
the "Uniquely Better Banking" team because of her ability to
think outside the box and motivate people.  She sets a good
example for her team.

2.  Areas of needed improvement

Maintaining cash average at or below monthly goal for
Yorkville.  This should be monitored on a weekly basis so that
adjustments could be made the following week if necessary.

3.  Recommendations for professional development (seminars, training, schooling, etc.)

In-House training as offered.




4.  Supervisor has reviewed job description with the employee    ○ Yes  ○ No    YES,

**Employee Comments**

1.  Career goals and objectives for the next one to three years

Continue working in Y'ville and help grow the bank- Get staff up to 'par' with Sales and operations

2.  Career goals and objectives for the next three to five years

Grow in more mgmt position - Staying in Yorkville area or if any new location becomes available
Would be interested in commercial lending

3.  Desired professional development (seminars, training, schooling, etc.)

4.  Performance appraisal remarks

| Discussed On: | Employee Signature:* _Donna Silump_ 12-17-05 |
| | *I acknowledge that this performance appraisal was discussed with me. |
| Follow-up requested/desired: | Follow-up Date: |

Evaluator's Signature: Diane D. Stilson  _Dianee D Stelson_  Date: 12-17-05

Recommended Salary Adjustment:  3% increase or $1,500    Effective Date: 01/01/2006

Line of Business Signature:

Human Resources Signature:

## 2006 Goals and Objectives

Employee  Donna Camp

For Period Covering  1/1/06      to  12/31/06        To be
Reviewed

Established on 1/1/06      by    Diane D. Stilson
Title:  Regional P.B. Supervisor

List (in order of importance) five specific and measurable objectives you would like the employee to complete by the next review date. Describe in detail the action plan needed to reach the desired goal.

**1. Objective:**

Increase Deposits



**Action plan to reach objective:**

Continue to work with marketing to promote Sunday hours.  Have Quarterly or Semi-Annual campaigns to attract Sunday business.  Work with Commercial LOB in order to promote deposits for the bank.  Continue to coach and mentor staff to recognize needs of customers and make effective referrals.

**2. Objective:**

Increase retail loans.



**Action plan to reach objective:**

Continue to promote consumer and Home Equity Loans through needs assessments of customers.  Work with marketing to target Yorkville customers who do not have HELOC loans and perhaps do direct mailings.



**3. Objective:**

Maintain Cash Averages at or below goal.



**Action plan to reach objective:**

Review cash averages on a weekly basis to ensure goals are being maintained, making adjustments the following week if necessary.  As the bank grows it's customer base, this goal may need to be adjusted in order to accommodate that growth.



**4. Objective:**

Increase Credit Life/A&H penetration on Consumer Loans

**Action plan to reach objective:**

Actively discuss Credit Life/ A&H with customers and coach PB's who sell loans to do the same.

**5. Objective:**

Mentor and coach the Yorkville team to increase referrals and relationships.

**Action Plan to Reach Objective:**

Hold monthly sales meetins to discuss results and discuss techniques for improving sales.  Have one on one meeting with staff in order to review their goals and results.  Actively listen to staff as they sell to confirm the sales process.  Reward and recognize achievements at monthly sales meetings.

# Exempt Performance Appraisal

Check Spelling

| Employee Name: | Donna Camp | Title: | RE Loan Originator |
|---|---|---|---|
| Facility: | Yorkville | Supervisor: | Daniel Sabol |

Reason for Review: ● Annual  ○ End of Introductory Period  ○ Other

Date employee began position: | Last appraisal date: | Scheduled appraisal:
1/1/2007

| Rating Scale Key | Carefully evaluate employee's work performance in relation to the essential functions of his or her job. Rate the employee on a scale of (1-5), with (5) being "Far Exceeded Expectations," and (1) being "Did Not Meet Expectations." Place his or her score in the Points column. Mark the category as N/A if the category does not cover essential functions of the jobs. You are expected to provide comments and/or supporting documentation to justify your decision in each category. |
|---|---|
| **(5) Far Exceeded Expectations**<br>**(4) Exceeded Expectations**<br>**(3) Met Expectations**<br>**(2) Met Some Expectations**<br>**(1) Did Not Meet Expectations**<br>**N/A** | |

## I. General Factors

| I. General Factors | Rating Scale | Comments |
|---|---|---|
| **A. Professional Skills** | | |
| **1. Job Knowledge:** Possess working knowledge of all phases of the job and the various techniques and skills necessary for the efficient completion of tasks. Remains up-to-date on changes/trends in technical knowledge related to job. Expands knowledge of the job and company product/services as it relates to other positions. | ○ (5)<br>○ (4)<br>● (3)<br>○ (2)<br>○ (1)<br>○ N/A | You have just started in this position and are in the infant stages of learning. It is important to keep abreast of market conditions and up to date on any new origination products. |
| **2. Judgment:** Ability to make sound and proper decisions by drawing on professional expertise with minimal negative effects on employee relations, and/or departmental and company goals and results. Willingness to take responsibility for these decisions. | ○ (5)<br>○ (4)<br>● (3)<br>○ (2)<br>○ (1)<br>○ N/A | You meet expectations regarding judgment and take responsibilities for your actions. |
| **B. Interactive Skills** | | |
| **1. Interpersonal Relationships:** Demonstrates a willingness to cooperate, work and communicate with coworkers, supervisors or outside contact. | ○ (5)<br>● (4)<br>○ (3)<br>○ (2) | |

**EXHIBIT**

C

| | | |
|---|---|---|
| | ○ **(1)**<br>○ **N/A** | You work very well with all other employees in your market area. |
| **2. Communication:** Effectiveness of expression in individual and group situations. Ability to convey ideas clearly and concisely. | ○ **(5)**<br>◉ **(4)**<br>○ **(3)**<br>○ **(2)**<br>○ **(1)**<br>○ **N/A** | You show no problems communicating to other employees of the bank. |

**C. Administrative Skills**

| | | |
|---|---|---|
| **1. Coordination:** Ability to work with others as a team and express individual viewpoint while considering and learning from the input of others. | ○ **(5)**<br>○ **(4)**<br>◉ **(3)**<br>○ **(2)**<br>○ **(1)**<br>○ **N/A** | You show good ability to work with the team and express your viewpoint. |
| **2. Planning and Organization:** Establishes appropriate course of action for self and subordinates to accomplish goals: makes proper assignments of personnel and appropriate use of resources; sets realistic target dates. | ○ **(5)**<br>○ **(4)**<br>◉ **(3)**<br>○ **(2)**<br>○ **(1)**<br>○ **N/A** | When you started, you wrote a business plan. You need to follow that plan and stick to your outline in order to be successful in this line of work. |
| **3. Adherence to Policies and Procedures:** Properly interprets and applies company, division and/or department policies/procedures to job responsibilities.. | ○ **(5)**<br>○ **(4)**<br>◉ **(3)**<br>○ **(2)**<br>○ **(1)**<br>○ **N/A** | Meets all expectations with regard to policies and procedures. |
| **4. Orientation Toward Results:** Ability to initiate project, anticipate changes or needs, set new priorities, follow through and meet deadlines. | ○ **(5)**<br>○ **(4)**<br>◉ **(3)**<br>○ **(2)**<br>○ **(1)**<br>○ **N/A** | Meets expectations but also need to find new ways to pick up new business. |

## D. Sales Skills

| 1. Sales Orientation: The extent to which an employee supports the sale culture of the organization, either through the attainment of established personal sales goals or by supporting the individuals and processes needed to build and enhance customer relationships. | ○ (5)<br>○ (4)<br>◉ (3)<br>○ (2)<br>○ (1)<br>○ N/A | As above, you need to find ways to bring in new business. |
| --- | --- | --- |

| II. Performance Expectations | Rating Scale | Comments |
| --- | --- | --- |
| List and comment on four major performance expectations you had for the employee during the current review period. Specify how well the employee supported/reached your expectations. | | |

**1. Performance Expectation:**

| | ○ (5)<br>○ (4)<br>○ (3)<br>○ (2)<br>○ (1)<br>○ N/A | |
| --- | --- | --- |

**2. Performance Expectation:**

| | ○ (5)<br>○ (4)<br>○ (3)<br>○ (2)<br>○ (1)<br>○ N/A | |
| --- | --- | --- |

**3. Performance Expectation:**

| | ○ (5)<br>○ (4)<br>○ (3)<br>○ (2)<br>○ (1)<br>○ N/A | |
| --- | --- | --- |

**4. Performance Expectation:**

| | ○ (5)<br>○ (4)<br>○ (3) | |
| --- | --- | --- |

○ **(2)**
○ **(1)**
○ **N/A**

## III. Rate Overall Performance

Rate the employee's overall performance in comparison to position duties and responsibilities.

Total Points: 29    Divided by # Factors Rated: 9    Overall Rating: 3.22

**Complete all of the following sections.**

1.  Accomplishments or new abilities demonstrated since last review

2.  Areas of needed improvement

3.  Recommendations for professional development (seminars, training, schooling, etc.)

```
Continue to read Fannie Mae`s web site and keep up to date on
current products.
```

4. Supervisor has reviewed job description with the employee

○ Yes        ◉ No

## Employee Comments

1. Career goals and objectives for the next one to three years

```
Continue to grow your business by 10% per year.  Cross sell UB
accounts to 90% of all mortgage customers.
```

2. Career goals and objectives for the next three to five years

```
Be a mortgage leader in the Yorkville market.  when someone ask for
a mortgage, they will know who to come to because you have
established yourself with the number one reputation for offering
mortgages.
```

3. Desired professional development (seminars, training, schooling, etc.)

Fannie Mae, MOAI and all other investors web site.

4. Performance appraisal remarks

Discussed with employee on: |11-15-06| Employee Signature: * Ⓧ Dima & Camp

&#42; I acknowledge that this performance appraisal was discussed with me.

Follow-up requested/desired: ◯ Yes ◯ No                Follow-up Date:

Evaluator's Signature:

|11-15-06|                                                          Date:

Recommended Salary Adjustment:                                    Effective Date:

|1/1/2007|

Line of Business Signature:

Human Resources Signature:                          1/23/07

2007 Goals and Objectives

For Period Covering |        | to |        |     To be Reviewed |        |

Established on [            ] by [                    ]

List (in order of importance) five specific and measurable objectives you would like the employee to complete by the next review date. Describe in detail the action plan needed to reach the desired goal.

**1. Objective:**

Close 10-15 million in production in 2007.

**Action Plan to Reach Objective:**

Meet realtors and put on home buying seminars.

**2. Objective:**

**Action Plan to Reach Objective:**

**3. Objective:**

**Action Plan to Reach Objective:**

**4. Objective:**

**Action Plan to Reach Objective:**

**5. Objective:**

**Action Plan to Reach Objective:**

Is this Employee Review Complete?    ☑

Line of Business Head Completed Review?    ☒

 

# Centrue Bank Mortgage
**Mortgage Originators**
**Compensation Plan**
**December, 2006**

## PURPOSE

This plan is designed to assist the Bank in employing experienced Mortgage Originators to provide a fair compensation program for the Mortgage Originators. The objective of this compensation plan is to provide a pay structure that is reasonable for the Mortgage Originators and to provide incentive for the Mortgage Originators to attain levels of production that contribute to the profitability of the Bank.

The purpose of all Centrue Plans should be to reward plan participants whose behavior promote soundness, profitability and growth of the organization. Therefore, it is vital to include soundness and profitability as the primary measures of goal attainment.

## SALARY

Mortgage Originator will receive a base salary of $11.53 per hour. In addition to the base salary there is the potential to receive additional pay in the form of commission.

Mortgage Originator will be required to maintain a record of time worked and submit this record to their team leader or regional president weekly. All overtime must be approved in advance by the team leader or Regional President. Failure to comply with obtaining permission to work overtime in advance may result in disciplinary action up to and including termination.

## BENEFITS

Mortgage Originator will be eligible to receive the same benefits that are made available by the Bank to its employees including vacation and sick time as well as the opportunity to participate in the health, dental, life and long term disability insurance as well as the 401K plan.

## COMMISSION

The Bank agrees to pay a monthly commission to a Mortgage Originator above their base salary to provide them an incentive to generate mortgages and other products to new and existing customers of the Bank. Commissions will be paid based upon the specific tier achieved from the total net revenue produced in a given month, retroactive to the first loan closed. Commission will be calculated based only on loan production reported by Mortgage Originator to their supervisor and that is closed and funded in that month. Commission will be paid on the second pay period of the following month.



**EXHIBIT**

D

## Commission tiers are as follows:

| Monthly Net Revenue | Commission % | Retroactive |
|---|---|---|
| $0 - $6,250($500,000) | 0% | Retro to $1 |
| $6251 - $9,375($750,000) | 15% | Retro to $1 |
| $9,375 - $12,500($1.0K) | 25% | Retro to $1 |
| $12,500 – 15,625(1.25K) | 35% | Retro to $1 |
| $15,625 – $18,750(1.50K) | 45% | Retro to $1 |
| Above $18,750 | 55% | Retro to $1 |

## TARGET RATE

The Bank will establish a Target Rate for all loans at 1.50%. With management's approval, Mortgage Originator can price lower. (Note lower pricing will affect Mortgage Originator's monthly income)

## REVENUE

Revenue includes yield spread, service release premium, origination fees and discount points. Fees collected to pay third party expenses such as processing or other fees of investors, appraisals, title insurance, surveys, etc. are not considered revenue and will not be included in the MOs revenue for calculation of commission. Revenue is calculated based on the following:

**Freddie and FNMA Programs** - YSP/SRP earned plus origination fees and discount fees charged

**Portfolio Loan Programs** – 1% of loan amount or a maximum of $10,000 plus origination fees charge. (Loans to include non-conforming, purchase money seconds)

**Bridge Loans** – All origination cost charged to customer will be included in Mortgage Originator's revenue stream.

**Centrue Mortgage Refinances (Centrue to Centrue)** – Any refinances from Centrue to Centrue within 180 days will be subject to reduced commissions.

**Referral received** - $50 will be taken from the Mortgage Originator's commission and paid to a bank employee who makes an outside mortgage referral that results in a closed loan.

## ADDITIONAL COMPENSATION

The following compensation amounts will be paid to the Mortgage Originator in addition to their commission:

**Commercial Loans** - $250 per each commercial loan customer referred through a personal introduction to a commercial loan officer of the Bank, that was not previously doing business with the Bank and that results in total loans closed within 120 days of the referral exceeding $100,000. If the referral results in total loans closed within 120 days of the referral exceeding $1 million, then $500 will be paid.

**Loan Modification** - $100 for each modification will be paid.

**Consumer Construction Loan Program** – 25bps will be paid on a Construction Loan.

**Lot Loans** – 25bps will be paid for each Lot Loan

**Home Equity Product** - Mortgage Originator will be paid a $50 for each Home Equity Product referred that result in a closed loan.

**Depository Accounts** - A total of $25 will be paid if a checking, savings, CD, or money market account is opened at the time of the mortgage application.

## OVERAGE/UNDERAGE

All loans are subject to investor and HOEPA maximum yield spread premiums however it is Centrue Bank's policy not to charge any YSP/origination fees aggregating in excess of 4% of the loan amount.

## MONTHLY EXPENSE ALLOWANCE

The Mortgage Originator will have $4,200 annually to use for reimbursement of expenses that are used to facilitate the origination of Real Estate Loans. A monthly expense report must be submitted and can not exceed $500.00 a month without prior approval of manager or Regional President.

## FEE INCOME

It is the responsibility of the Mortgage Originator to collect any upfront fees from the applicant, including but not limited to Appraisal fee, Inspection fee and Extended Rate Lock commitment fee. Fees not collected by the Mortgage Originator and charged to Centrue Bank will be taken out of commissions.

## PERFORMANCE STANDARDS

After the first 90 days of employment, Mortgage Originator is expected to produce a minimum of $6,250 in average monthly revenue and close at least 4 loans per month. A Mortgage Originator that does not attain the minimum standards is subject to disciplinary action up to and including termination.

## ERRORS AND OMISSIONS

In any case where the Bank procedures or instructions have been violated, the Bank can at its discretion, withhold the entire commission due the Mortgage Originator on that loan. In the case of obvious negligent situation resulting in a loss in excess of commission earned, the loss may be charged against commissions on other loans.

## TERMINATION

Upon termination of employment, voluntary or involuntary, the Mortgage Originator will be paid the difference between any salary already paid for the month and any commission earned as of the termination date. Any commission due will follow the regular commission schedule. If the Mortgage Originator has earned any commission during the pay period, no additional salary will be paid. It is understood that prior to leaving the employment of the Bank, no loan will be transferred to any other lending institution. All loan applications taken, equipment, files, records, correspondence, and training materials are the property of the bank.

## NO GUARANTEE OF EMPLOYMENT/SUPERSEDES PRIOR AGREEMENTS

This is not a contract for, or guarantee of, employment. This salary structure may be changed at any time upon 30 days written notice to the Mortgage Originator. This compensation plan supersedes all previous written and verbal communication with the Mortgage Originator regarding compensation including but not limited to previous compensation plans or offer letters.

| _Donna S. Camp_ | _12-6-06_ |
| --- | --- |
| **Mortgage Originator Signature** | **Date** |
| _Donna S. Camp_ | |
| **Printed Name** | |

# Centrue Bank Mortgage
### Mortgage Originators
### Compensation Plan
### April, 2007

4-1-07

## PURPOSE

This plan is designed to assist the Bank in employing experienced Mortgage Originators to provide a fair compensation program for the Mortgage Originators. The objective of this compensation plan is to provide a pay structure that is reasonable for the Mortgage Originators and to provide incentive for the Mortgage Originators to attain levels of production that contribute to the profitability of the Bank.

The purpose of all Centrue Plans should be to reward plan participants whose behavior promote soundness, profitability and growth of the organization. Therefore, it is vital to include soundness and profitability as the primary measures of goal attainment.

## SALARY

Mortgage Originator will receive a base salary of $11.53 per hour. In addition to the base salary there is the potential to receive additional pay in the form of commission.

Mortgage Originator will be required to maintain a record of time worked and submit this record to their Team Leader or Regional President weekly. All overtime must be approved in advance by the Team Leader or Head of Mortgage Lending. Failure to comply with obtaining permission to work overtime in advance may result in disciplinary action up to and including termination.

## BENEFITS

Mortgage Originator will be eligible to receive the same benefits that are made available by the Bank to its employees including paid time off and disability time as well as the opportunity to participate in all bank employee benefits.

## COMMISSION

The Bank agrees to pay a monthly commission to a Mortgage Originator above their base salary to provide them an incentive to generate mortgages and other products to new and existing customers of the Bank. Commissions will be paid based upon the specific tier achieved from the total net revenue produced in a given month, retroactive to the first loan closed. Commission will be calculated based only on loan production reported by Mortgage Originator to their supervisor and that is closed and funded in that month. Commission will be paid on the second pay period of the following month.



EXHIBIT
E

1

**Commission tiers are as follows:**

| Monthly Net Revenue | Commission % | Retroactive |
|---|---|---|
| $0 - $5,000($400,000) | 0% | Retro to $1 |
| $5,001 - $9,000($720,000) | 15% | Retro to $1 |
| $9,001 - $12,500($1.0K) | 25% | Retro to $1 |
| $12,500 – 15,625(1.25K) | 35% | Retro to $1 |
| $15,625 – $18,750(1.50K) | 45% | Retro to $1 |
| Above $18,750 | 55% | Retro to $1 |

## TARGET RATE

The Bank will establish a Target Rate for all loans at 1.25%. Approval from the Team Leader, Market President or Head of Mortgage Lending can allow the Mortgage Originator to lower the price. The underwriting sheet must be signed by either the Team Leader or the Market President. (Note lower pricing will affect Mortgage Originator's monthly income)

## REVENUE

Revenue includes yield spread, service release premium, origination fees and discount points. Revenue is calculated based on the following:

- **Freddie and FNMA Programs** - YSP/SRP earned plus origination fees and discount fees charged

- **Portfolio Loan Programs** – 1% of loan amount or a maximum of $10,000 plus origination fees charge. (Loans to include non-conforming, purchase money seconds)

- **Bridge Loans** – All origination cost charged to customer will be included in Mortgage Originator's revenue stream.

- **Centrue Mortgage Refinances (Centrue to Centrue)** – Any refinances from Centrue to Centrue within 180 days will be subject to reduced commissions. 50 bps of the revenue will be added to the revenue stream.

- **Construction/Lot Loans** – 1% of loan amount or a maximum of $10,000 plus origination fees charged.

- Liberty 1st — 1%

## ADDITIONAL COMPENSATION

The following compensation amounts will be paid to the Mortgage Originator in addition to their commission:

- **Commercial Loans** - $250 per each commercial loan customer referred through a personal introduction to a commercial loan officer of the Bank, that was not previously doing business with the Bank and that results in total loans closed within 120 days of the referral exceeding $100,000. If the referral results in total loans closed within 120 days of the referral exceeding $1 million, then $500 will be paid.

- **Loan Modification** - $100.00 for each modification will be paid.

- **Home Equity Product** - Mortgage Originator will be paid a $50 for each Home Equity Product referred that result in a closed loan.

- **Depository Accounts** - A total of $25 will be paid if a checking and savings account is opened at the time of the mortgage application.

- **Year End Bonus** – If the originator meets or exceeds their yearly volume total of $10 Million in production, a 10% bonus will be paid on the pool of fees collected. Fees include processing, underwriting and document preparation.

## OVERAGE/UNDERAGE

All loans are subject to investor and HOEPA maximum yield spread premiums however it is Centrue Bank's policy not to charge any YSP/origination fees aggregating in excess of 4% of the loan amount.

## MONTHLY EXPENSE ALLOWANCE

Monthly expenses will be reimbursed up to $300.00. Prior approval of team leader or head of mortgage lending will be needed for any expense reimbursable items over $300.00 See Exhibit A for expenses that are reimbursable.

## FEE INCOME

It is the responsibility of the Mortgage Originator to collect any upfront fees from the applicant, including but not limited to Appraisal fee, Inspection fee and Extended Rate Lock commitment fee. Fees not collected by the Mortgage Originator and charged to Centrue Bank will be taken out of commissions and/or salary.

## PERFORMANCE STANDARDS

After the first 90 days of employment, Mortgage Originator is expected to produce a minimum of $5,000 in average monthly revenue and close at least 4 loans per month. A Mortgage Originator that does not attain the minimum standards is subject to disciplinary action up to and including termination.

## ERRORS AND OMISSIONS

In any case where the Bank procedures or instructions have been violated, the Bank can at its discretion, withhold the entire commission due the Mortgage Originator on that loan. In the case of obvious negligent situation resulting in a loss in excess of commission earned, the loss may be charged against commissions on other loans.

## TERMINATION

Upon termination of employment, voluntary or involuntary, the Mortgage Originator will be paid the difference between any salary already paid for the month and any commission earned as of the termination date. Any commission due will follow the regular commission schedule. If the Mortgage Originator has earned any commission during the pay period, no additional salary will be paid. It is understood that prior to leaving the employment of the Bank, no loan will be transferred to any other lending institution. All loan applications taken, equipment, files, records, correspondence, and training materials are the property of the bank.

## NO GUARANTEE OF EMPLOYMENT/SUPERSEDES PRIOR AGREEMENTS

This is not a contract for, or guarantee of, employment. This salary structure may be changed at any time upon 30 days written notice to the Mortgage Originator. This compensation plan supersedes all previous written and verbal communication with the Mortgage Originator regarding compensation including but not limited to previous compensation plans or offer letters.

_Donne P Cump_                                        _2.14.07_

**Mortgage Originator Signature**                          **Date**

_Donna S. Cump_

**Printed Name**

☒ x

# Annual Performance Appraisal

| | |
|---|---|
| **Employee Name:** | Donna Camp |
| **Title:** | Mortgage Loan Originator - Central |
| **Supervisor:** | Daniel Sabol |
| **Review Date:** | 1/1/2008 |

**Rating Scale Key:** Carefully evaluate the employee's work performance in relation to the essential functions of his or her job by placing a score in the rating scale column. **Please provide comments to justify your rating for each factor.**

(5)      Far Exceeded Expectations
(4)      Exceeded Expectations
(3)      Met Expectations
(2)      Met Some Expectations
(1)      Did Not Meet Expectations
(N/A) Not Applicable

<u>Performance Factors</u>:

1. Integrity:
   a. Conducts daily business based on the highest level of ethical standards.

   ⦿ 5    ○ 4    ○ 3    ○ 2    ○ 1    ○ N/A

   Comments: `No problem with Donna in this area.`

   b. Exercises good judgment by making sound and proper business decisions.

   ⦿ 5    ○ 4    ○ 3    ○ 2    ○ 1    ○ N/A

   Comments: `Donna always has the banks best interest in mind when making business decisions.`



**EXHIBIT**

F

## 2. Commitment to Excellence:

a. Performs all duties by ensuring that even the most minor aspects of daily business are accurate, thorough and of the highest quality.

◉ 5   ○ 4   ○ 3   ○ 2   ○ 1   ○ N/A

Comments:
```
By working Saturdays and Sundays, Donna far exceeded
the expectations of her job duties.
```

b. Displays a strong work ethic and sense of urgency to yield results.

○ 5   ◉ 4   ○ 3   ○ 2   ○ 1   ○ N/A

Comments:
```
Again, by working Saturday and Sundays, you go above
and beyond what your job title calls for.
```

## 3. Ownership:

a. Adheres to position responsibilities and pro-actively meets important challenges head-on by being a positive, self-motivated and contributing member of the Centrue Bank team.

○ 5   ○ 4   ◉ 3   ○ 2   ○ 1   ○ N/A

Comments:
```
You are very self-motivated when it comes to the bank
in general.  You do need to make a better effort in
making sales calls to realtors and other sales
relationships that will yield business for you.
```

b. Takes accountability for assignments and meets annual performance goals, including sales expectations, as set forth during the annual appraisal.

○ 5   ○ 4   ○ 3   ◉ 2   ○ 1   ○ N/A

Comments:

```
You met some of your goals from last year.  Even
though production was down this year, you need to
focus on ways to generate more business.
```

4. Teamwork:

    a. Works harmoniously with others and willingly performs an array of diverse functions, embracing change and new initiatives.

       C 5     ⊙ 4     C 3     C 2     C 1     C N/A

    Comments:
```
You work great with the other LO`s whenever they need
information. You are always willing to share your
knowledge with others.
```

    b. Contributes to a positive team environment through effective and professional communication with co-workers, managers and/or subordinates.

       C 5     ⊙ 4     C 3     C 2     C 1     C N/A

    Comments:
```
Within the real estate department you are considered
a team player.  You keep me informed of your day to
day activities.
```

5. Knowledge:

    a. Possesses self-confidence and a clear understanding of all aspects of current position.

       C 5     C 4     ⊙ 3     C 2     C 1     C N/A

    Comments:
```
You meet the expectations of being a loan
originator.  In the changing environment that the
mortgage industry is in, you will need to stay on top
of changes in order to be successful.
```

    b. Improves on personal skills and abilities to better serve our customers' needs by

always striving to gain more education and training toward one's essential job functions, the organization and the industry.

○ 5    ○ 4    ○ 3    ○ 2    ○ 1    ● N/A

Comments:

Overall Performance Rating

Total Points 35    Divided by # of Factors Rated 9    Overall Rating: 3.88

Accomplishments since last review:

Areas of needed improvement:

making sales calls to realtors. Set up a calling plan with Peggy and work as a team. You will be amazed with the results if the two of you put your minds together and make sales calls.

Career goals and objectives of employee and desired professional development/educational endeavors:

Performance Goals for 2008 (Tied to Strategy Map):

1. Cross sell HELOC`s to produce additional revenue to the bank bottom line.

2. Cross sell deposit accounts in order increase core deposits of the bank.

3: Produce a minumin of $8,750in monthly revenue through the closing of real estate loans.   Year end goal is $105,000.00 in revenue.

4:

5:

Other Supervisor Remarks:

Take pride in your position as if you were the owner of this bank.  Focus on making smart decisions as if you were spending your own money.  Continue to improve on your numbers and make as many sales calls as possible to keep your name in front of the public, realtors, attorneys and accounts.

Employee Remarks:

#3b - I would like to comment about the number of HELOC loans that I have personally done this year.  Total of 23 with $1,849,016.20 and this was done along with my other loan originating.  I realize my mortgage loan production was down but I would like this to be taken into account.  I did focus on other ways to generate more busines rather than the tradtional "realtor visits" and felt that working with our current customers was as important if not more, especially thru the change that we have gone thru this last year.

**Job Description Reviewed with Employee:**                    ● Yes ○ No

**Discussed with Employee on:**                    1-9-08

**Follow-up Requested:**                    ○ Yes ● No  Date:

**Recommended Increase Effective:**

**Employee Signature:**

**Evaluator/Supervisor Signature:**

**LOB Signature:**

**HR Signature:**

**Is this Employee Appraisal Complete?**    ☑

**LOB Head Completed Review?**    ☑

1-11-08




Submit    Cancel

08CV4020
JUDGE GOTTSCHALL
MAGISTRATE JUDGE BROWN

PH

# Centrue Financial Corporation

*(handwritten in left margin, rotated):* Cobra   Medical - 437.74 / MO   837.08 /mo   18 mos.   28ll

# Employee Handbook

Board Approved:  February 8, 2008

**EXHIBIT**

G

**INDEX**

| Policy | | Page Number |
|---|---|---|
| HR.010 | Appearance and Personal Hygiene | 4 |
| HR.020 | Attendance and Reporting Absence | 6 |
| HR.030 | Attitude | 7 |
| HR.040 | Centrue Property | 8 |
| HR.050 | Community Relations | 9 |
| HR.060 | Compensation | 10 |
| HR.070 | Confidentiality | 11 |
| HR.080 | Continuing Education | 12 |
| HR.090 | Courtesy | 14 |
| HR.100 | Deductions | 15 |
| HR.110 | Disciplinary Action | 16 |
| HR.120 | Electronic Equipment and Communications | 18 |
| HR.130 | Employee Classifications | 20 |
| HR.140 | Employee Relations | 22 |
| HR.150 | Employment of Relatives | 23 |
| HR.160 | Equal Employment Opportunity and Nonretaliation | 24 |
| HR.161 | Disclosure and Nonretaliation | 25 |
| HR.162 | Disability Accommodation | 26 |
| HR.170 | Financial Services | 28 |
| HR.180 | Holidays | 30 |
| HR.190 | Office Appearance | 31 |
| HR.200 | Insurance Programs | 32 |
| HR.210 | Internal Transfers | 34 |
| HR.220 | Job Vacancies | 35 |
| HR.230 | Leaves of Absence | 36 |
| HR.240 | Maintenance of Personnel Records | 52 |
| HR.250 | Orientation Period | 53 |
| HR.260 | Overtime | 54 |
| HR.270 | Payroll | 55 |
| HR.290 | Personal Finances | 57 |
| HR.300 | Promotions - Assignment/Transfers | 59 |
| HR.310 | Retirement | 60 |
| HR.320 | Safety/Security | 61 |
| HR.330 | Sexual and Other Discriminatory Harassment | 62 |
| HR.340 | Short Term Disability | 66 |
| HR.350 | Solicitation/No Distribution | 66 |
| HR.360 | Substance Abuse | 70 |
| HR.370 | Suggestions | 71 |
| HR.380 | Termination of Employment | 72 |
| HR.390 | Time Sheets/Hours Worked | 73 |
| HR.400 | Paid Time Off | 74 |
| HR.410 | Work Quality | 77 |
| | **Employee Acknowledgment Form** | 78 |

## Foreword

This Employee Handbook is designed to help acquaint you with Centrue Financial Corporation and to familiarize you with some of the policies affecting your employment. It also will describe the benefits currently provided by Centrue and explain, in brief, what is expected of you in your job.

**This Handbook is not a contract of employment and will not be interpreted or construed to create a contract of employment for any set term. Similarly, the policies, procedures, and benefits described in this Handbook are not conditions of employment and are presented as a matter of information only. They are guidelines. Centrue Financial Corporation reserves the right to modify, revoke, add, terminate, or change any or all policies, procedures, or benefits contained herein, in whole or in part, at any time, with or without notice. Irrespective of any statement or provision contained in this Handbook, or any other document or statement issued or made by Centrue, you have the right to terminate your employment, with or without notice or cause, and Centrue retains the same right.**

Centrue Financial Corporation and its subsidiaries ("Centrue") have a reputation which is a source of pride for all employees. As our employee, you become the most important contact we have with our customers. The services you provide reflect on Centrue. Therefore, it is extremely important that each person in our organization do his or her best at all times in promoting our organization and the goodwill of our customers.

Over the years, we have established a fine blend of mutual understanding and cooperation which makes working together genuinely satisfying. We are pledged to handle all personnel relations in good faith, resolving problems fairly and timely, recognizing differences in individuals, and promoting from within whenever appropriate.

We encourage you to read this information carefully. Then, if you still have questions about your job, a particular task, or any policy or regulation of Centrue, ask the Human Resource Department. They would be happy to assist you.

Please use this information as a guide, a reference, and an explanation of what you may expect from Centrue Financial Corporation and what we expect from you.



Thomas A. Daiber
President and Chief Executive Officer
Centrue Financial Corporation

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.010 |
|---|---|
| Subject | Appearance and Personal Hygiene |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

The public gains many of its impressions from its contact with our employees. Therefore, it is important that our employees not only courteous and efficient, but that they contribute to our image through proper dress and personal appearance which reflects a maximum degree of cleanliness, neatness, and professionalism.

Clothing of both men and women should be clean, neat, and conservative in style. Hair styles, make-up, and jewelry should be in good taste, avoiding extremes. Common sense and good business judgment should be the employee's guide for proper business attire, as well as in the handling of business affairs. Centrue reserves the right to approve or disapprove the style of clothing or dress worn by employees while on duty. Any employee whose personal appearance or hygiene is deemed unacceptable by the immediate supervisor or acting supervisor will be informed of such and be asked to change clothes, hair, etc. Any time missed from work resulting from correcting the situation will be deducted from a nonexempt employee's hours of work.

## Appropriate Business Attire

### _Women_
Suits
Dresses
Dress skirts
Dress slacks
Blouses or sweaters
Blazers
Hosiery (nylons, tights, trouser socks)
Dress shoes/loafers
Boots (only in inclement weather)
Open-toed dress shoes (hosiery required if worn with skirt/dress)
Capris may only be worn if accompanied by a blazer/suit jacket, hosiery, and dress shoes

### _Men_
Suits
Dress slacks
Dress shirt (with tie, when appropriate)
Blazer/sport coat
Dress socks
Dress shoes/loafers
Boots (only in inclement weather)

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.010 |
|---|---|
| Subject | Appearance and Personal Hygiene |
| Page | 2 |

## Dress Guidelines

- Business suits generally are the accepted wear when on appointments
- Skirts must be no more than three inches above the knee
- Clothing must be clean and free of wrinkles
- Shoes must be clean and shined
- Hair must be groomed neatly and professionally
- Women's nails must be neatly manicured and conservative in color choice
- Jewelry must be conservative and appropriate to a business environment

## Inappropriate Business Attire

| | | |
|---|---|---|
| Stretch pants | Shorts | Athletic or sweat suits (cotton or nylon) |
| Stirrup pants | Skorts | Sleeveless or off-the-shoulder shirts |
| Culottes | Tank tops | Low-cut or cropped shirts |
| Oversized shirts | Jeans or denim | Athletic shoes |
| Leather or vinyl | Tennis shoes | Non-business-like skirts/suits/dresses |
| Hats | Athletic T-Shirts | Spandex |
| Sweat suits | Capri pants | Flip-flops |
| | | Visible body piercings |

## Casual Days

Centrue attire with dress slacks or Dockers® is acceptable. Cargo pants, jeans (when not specifically approved for a charitable fundraiser), sweats, etc., are not acceptable.

NOTE: Employees working on physical assignments or in highly physical jobs such as building engineers, custodians, and couriers may wear blue jeans that are clean and in good taste with a shirt or polo, preferably one displaying the Centrue logo.

## PURPOSE:

Good appearance and personal hygiene are essential when working with the public. Employees are personally responsible to be neat, clean, and properly attired while performing their assigned duties.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.020 |
|---|---|
| Subject | Attendance and Reporting Absence |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

Regular and prompt attendance on the part of all employees is an essential job function of every position at Centrue. Tardiness and absences create burdens on fellow workers and, in fairness to them, should be avoided.

Whenever it is necessary for an employee to be absent from his or her work on a regularly scheduled work day, the immediate supervisor must be notified of the absence as soon as practicable. This should be done so that arrangements can be made to cover work assignments due to the absence. If an employee becomes ill or injured while on duty or needs to leave work prior to the completion of his or her shift, it is the employee's responsibility to notify his or her immediate supervisor, as soon as practicable.

Tardiness is a violation of policy. Therefore, employees should be in their assigned work areas and ready to begin work at the start of their designated shifts. Early departures must be approved by an employee's immediate supervisor.

Certain absences are unavoidable. However, any employee who is absent three (3) consecutive scheduled work days without properly notifying his or her immediate supervisor will be considered as having voluntarily terminated without notice.

Absenteeism is a violation of policy. Employees considered as having excessive absenteeism may be subject to disciplinary action.

Attendance and tardiness records shall be considered at the time of performance appraisal. Notwithstanding the foregoing, absences associated with statutorily-protected leaves (e.g., military, VESSA, FMLA or workers' compensation leaves) will not lead to any disciplinary action. Please refer to Centrue's Disciplinary Procedures (HR.110).

## PURPOSE:

Efficiency depends on the total efforts of all employees. Any employee absence creates a burden on all employees and hinders overall efficiency.

# POLICY STATEMENT

## <u>Human Resource Administration</u>

| Policy No. | HR.030 |
|---|---|
| Subject | Attitude |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## <u>POLICY:</u>
Each employee has the responsibility of bringing a good personal attitude to our place of employment. A spirit of cooperation, a willingness to work together harmoniously, and a friendly manner towards employees and customers are necessary for personal growth and job progress. Employees who do not adhere to this policy may be subject to disciplinary action. Please refer to Centrue's Disciplinary Procedures (HR110).

## <u>PURPOSE:</u>
A good personal attitude and friendly atmosphere is conducive to a productive business and working environment.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.040 |
|---|---|
| Subject | Centrue Property |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

As an employee of Centrue, you will be handling important as well as confidential information (including but not limited to customer and prospect lists, information about customer finances, the business strategies and plans of Centrue, or other data acquired through affiliation with the organization) and trade secrets. This confidential information, whether in paper or electronic form, is Centrue property. There fore, you must exercise extreme care when working with this information. Records, files, and documents are to be kept in their proper files or safes and must be locked before leaving the area unattended. No documents or electronic records of confidential information are to be taken out of any Centrue facility without the written consent of a member of Senior Management.

The equipment and supplies you use are valuable Centrue property and everyone can help control these costs. Equipment and lights should be kept turned off when not in use. All employees should practice economy in the use of stationery and supplies. Employees who do not adhere to this policy may be subject to disciplinary action. Please refer to Centrue's Disciplinary Procedures (HR110).

## PURPOSE:

Centrue property should be used for business purposes, and employees should be mindful of waste.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.050 |
|---|---|
| Subject | Community Relations |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

Centrue encourages employees to participate in local civic and charitable activities. This participation should be voluntary and not interfere with job responsibilities. An employee may be reimbursed, on an annual basis, for one set of dues to a local civic organization. The employee must maintain an active status with that organization, and the reimbursement must be approved by the Line of Business Head. Subject to applicable law, employees must avoid any association with an outside group that could result in any potential conflict of interest. Questions regarding potential conflicts of interest should be discussed with your supervisor or the Human Resource Department.

## PURPOSE:

Centrue employees, by nature, are highly respected members of the community. We encourage employees to be active and visible in order to promote the corporate image and contribute to the growth and development of the community.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.060 |
|---|---|
| Subject | Compensation |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

The Centrue salary administration program is designed to reward for accomplishment or pay for performance. As such, salary increases will relate directly to performance and not on cost of living adjustments.

The following is a basic explanation of how the Centrue salary administration program is organized:

1. Every job at Centrue has been classified and rated for salary purposes according to the duties, training, skills, and responsibility required.

2. Salary ranges are established following Centrue's review of annual benchmark job compensation surveys.

3. An individual employee's position in the salary range is influenced by such factors as past performance ratings, length of service, and skills or experience brought to one's current job.

4. Performance appraisals usually will be performed on an annual basis.  This exercise is designed to promote discussion of the employee's progress and/or to resolve any problems that the individual may confront on the job.  Appropriate salary action is initiated as a result of this performance review.

The completed appraisals will be reviewed privately with the employee, who is encouraged at this point to ask any questions or to make comments.

## PURPOSE:

Centrue provides a salary schedule which seeks to recognize outstanding performance.

# POLICY STATEMENT

## <u>Human Resource Administration</u>

| Policy No. | HR.070 |
|---|---|
| Subject | Confidentiality |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## <u>POLICY:</u>

Centrue assumes an obligation to keep in confidence all that pertains to the customer and his or her financial affairs. Whether on-duty or off-duty, employees are obligated to refrain from discussing customers or giving any customer information to unauthorized individuals. This code of confidentiality also extends to any privileged information. In the performance of your duties, customer information must not be discussed in a manner where it could be overheard by someone who does not have a need to know. Customer information must not be discussed outside your work area with anyone (e.g., family, friends). Customers are very sensitive to information regarding their business or personal finances and breaching this confidence would show a lack of credibility on our integrity. Consequently, any breach of confidentiality may subject an employee to disciplinary action, up to and including termination of employment. Please refer to Centrue's Disciplinary Procedures (HR110).

## <u>PURPOSE:</u>

Recognizing that our customers are our most important asset, we have an obligation to maintain information about their financial transactions in the strictest of confidence.

**POLICY STATEMENT**

**Human Resource Administration**

| Policy No. | HR.080 |
|---|---|
| Subject | Continuing Education |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

**POLICY:**

You will quickly realize that a specialized knowledge of your department and other departments is a necessity. Centrue encourages continuing education. The Education and Training Department will coordinate internal education programs for employees.

External education is reimbursed to any active, full-time employee who has completed two years of service as of the commencement date of the course, but only with written pre-approval from the employee's Line of Business Head prior to the employee registering for the course. External education (a) must occur outside the employee's regular working hours; (b) must be voluntary (i.e., must not be required by Centrue); and (c) must not involve productive work for Centrue. Upon completion of an approved course, Centrue will reimburse employees per the following schedule:

| | |
|---|---|
| Grade of A | 70% |
| Grade of B | 60% |
| Grade of C | 50% |
| Grade of D | 0% |
| Grade of F | 0% |

Payment for a pass/fail course will be reviewed on a case-by-case basis and be determined prior to the first day of class.

Centrue reserves the right to discontinue the plan at any time, with or without cause, but will be responsible for the payment of any previously authorized reimbursement, except in those cases noted in the plan. Annual dollars will be allocated on a first come, first serve basis, and at the discretion of Centrue management.

Tuition, books, and any course fees associated with the approved class will be eligible for potential reimbursement. Application fees, graduation fees, and fees associated with dropping a class, late registration, and required entrance and immunization fees will not be covered by this plan.

## POLICY STATEMENT

### Human Resource Administration

| | |
|---|---|
| Policy No. | HR.080 |
| Subject | Continuing Education |
| Page | 2 |

The tuition reimbursement program covers any external class from an accredited college or university which would be applicable to the employee's current or prospective job function within the organization, as deemed by the employee's immediate supervisor and Line of Business Head.

Seminars, workshops, some studies necessary for an employee to perform his or her essential job functions, and any coursework mandated by Centrue or its management are considered required job training and will be paid in full by Centrue

An individual employee may not receive more than $3,500 in educational benefits in any given calendar year.

Employees will be required to submit a written request for tuition reimbursement prior to registering for the course. The request form can be obtained by contacting the Human Resource Department. The employee's Line of Business Head must authorize this form prior to registration. However, Centrue's portion will be reimbursed to the employee only after a report card or official transcript has been submitted to the appropriate Centrue personnel. If, for any reason, an employee is terminated from employment by Centrue, the employee immediately loses eligibility for the program regardless of whether the class was previously approved.

An employee may not seek reimbursement for more than two (2) courses simultaneously.

Centrue reserves the right to deny a proposed reimbursement on the basis of course content and/or an unreasonable tuition/fee amount.

### PURPOSE:
It is recognized that continuing education and training of employees enhances services we provide to our customers.

# POLICY STATEMENT

## Human Resource Administration

| | |
|---|---|
| Policy No. | HR.090 |
| Subject | Courtesy |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

Courtesy and consideration are expected from all employees. Be prompt and courteous to all customers, visitors, vendors, and fellow employees. The reputation of Centrue depends on the kindness and courtesy of its employees. Each customer expects accuracy, promptness, good performance, and a friendly smile from us. Every employee must remember that service is all we have to sell and build on. In every instance, each employee is the financial expert of each customer.

The following guidelines are to be used with our customers:

## Personal Contacts

Greet each of our customers with a smile. Call the customer by name if at all possible. Send them away with a "thank you, come again." Avoid making any derogatory or uncomplimentary comments. Familiarize yourself with all locations and functions of the various departments within Centrue so you will be able to direct people promptly and courteously to the proper locations when asked.

## Telephone Contacts

When answering the telephone, please give your name and identify your department. When it is necessary to transfer a call, be sure it is given to the right person. Transferring a caller more than once becomes extremely aggravating. If you are uncertain who should handle the call, take the caller's number and say that you will have the proper person return the call. When you are away from your area, make sure your voice-mail is activated with an up-to-date message of instructions.

Providing exceptional customer service is an expectation placed on all employees. Failure to do so may subject employees to disciplinary action. Please refer to Centrue's Disciplinary Procedures (HR110).

## PURPOSE:

Courtesy costs nothing and produces large dividends. Remember that our customers are our primary purpose. Some customers require a great deal of tact and diplomacy. Thoughtfulness and kindness will make their visit to the facility and your responsibilities more enjoyable and satisfying.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.100 |
|------------|--------|
| Subject | Deductions |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

Deductions automatically taken from the employee's paycheck are those required by law. These include federal income tax, state income tax, and F.I.C.A. (Social Security tax). Insurance premiums, United Way Fund, Individual Retirement Accounts, 401(k) salary deferrals, and flexible spending account elections will be deducted with the individual's written authorization.

Centrue complies with the Consumer Credit Protection Act, the Illinois Wage Deduction for the Benefit of Creditors Act, the Wage Assignment Act, and any other law or order regarding the withholding of an employee's wages for garnishment. Any employee whose wages are subject to garnishment for multiple indebtedness may be subjected to disciplinary action up to and including termination of employment. Please refer to Centrue's Disciplinary Procedures (HR 110).

## PURPOSE:

Certain deductions will be made to maintain compliance with federal and state laws. Other deductions are provided for the convenience of the employee.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.110 |
|---|---|
| Subject | Disciplinary Action |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

Certain standards of discipline must be maintained if Centrue is to function efficiently. The decision to issue discipline and the actual discipline imposed are solely a matter of management discretion. Disciplinary action should be appropriate to the conduct which prompted it. The type of disciplinary action taken will depend on several factors including, but not limited to, performance, the nature of the misconduct, any previous misconduct, any damage or loss occasioned by the misconduct, and the extent to which the reputation or image of Centrue has been or may be damaged.

## Misconduct Justifying Immediate Termination of Employment:

Certain types of misconduct normally will justify immediate termination of employment. The following are examples of misconduct for which immediate termination of employment may be justified:

- Violation of the Sexual and Other Discriminatory Harassment Policy
- Violation of the Equal Employment Opportunity and Nonretaliation Policy
- Any theft or defalcation
- Dishonesty in any form
- Conviction of a felony or any crime substantially related to the employee's job at Centrue
- Insubordination
- Failure to observe and abide by "dual control" or other security policies
- Any unauthorized disclosure of customer financial records
- Any unauthorized disclosure of confidential information or trade secrets
- Unauthorized use of confidential information acquired in the course of employment
- Unauthorized possession of weapons or explosives on Centrue's property or while conducting Centrue business
- Unauthorized use of property of Centrue
- Use of alcohol or illegal drugs on Centrue premises or while conducting Centrue business
- Engaging in personal financial transactions which conflict with the employee's job duties
- Continuing or repeating misconduct for which a written warning was given
- Not cooperating with any internal investigation including refusing to be tested for drug or alcohol use
- Violation of Human Resource Policies

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.110 |
|------------|--------|
| Subject | Disciplinary Action |
| Page | 2 |

The aforementioned examples of misconduct are offered merely by way of example and are not intended to be all-inclusive.

## Misconduct Not Justifying Immediate Termination of Employment:

Where misconduct requires formal disciplinary action, but disciplinary action short of immediate termination of employment is deemed appropriate in Centrue's sole discretion, the following protocol normally will be employed:

## Oral Warning

If the misconduct or behavior requires it, the employee normally will be given an oral warning and a record or notation thereof, specifying the misconduct involved and the date of the warning, will be placed in the employee's personnel file.

## Written Warning

If the misconduct or behavior for which the oral warning was given continues or is repeated, or if the severity of the misconduct warrants a written warning, the employee normally will be given a written warning specifying the misconduct or behavior deemed inappropriate and a statement advising the employee that if such misconduct or behavior continues or is repeated, his or her employment may be terminated. A copy of this written warning will be placed in the employee's personnel file.

## PURPOSE:

It is the goal of Centrue to provide for the consistent and even-handed administration of disciplinary action and to provide employees with examples of misconduct for which immediate termination of employment is justified.

## POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.120 |
|---|---|
| Subject | Electronic Equipment and Communications |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

Certain standards must be maintained if any organization is to function efficiently. It shall be the practice of Centrue to utilize the best affordable technology in providing service to our customers. This technology should be used for business and not personal reasons.

In their work for Centrue, employees may be using Centrue property such as computer equipment, the Internet, as well as electronic mail ("e-mail"), and voice mail to communicate with other employees, current and prospective customers, and others involved in our business. These can be very effective business tools. However, as with all tools, their misuse can have potentially serious consequences for Centrue and the employee. This policy is intended to define the parameters of appropriate electronic equipment and communication usage by Centrue personnel.

The Internet, e-mail, and the voice mail systems are employer-provided business tools and are to be used for business purposes only. The Internet, e-mail, and voice mail passwords also remain Centrue's property.

As a general rule, it is expected that all employees will use common sense and sound judgment when utilizing the Internet, e-mail, and voice mail systems. In addition, employees are expressly prohibited from sending any messages or materials containing obscene, lewd, derogatory, or otherwise potentially offensive language or images. Sending or exchanging material that contains racial, sexual, or similar comments or jokes is forbidden. Users should respect the rights and sensitivities of recipients and potential recipients or viewers, and should ensure that all e-mail and voice mail messages reflect the professional image that the organization wishes to portray.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.120 |
|---|---|
| Subject | Electronic Equipment and Communications |
| Page | 2 |

Users should be aware that Internet usage, AS400, e-mail and voice mail messages, and telephone logs cannot be considered private and may be accessed and retrieved by Centrue. Random audits of computers and telephone logs may be conducted by Centrue. Such messages or sites also may be subject to disclosure to outside third parties, including the court system and law enforcement agencies, under certain circumstances. Employees should not send any e-mail, voice mail, access Internet sites, or send messages over the AS400 that they would not want to have seen or heard by persons other than the intended recipients. Limited personal use of e-mail, Internet, voice mail, or other forms of communications may be granted by the individual's immediate supervisor.

Violators of this policy will be subject to appropriate disciplinary action up to and including termination of employment. Please refer to Centrue's Disciplinary Procedures (HR.110). Any known or suspected violations of the policy should be reported immediately to your supervisor, to the Human Resource Department or the Line of Business Head.

## PURPOSE:
It is the policy of Centrue to maintain high standards of work performance and confidentiality. Equipment and communications tools provided by the organization should be used for business and not personal use.

## POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.130 |
|---|---|
| Subject | Employee Classifications |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

All employees of Centrue will be placed in specific employment classifications which are defined as follows:

### Orientation Employee - New Employee

All new employees will be subject to a ninety (90) day orientation period, which may be extended based on performance. If the individual successfully completes the orientation period, he or she will then be placed in a suitable job classification.

### Orientation Period - Job Transfer

An employee who is promoted or who transfers into a new job classification shall serve an orientation period of ninety (90) consecutive calendar days in the new position, which also may be extended based on performance. During this period the employee's length of service will not be affected. If performance in the new job is unsatisfactory, the employee may be given consideration for other job openings that may exist.

### Full-Time Regular

An employee who is hired to regularly work thirty-five (35) or more hours per week, is assigned to fill an approved position, and has successfully completed the orientation period is considered a full-time regular employee. Exempt-level employees generally are expected to maintain at least a forty (40) hour workweek, unless otherwise agreed upon by the employee's immediate supervisor.

### Part-Time Regular

An employee who is hired to regularly work less than thirty-five (35) hours per week, is assigned to fill an approved position, and has successfully completed the orientation period is considered a part-time regular employee. Part-time regular employees are not eligible for any form of paid time off benefits (i.e., short-term disability, holiday, bereavement, jury duty, etc.) except for PTO (employee must average 20 or more hours per week).

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.130 |
|---|---|
| Subject | Employee Classifications |
| Page | 2 |

## Temporary

An individual who is employed to work full-time or part-time for a specific length of time, for a special project, to relieve employees on leave, vacation, or holidays, with the understanding that his or her employment is temporary, regardless of hours worked. No benefits are provided.

## CO-OP

An individual who is working in an affiliated educational program or in a position identified as an approved student position. Employee positions are temporary classifications. No benefits are provided.

## Exempt

An employee whose salary does not fluctuate according to number of hours worked. Centrue abides by state and federal wage and hour laws in determining whether an individual employee qualifies for exempt status.

## Nonexempt

An employee who is eligible for overtime compensation.

## Acting Assignment

An acting assignment designates an employee filling an approved vacancy only until the final selection for that position is made. If the employee is subsequently chosen to fill the position, he or she then may be placed in an orientation period in the new position.

## PURPOSE:

To ensure compliance with state and federal wage and hour laws, any change in employee classification must be approved. An employee's status change must be completed by the Human Resource Department on all change of classifications to determine eligibility for benefits and also to maintain current employee record information.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.140 |
|---|---|
| Subject | Employee Relations |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

Centrue seeks to resolve employee problems and concerns with promptness.

If you have a problem or complaint relating to your job or believe you have been treated unfairly, you should take the matter up with your supervisor. If the matter is not satisfactorily resolved, you should discuss the problem further with the Line of Business Head. If the problem still not resolved, it should be taken up with the Human Resource Department.

Although employees normally are encouraged to discuss their complaints and problems with supervisors, you may have a problem of such nature that you may wish to take it directly to the Human Resource Department. For example, if you have a complaint against your supervisor, you are not required to discuss it first with your supervisor, and instead are encouraged to speak first with the Human Resource Department. Please feel free to do so. **Additionally, if your concern involves discrimination, harassment, or retaliation, please follow the specific policies in the Employee Handbook or immediately direct your questions to the Human Resource Department (see Policy Nos. HR.160 and HR.330).**

Centrue is very interested in any suggestions or ideas you may have that would make working conditions better for yourself or your fellow employees.

## PURPOSE:

Centrue is committed to respect the basic work rights of all employees.

# POLICY STATEMENT

## Human Resource Administration

| | |
|---|---|
| Policy No. | HR.150 |
| Subject | Employment of Relatives |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

Centrue permits the employment of qualified relatives of employees provided such employment does not, in the sole discretion of Centrue, create potential conflicts of interest. For purposes of this policy, "relatives" are defined as spouse, partner, child, parent, guardian, sibling, aunt, uncle, niece, nephew, grandparent, grandchild, and corresponding in-law relation. All employees must report to the Human Resource Department the existence of a "relative" relationship as soon as the employee learns of the relative's application for, or employment by, Centrue.

Centrue will exercise sound business judgment in the placement of related employees in accordance with the following guidelines:

1. Individuals who are related by blood or marriage are permitted to work in the same facility provided no direct reporting, supervisory, or management relationship exists. Therefore, no employee is permitted to work within the "chain of command" of a relative where one relative's job responsibilities, salary, or career progress could be influenced by the other relative, unless expressly authorized in writing by Centrue senior management.

2. No relatives are permitted to work in the same department or in any other positions in which Centrue believes a potential conflict of interest may exist, or a situation could arise that compromises the internal control mechanisms implemented by Centrue.

This policy applies to all classifications of employment at Centrue.

## PURPOSE:

Situations in which an employee has supervisory authority over a relative can lead to charges of favoritism, animosity among employees, complaints of unlawful employment discrimination, and dangers of financial or other risks or impropriety. To avoid such problems, provisions are made for employment of relatives to maintain a harmonious working atmosphere and one free of potential conflicts of interest.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.160 |
|---|---|
| Subject | Equal Employment Opportunity and Nonretaliation |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

Centrue supports the concepts of Equal Employment Opportunity and pledges to conduct all personnel transactions without (1) discrimination because of race, color, religion, sex, sexual orientation, age, marital status, military status, certain unfavorable discharges from military service, citizenship, ancestry, national origin, physical or mental disability, or any other characteristic protected by law (the "Protected Characteristics"); or (2) retaliation for engaging in conduct consistent with the public policy of the State. It is the Centrue's philosophy to comply with all state, federal, and local equal employment opportunity laws and public policies. Employees are hired or promoted on the basis of their qualifications and ability to perform assigned work responsibilities in a skilled, efficient manner, and in a positive and cooperative manner with other employees. Centrue does not use criteria or practices that have the effect of subjecting individuals to unlawful discrimination.

This policy shall include, but is not limited to, demotion, transfer, compensation, training, and all Centrue-sponsored activities.

Any employee with questions, complaints, or concerns about any type of discrimination or retaliation in the workplace must bring these issues to the attention of the Human Resource Department. **Employees can raise concerns and make such reports without fear of retaliation.** The Human Resource Department will investigate all claims of discrimination or retaliation as soon as reasonably practicable. Anyone found to be engaging in any type of unlawful discrimination or retaliation will be subject to disciplinary action, up to and including termination of employment. Please refer to Centrue's Disciplinary Procedures (HR110).

## PURPOSE:

Centrue is an equal opportunity employer.

# POLICY STATEMENT

## Human Resource Administration

| | |
|---|---|
| Policy No. | HR.161 |
| Subject | Disclosure and Nonretaliation |
| Effective | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

Centrue enjoys a proud tradition of ethical conduct and service. We value and seek to preserve this tradition. As the banking industry continues to evolve, we are asked to understand and comply with increasingly complex laws and rules. For the protection of our customers, fellow employees, and each of us individually, it is vital that we understand and follow the laws and regulations that apply to our jobs. If you are aware of any known or suspected violation of law or regulation, you must immediately report it to the President and Chief Executive Officer. If the conduct involves the President and Chief Executive Officer, you must immediately report it to the Chairman of the Board. **Employees can raise concerns, make reports or engage in any other conduct consistent with the public policy of the State without fear of retaliation.** Anyone found to be engaging in any type of unlawful retaliation will be subject to immediate discharge.

## PURPOSE:

To ensure ethical conduct and service and compliance with applicable law.

# POLICY STATEMENT

## Human Resource Administration

| | |
|---|---|
| Policy No. | HR.162 |
| Subject | Disability Accommodation |
| Effective | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

Centrue is committed to complying with the Americans with Disabilities Act of 1990 ("ADA"), the Illinois Human Rights Act ("IHRA") and any other applicable state or local disability discrimination law to ensure equal opportunity in employment for qualified persons with disabilities. All employment practices and activities are conducted on a nondiscriminatory basis.

Hiring procedures have been reviewed and provide persons with disabilities meaningful employment opportunities. Pre-employment inquiries are made only regarding an applicant's ability to perform the essential functions of the position. Applicants who require reasonable accommodations during the hiring process should present those requests to the Human Resource Department.

Post-offer medical examinations are required only for those positions in which there is a bona fide job-related physical requirement. Such examinations are given to all persons entering the position only after a conditional job offer is extended. Costs associated with any post-offer/pre-employment medical examination will be borne by Centrue. Medical records will be kept separate and confidential.

Reasonable accommodations are available to all qualified persons with disabilities, where their disability affects the performance of essential job functions. If you need a reasonable accommodation to perform your job duties because of a physical or mental disability, you must contact the Head of Human Resources. You may be required to submit medical documentation or be examined by one or more medical professionals to determine the existence of a disability and the availability of various reasonable accommodations. All employment decisions are based on the merits of the situation, not the disability of the individual.

Qualified individuals with disabilities are entitled to equal pay and other forms of compensation (or changes in compensation) as well as in job assignments, classifications, training, advancement, position descriptions, and seniority. Leave of all types will be available to all eligible employees on an equal basis.

Centrue also is committed to not discriminating against any qualified employees or applicants because they are related to or associated with a person with a disability. Centrue will follow any state or local law that provides individuals with disabilities greater protection than the ADA.

POLICY STATEMENT

<u>**Human Resource Administration**</u>

| Policy No. | HR.162 |
|---|---|
| Subject | Disability Accommodation |
| Page | 2 |

This policy is neither exhaustive nor exclusive. Centrue is committed to taking all other actions necessary to ensure equal employment opportunity for qualified persons with disabilities in accordance with the ADA, the IHRA, and any other applicable federal, state, or local laws.

<u>**PURPOSE:**</u>
Centrue is an equal opportunity employer.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.170 |
|---|---|
| Subject | Financial Services |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

From time to time, Centrue may provide certain financial services at a reduced rate or at no cost to the employee.

Employees will be notified by the Human Resource Department of offered services approved by the Board of Directors.

The following is a list of approved employee discounts and services:

Brokerage Accounts
- Discounts vary based on account type - contact the brokerage group for details

Official Checks/Money Orders
- No fees

Checking Accounts
- Free checks when ordered through Centrue's check provider
- Free loan overdraft protection (Executive Officers excluded)
- Free account overdraft protection
- No monthly maintenance fees on accounts/no minimum balance

Installment Loans (does not include home equity lines or loans; some restrictions apply regarding refinances; and excludes loans made prior to merger)
- No document fees (Executive Officers excluded)
- 1.00% rate discount (Executive Officers excluded)
- Interest-free computer loans (Executive Officers excluded)

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.170 |
|---|---|
| Subject | Financial Services |
| Page | 2 |

Mortgage Loans
- No Centrue Bank-imposed fees (Executive Officers excluded)
- 0.50% discount nonconforming in-house adjustable rate of mortgage loans (Executive Officers excluded)

Safe Deposit Box
- Free rental on a small box or equivalent discount on large box

Savings Accounts (one per employee)
- No monthly maintenance fees on accounts/no minimum balance

Travelers Checks
- No fees

*All discounts and waived fees cease upon termination of employment.  Some conditions do apply.* Terms are effective 01-01-07 and are subject to change without notice.

## PURPOSE:

Centrue provides selected services of the Company to employees on a reduced or no cost basis.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.180 |
|---|---|
| Subject | Holidays |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

Centrue recognizes the following holidays observed by the Federal Reserve System, subject to annual approval by the Board of Directors:

- New Year's Day*
- Martin Luther King's Birthday
- Presidents Day
- Memorial Day
- Independence Day
- Labor Day
- Columbus Day
- Veterans' Day
- Thanksgiving
- Christmas

All full-time regular nonexempt employees will receive eight (8) hours of holiday pay for every Federal Reserve Holiday. No extra pay will be given to Sunday facility employees for Sunday holidays. Employees are not given holiday pay for early closings on Christmas Eve or New Year's Eve. If a holiday falls within an employee's scheduled vacation, compensatory time off will be given to full-time regular employees equal to regularly scheduled work hours, provided the employee obtains prior written approval from his or her supervisor. When a holiday falls on a Sunday, it will be observed by closing the following Monday. Paid holiday benefits do not begin until an employee has successfully completed the initial orientation period.* All full-time regular employees who are employed by Centrue on December 30 are entitled to New Year's Day holiday pay regardless of death or separation after December 30. An employee on an unpaid leave of absence is not entitled to holiday pay.

## PURPOSE:

It is the policy of Centrue to follow the standard holidays observed by the Federal Reserve System and to provide time off for our full-time regular employees from normal duties in the form of holiday benefits.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.190 |
|---|---|
| Subject | Office Appearance |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

Employees are required to eat and drink in the designated areas and not at their work stations. Paper cups, soft drink bottles, paper plates, etc., are unsightly and not permitted at work stations.

Employees are responsible for safeguarding the confidentiality of customers by ensuring that no information is left in the public's view, which includes contracted companies (cleaning, maintenance, etc). Anything containing confidential information regarding a customer must be shredded and not left out at the work stations. Work papers should be kept in locked drawers or desks. Shredding must be kept out of the public view and either kept in locked shred cabinets or shredded daily.

In addition, restrooms in our facilities are not for public use, unless designated, or the person making the request is known to the person receiving the request. Any request to use our telephone system should be denied, but in the event of an emergency or if related to the transaction being performed, the employee should clear his or her desk or work station of any pertinent information and stay with the customer making the telephone call. Employees should be aware of the fraudulent means individuals will attempt to obtain our confidential information regarding our customers. Extreme caution must be utilized when an unknown individual is requesting use of our restrooms or telephone systems.

## Smoke Free Policy

Centrue is a smoke free environment. Smoking is strictly prohibited on any Centrue property. Smoking is allowed only in those areas that have been designated for that purpose and which are 15 feet from any door, window that opens, or ventilation intake at all Centrue facilities. An important part of the smoking policy at Centrue is that the smoking areas be kept clean by those employees using the area. Please check with your supervisor about those areas. This policy applies equally to all employees and customers. Adherence with this policy is expected, and noncompliance may result in disciplinary action, including warning, suspension, or dismissal.

## PURPOSE:

To maintain a facility where the work areas are neat, orderly, and business-like and to provide a working environment that is safe and healthful for its employees. Employees are requested to take pride in the maintenance of their work areas.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.200 |
| --- | --- |
| Subject | Insurance Programs |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

Due to the complexity of the various insurance plans offered at Centrue, all managers are asked to refer employees with questions pertaining to the insurance programs to the Human Resource Department. Some of the benefits described in this Employee Handbook may be established by a Formal Plan Document governed by a Federal law called ERISA and are explained in a Summary Plan Description. Employees who have any questions concerning such a benefit should consult the Summary Plan Description or the Formal Plan Document. In the event this Employee Handbook or the Summary Plan Description is inconsistent with the Formal Plan Document, the Formal Plan Document controls.

Nonofficer employees who are classified as full-time regular employees are eligible for insurance benefits the first day of the month following their 90-day orientation period. Officer-level employees are eligible for an accelerated waiting period for insurance benefits and are eligible on the first day of the month following a 30-day waiting period. Part-time employees changing their status to full-time regular must adhere to the same waiting periods for insurance benefits.

## Group Health Insurance

Centrue provides group hospitalization, medical, dental, and vision insurance for all full-time regular employees who choose to enroll. Centrue pays a portion of the employee's coverage. Additional coverage is available for those full-time employees who wish to enroll their families in the group program. Centrue also pays a portion of family coverage. Centrue offers a flexible spending program for full-time and part-time regular employees. Centrue also offers health club discounts for full-time and part-time regular employees.

## Life Insurance

Centrue provides, at no cost to the full-time regular employee, life insurance based on the employee's annual income. A detailed explanation of the plan can be obtained in the Human Resource Department.

## Dependent Life Insurance

Centrue provides dependent life insurance coverage for all full-time regular employees. A detailed explanation of the plan can be obtained in the Human Resource Department.

## POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.200 |
|---|---|
| Subject | Insurance Programs |
| Page | 2 |

## Long-Term Disability

A long-term disability program is provided on each full-time regular employee. Details of the program are available in the Human Resource Department.

## Accidental Death & Dismemberment

Centrue provides the opportunity for the full-time regular employee to obtain supplemental coverage of Accidental Death and Dismemberment at the group cost. A detailed explanation is available in the Human Resource Department.

## Workers Compensation

Centrue complies with the Workers' Compensation Act. Centrue pays the entire premium for all employees. This Act provides compensation for accidental injury, illness, or death suffered in the course of, and as a result of, your employment at Centrue according to the provisions of the Act.

## Unemployment Compensation

Centrue is a subject employer under the state Employment Security Law. The entire cost of unemployment insurance is paid by Centrue.

## COBRA

You and your dependents, effective for the plan year that are covered by the Centrue Group Health Insurance Plan, will be eligible to elect continued coverage as provided under COBRA.

It is your responsibility to notify Centrue's Human Resource Department in the event of your divorce or legal separation so your ex-spouse can be notified of the option to continue coverage. In addition, you or your dependent children must notify the Human Resource Department when a child no longer qualifies as your dependent so that continuation coverage can be offered to the child.

## PURPOSE:

To provide insurance protection for Centrue employees and afford them the opportunity to enroll and purchase additional insurance protection on a voluntary basis through group premium rates.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.210 |
|---|---|
| Subject | Internal Transfers |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

An employee may transfer jobs internally without loss of accrued benefits.  All such transfers must be initiated through the Human Resource Department and will be considered for those employees who, for personal or other reasons, wish to relocate.

The employee transfer must occur with no interruptions in employment in order for the employee to retain any system rights.  The hiring department may allow the employee sufficient time, without pay, to relocate (not to exceed 30 days).

Candidate selection for any open position shall be made by the position's immediate supervisor, subject to final approval by the Head of Human Resources.

## PURPOSE:

To allow internal transfers when relocation for personal or other reasons occurs.

# POLICY STATEMENT

## Human Resource Administration

| | |
|---|---|
| Policy No. | HR.220 |
| Subject | Job Vacancies |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

Centrue desires to give each employee the opportunity for personal growth, development, and job satisfaction.

Position vacancies generally will be distributed electronically to all employees. Centrue reserves the right to select the internal or external candidate for any job vacancy.

Any employee wishing to apply for a posted position should review the job description for the position and discuss the position with his or her immediate supervisor prior to completing a "Request for Transfer" form. If the employee meets the required qualifications of the posted position, the Human Resource Department will then proceed with the necessary steps to consider any employee request for promotion or transfer.

**To apply for a posted position, the employee must follow these steps:**

1. Complete the new employee orientation period or obtain approval to waive from the Human Resource Department.
2. Discuss the position with his or her immediate supervisor.
3. Obtain a "Request for Transfer" form.
4. Fill in the request form as indicated.
5. Interview with a representative of the Human Resource Department for the purpose of clarifying position requirements (job description).
6. Interview with the supervisor of the department in which the vacancy exists.

Steps 5 and 6 may be performed simultaneously.

## PURPOSE:

To give its employees the opportunity for personal growth, development, and job satisfaction, Centrue attempts to promote from within.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.230 |
|---|---|
| Subject | Leaves of Absence |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

Leaves of absence are granted to full-time regular employees for Family and Medical Leave Act (FMLA) purposes, for other statutory leave purposes (e.g., military duty or jury duty), and for some nonstatutory purposes. An FMLA leave is a leave due to the birth, adoption, or placement for foster care of a child, or for care of a seriously ill family member or the employee's own serious illness. A nonstatutory leave is a leave, for example, for a death in the family.

When considering requests for time away, every effort will be made to assure that all employees will receive the same careful attention.

All absences must be approved by the employee's supervisor and the Human Resource Department. Whenever possible, prior approval well in advance is required.

An employee on leave who fails for more than 30 days to pay for his or her share of the health insurance premium may be dropped from coverage retroactive to the co-payment due date. Subject to applicable law, employees may not hold an outside job or be self-employed while on any leave of absence without the express written approval of the Head of Human Resources.

## Nonstatutory Leave of Absence

An employee's length of service, job performance, past attendance, and the reason for the request will be considered. Any time off, with or without pay, will not be granted unless the request is reasonable and the work of the department will not be adversely affected. A nonstatutory leave of absence is time away from the workplace without loss of length of service. Such a leave of absence normally is granted only because of a death in the family.

## Uniformed Services Leave

Centrue complies with the Uniformed Services Employment and Reemployment Rights Act which ensures reemployment and other employment rights for employees who leave their employer to perform duties for the armed forces.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.230 |
|------------|--------|
| Subject | Leaves of Absence |
| Page | 2 |

Centrue encourages noncareer service in the uniformed services by minimizing the disadvantages to employment which can result from such service. This Policy is intended to reduce the disruption to the lives of employees in the uniformed services by providing for the reemployment of employees upon their completion of military service under honorable conditions and the protection of certain benefits.

Coverage:

This Policy applies to voluntary and involuntary service in the uniformed services including active duty, active duty for training, initial active duty for training, inactive duty training, full-time National Guard duty, any period for which an employee is absent to obtain an examination to determine fitness for service, and absences related to performing funeral honors. An employee's entitlement to the benefits under this Policy terminates if the employee separates from the uniformed services under other than honorable conditions. Absent special circumstances, entitlement to benefits under this Policy also terminates once the employee accrues military leave absences totaling five years.

Reemployment Rights and Limitations:

In order to preserve reemployment rights and other benefits provided by this Policy, an employee must comply with certain notice requirements. Prior to the beginning of uniformed services leave, the employee, or an appropriate officer of the employee's uniformed service, must give notice of the need for uniformed services leave to the Head of Human Resources, unless giving notice is precluded by military necessity or is otherwise impossible or unreasonable. As a general rule, Centrue requests 30 days' advance notice. Upon the completion of a period of service in the uniformed services, the employee must notify the Head of Human Resources of his or her intent to return to Centrue as follows:

- If the period of uniformed services leave was less than 31 days, the employee must report to the Head of Human Resources not later than the beginning of the second full regularly scheduled work period on the first full calendar day following the completion of the period of service; or as soon as possible if reporting within the period is impossible or unreasonable through no fault of the employee.

- If the period of uniformed services leave was for more than 30 days but less than 181 days, the employee must report to the Head of Human Resources not later than 14 days after the completion of the period of service; or if reporting within 14 days is impossible or unreasonable through no fault of the employee, the next full calendar day when reporting becomes possible.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.230 |
|---|---|
| Subject | Leaves of Absence |
| Page | 3 |

- If the period of uniformed services leave was for more than 180 days, the employee must report to the Head of Human Resources not later than 90 days after the completion of the period of service.

- If an employee is hospitalized for, or recovering from, an illness or injury incurred in, or aggravated during, the performance of service in the uniformed services, the employee must report to the Head of Human Resources at the end of the period necessary for the person to recover from such illness or injury. Generally, the period of recovery may not exceed two years.

Documentation Upon Return From Uniformed Services Leave:

Centrue may require appropriate documentation from the employee to establish eligibility for reemployment and other benefits under this Policy. If an employee is absent for more than 90 days, Centrue may delay making retroactive pension contributions until the documentation is provided. In the event such documentation reveals an employee is not eligible for the rights afforded by USERRA, Centrue reserves the right to terminate the employee's employment.

Reemployment Positions:

An eligible employee who timely reports to the Head of Human Resources upon completion of a period of uniformed services leave generally will be reemployed as follows:

- If the uniformed services leave was for less than 91 days, the employee will be placed in the position which the employee would have attained if the employee had not taken leave, provided the employee is qualified for the position. If the employee is not qualified for the position after reasonable efforts to qualify him or her, the employee will be reinstated to the position held prior to leave.

- If the uniformed services leave was for more than 90 days, the employee will be placed in the position which the employee would have attained if the employee had not taken leave, or a position of like seniority, status, and pay, provided the employee is qualified for the position. If the employee is not qualified to perform such position after reasonable efforts to qualify him or her, the employee will be reinstated to the position held prior to the leave or a position of like seniority, status, and pay.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.230 |
|---|---|
| Subject | Leaves of Absence |
| Page | 4 |

- An employee with a service-connected disability who, after reasonable efforts to accommodate the disability, is not qualified for employment in the position he or she would have attained if the employee had not taken leave, or in the position held prior to leave, will be reemployed in another position of similar seniority, status, and pay, provided the employee is qualified for the position. If the employee is not qualified for such position, the employee will be reemployed in a position which the employee is qualified to perform, with full seniority.

### Substitution of Paid Leave:

An employee, upon request to the Head of Human Resources, may elect to use vacation or other accrued paid personal leave for any period of uniformed services leave.

### Seniority and Benefits:

An employee who returns to Centrue after completing uniformed services leave is entitled to the seniority and other benefits determined by seniority that the employee enjoyed at the beginning of the leave, plus any additional seniority and benefits the employee would have attained had he or she remained continuously employed. Moreover, while on uniformed services leave, employees are considered to be on a leave of absence and are entitled to any other nonseniority based rights and benefits available to employees on unpaid leave.

### Health Plan Coverage:

An employee on uniformed services leave is eligible to continue health benefits under certain circumstances for up to 24 months. If the period of uniformed services leave is less than 31 days, the employee may continue health benefits by making the employee's normal co-payment. If the period of leave is greater than 30 days, the employee is responsible for the entire health insurance premium plus a 2% administrative fee.

### Pension and Savings Plans:

An employee who returns from uniformed services leave will be considered as not having a break in service for purposes of vesting and benefit accrual. An employee who returns will also have up to the lesser of (i) three times the period of leave, or (ii) 5 years, to make up missed employee contributions. If the employee makes up such contributions, Centrue will make any required matching contributions to the plans of a returning employee as if the employee had been continuously employed.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.230 |
|---|---|
| Subject | Leaves of Absence |
| Page | 5 |

## Annual Reserve Training

If a regular full-time employee is a Veteran or on Reserve Status with obligated reserve time, he or she will be granted two (2) weeks to attend annual reserve training. Employees absent for annual reserve training shall be paid that portion of their salary which, when added to the salary paid by the Military service, equals their normal salary. The Human Resource Department must be furnished with a government verification of wages paid. Military leave is not considered vacation time, and the employee also will receive his or her annual paid vacation from Centrue.

## Illinois Family Military Leave Policy
## (for Illinois employees)

Eligible employees may be entitled to an *unpaid* leave of absence of up to thirty (30) days if the employee's spouse or child is called to military service lasting longer than thirty (30) days with the State or United States pursuant to the orders of the Governor or the President of the United States.

In order to be eligible for leave under this policy, the employee must have been employed by Centrue for at least 12 months, and must have worked at least 1,250 hours during the 12-month period immediately preceding the commencement of the leave. Employees who have not exhausted all accrued PTO are not entitled to take leave under this policy.

Employees requesting leave under this policy must give the Human Resource Department at least fourteen days notice of the intended date upon which the family military leave will commence if leave will consist of five (5) or more consecutive work days. The employee must consult with Centrue to schedule the leave so as to not unduly disrupt the operations of the employer. Employees taking military family leave for less than five (5) consecutive days shall give the Human Resource Department advanced notice as soon as is practicable.

Centrue may require certification from the proper military authority to verify the employee's eligibility for the family military leave requested.

## Jury Duty

The performance of jury duty is a recognized public obligation. Employees called to serve will be paid the difference between jury duty pay and their regular salary. If the jury is dismissed early in the day, the employee will be expected to report to work for the remainder of the day.

POLICY STATEMENT

Human Resource Administration

| Policy No. | HR.230 |
|---|---|
| Subject | Leaves of Absence |
| Page | 6 |

## Death in Family

In the event of death in the immediate family of a full-time regular employee, his or her regular pay shall continue from the date of death to the date of the funeral, up to a maximum of three (3) days. Immediate family shall include spouse, mother, father, son, daughter, brother, sister, grandparents or grandchildren, and current in-laws.

## FMLA Leave of Absence

Introduction:

In general, the Family and Medical Leave Act ("FMLA") entitles certain, eligible employees to take up to twelve weeks of unpaid leave per year for the care of a newborn, newly adopted, or recently placed foster child; to care for a child, spouse, or parent with a serious health condition; or because of their own serious health condition. As explained more fully below, not all employees are "eligible employees" entitled to FMLA leave and those employees who are eligible must satisfy certain obligations in order to qualify for leave.

The following policy is intended to provide employees with a general understanding of their rights under the FMLA, as well as their obligations and the consequences of their failure to meet these obligations. Any questions concerning the applicability of the FMLA to a particular employee or a potential leave situation should be addressed to the Human Resource Department.

Eligibility Requirements:

### Eligible Employees

Not all employees are entitled to unpaid FMLA leave. Only those full-time and part-time employees who have been employed by Centrue for at least twelve months, who have worked at least 1,250 hours in the twelve months immediately prior to the requested leave, and who work at a facility where Centrue employs 50 or more employees within 75 miles, are "eligible employees" entitled to request FMLA leave. If you are uncertain whether or not you meet these requirements, you may contact the Human Resource Department for a determination of your eligibility.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.230 |
| --- | --- |
| Subject | Leaves of Absence |
| Page | 7 |

### Types of FMLA Leave

The FMLA entitles eligible employees to take unpaid leave in three situations: for the care of a newborn, newly adopted, or recently placed foster child; to care for a child, parent, or spouse with a serious health condition; or to care for the employee's own serious health condition. Not all health conditions are serious enough to entitle eligible employees to FMLA leave. Only those conditions that require hospitalization or continuing care by a healthcare provider justify FMLA leave.

### Advance Notice

If an eligible employee desires to take FMLA leave, he or she must provide advance notice to the Human Resource Department, and, under certain circumstances, schedule the leave so as not to disrupt Centrue's operations. If the need for FMLA leave is foreseeable, an eligible employee must provide as much advance notice as possible, but in no event less than 30 days' advance notice. If the need for FMLA leave is not foreseeable, an eligible employee must provide notice as soon as possible under the circumstances. If the medical leave is foreseeable, and is based on planned medical treatment, eligible employees must make a reasonable effort to schedule the treatment so that it will not disrupt operations of Centrue.

### Scheduling Leave

Employees are expected to consult with their supervisors and the Human Resource Department prior to the scheduling of any foreseeable medical treatment in order to work out a treatment schedule that best suits the needs of both Centrue and the employee. Management may require an employee to attempt to reschedule medical treatment subject to the ability of the healthcare provider to reschedule treatment and the healthcare provider's approval of the modification of the treatment schedule.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.230 |
|---|---|
| Subject | Leaves of Absence |
| Page | 8 |

## Medical Certifications

An eligible employee requesting leave to care for a seriously ill family member or to care for his or her own serious health condition, must provide to the Human Resource Department a certification issued by the appropriate healthcare provider which verifies the serious health condition and the need for the employee to take FMLA leave. A certification form for this purpose is available from the Human Resource Department. When leave is foreseeable and the employee has provided advance notice, the certification must be provided before the leave begins. When this is not possible, the employee must return the certification form within 15 calendar days unless, within the 15-day period, the employee contacts the Human Resource Department and provides a reason satisfactory to Centrue why it is not feasible to do so despite the employee's diligent, good faith efforts. An otherwise eligible employee's request for FMLA leave may be denied or delayed for failure of the employee to provide all the information requested on the certification form, subjecting the employee to discipline up to and including termination of employment.

Under most circumstances, Centrue also requires an employee to provide a recertification from the healthcare provider every 30 days that verifies the continuation of the serious health condition and the need for FMLA leave. Recertification may be required more or less frequently under certain circumstances.

If Centrue has reason to doubt the validity of any medical certification, it may require the employee or his or her family member to obtain a second opinion, at Centrue's expense, from a neutral health care provider of Centrue's choosing. If the opinions of the employee's and Centrue's designated health care providers conflict, Centrue may request a third and final binding opinion at its own expense from a health care provider agreed to by the employee and Centrue

## Status Reports

In addition to periodic medical certifications, Centrue may also require employees on FMLA leave to periodically report to the Human Resource Department concerning the employee's status and intent to return to work.

POLICY STATEMENT

**Human Resource Administration**

| Policy No. | HR.230 |
|------------|--------|
| Subject | Leaves of Absence |
| Page | 9 |

Special Rules and Limitations:

Birth, Adoption, or Placement of a Child

Both male and female eligible employees are entitled to take up to twelve weeks of unpaid leave to care for a newborn or newly placed child. The entire leave must be taken within a year of the child's birth or placement. As explained more fully below, leave to care for a newborn or newly placed child must be taken in a single, uninterrupted block of time. No part-time or intermittent leave is permitted for this purpose.

Both Parents Employed by Centrue

If both parents are employed by Centrue and are eligible for FMLA leave, then they are only entitled to a combined twelve weeks of unpaid FMLA leave, if the reason for the leave is to care for a newborn or newly placed child or to care for a parent with a serious health condition. This double counting rule does not apply if leave is for any other qualifying event.

Total Amount of Leave

In general, eligible employees are entitled to take up to twelve weeks of FMLA leave during any "leave year." The "leave year" is measured backward from the date FMLA leave is used. Generally, employees are not required to take the total annual FMLA leave all at once. Each time an eligible employee takes FMLA leave, the remaining leave entitlement would be any balance of the twelve weeks which has not been used during the prior twelve months. For example, if an employee has taken eight weeks of FMLA leave during the past twelve months, an additional four weeks of leave could be taken.

Intermittent and Reduced Leave Schedule

Under certain circumstances, eligible employees may take FMLA leave "intermittently" or on a "reduced leave schedule." "Intermittent leave" means leave taken in separate blocks of time due to a single illness or injury. For example, intermittent leave includes leave taken in blocks of several hours at a time on an occasional basis for medical appointments, or leave taken several days at a time for treatments such as chemotherapy. A "reduced leave schedule" means changing an employee's regular hours of employment, usually from full-time to part-time for a given period of time. For example, a "reduced leave schedule" would be appropriate for an eligible employee who is recovering from a serious health condition and who is not strong enough to work a full-time schedule.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.230 |
|---|---|
| Subject | Leaves of Absence |
| Page | 10 |

Intermittent or reduced schedule leave must be taken in units of at least an hour and may only be taken to care for an eligible employee's child, parent, or spouse with a serious health condition, or for the employee's own serious health condition. Such leave may not be taken for the birth, adoption, or placement of a child. If intermittent or reduced schedule leave is requested for a foreseeable medical treatment, then such treatment must be scheduled, whenever possible, so as to avoid unduly disrupting Centrue's operations.

## Transfer During Intermittent or Reduced Schedule Leave

Where an eligible employee requests intermittent or reduced schedule leave, Centrue may temporarily transfer the employee to an alternative position for which the employee is qualified which better accommodates the leave than does the employee's regular position. The alternative position may not involve equivalent duties, but it will involve equivalent pay and benefits.

## Substitution of Paid Leave

Generally, FMLA leave is unpaid. However, eligible employees are required to exhaust all applicable accrued paid leave when taking FMLA leave. Generally, short-term disability days can only be used after a three-day elimination or waiting period has been met, a physician's excuse provided, and must be for the employee's own illness. Therefore, STD benefits for an FMLA leave associated with the employee's own illness will begin on day 4, subject to a bank of time being available. For the first three days of leave, and for any day following the complete depletion of the employee's STD balance, the employee must use PTO or, if unavailable, take it as unpaid time off.

All other FMLA leaves (not for the employee's own illness) will require the employee to use PTO first. If and when that runs out, the leave will be unpaid.

## Employee Discipline

Any employee who, in connection with a request for FMLA leave, makes a false or misleading representation to Centrue or to a healthcare provider or who submits false or misleading documents in connection with a leave request, is subject to discipline up to and including immediate dismissal.

## POLICY STATEMENT

## <u>Human Resource Administration</u>

| Policy No. | HR.230 |
|---|---|
| Subject | Leaves of Absence |
| Page | 11 |

### <u>Direction on Return to Work</u>

If an employee is on any FMLA leave for (i) his or her own serious health condition; or (ii) the serious health condition of a family member, and either the employee or the family member feels well enough to resume normal daily activities, the employee must contact the Human Resource Department immediately for direction on whether or not to return to work for the remainder of the day.

### <u>Outside Employment</u>

Employees may not hold an outside job or be self-employed while on any FMLA leave from Centrue without the express written approval of the Head of Human Resources.

### <u>Benefits and Reinstatement:</u>

### <u>Benefit Requirements During Leave</u>

During FMLA leave, Centrue will continue to provide to an eligible employee group health plan benefits under the same terms as provided to the employee prior to taking leave, if any, subject to any benefit change applicable to employees in general. An eligible employee on unpaid FMLA leave, however, is required to pay his or her normal co-payments prior to the first day of each month during which coverage is to be provided. An employee who fails for more than 30 days to pay for his or her share of the health insurance premium may be dropped from coverage retroactive to the co-payment due date. If during FMLA leave an eligible employee desires to maintain any additional benefits such as life insurance, he or she must pay the entire premiums for such benefits.

### <u>Right to Reinstatement</u>

Upon return from FMLA leave, an employee generally is entitled to be reinstated to the same position the employee held when the leave began, or to an equivalent position with equivalent benefits, pay, and other terms and conditions of employment. Ordinarily, an employee will be restored to the same position if it remains available. However, an employee has no right to return to the same position. Moreover, an employee has no greater right to reinstatement than if the employee had been continuously employed during the FMLA leave period. For example, an employee is not entitled to reinstatement if he or she would have been laid off during the FMLA leave period.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.230 |
|---|---|
| Subject | Leaves of Absence |
| Page | 12 |

## Reinstatement for Key Employees

Certain salaried key employees who are among the highest paid 10% of all Centrue's employees within 75 miles of their work site may, under certain circumstances, be denied reinstatement following FMLA leave. These key employees will be denied reinstatement only when, after being notified by Centrue that reinstatement at the end of their proposed leave will result in grievous economic injury to Centrue's operation, they refuse to end their FMLA leave, and do not return to work.

## Fitness-for-Duty Certification

As explained above, most employees are entitled to be reinstated to the same or an equivalent position at the end of their FMLA leave. However, if an employee takes FMLA leave for his or her own serious health condition, the employee must provide a fitness-for-duty certification from a healthcare provider which indicates that the medical condition which created the need for leave no longer prevents the employee from performing his or her job with or without a reasonable accommodation. Reinstatement may be delayed or denied if an employee fails to submit the required fitness-for-duty certification.

## Recovery of Benefits Payments

If an employee fails to return from FMLA leave, Centrue may be entitled to recover from the employee the amount of money it paid to maintain that employee's benefits, if any, during the leave.

## Domestic and Sexual Violence Leave (for Illinois employees only)

Pursuant to the Illinois Victims' Economic Security and Safety Act, Centrue grants leave to its employees who are victims of domestic or sexual violence or to those who have family members who are victims of domestic or sexual violence based upon the following requirements, terms, and conditions.

## Eligibility

All employees are eligible for leave under this policy. Employees are entitled to a maximum of 12 workweeks of domestic or sexual violence leave during a 12-month period. This Act does not create a right for an employee to take unpaid leave that exceeds the unpaid leave time under, or is in addition to the unpaid leave time permitted by, the federal Family and Medical Leave Act.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.230 |
|---|---|
| Subject | Leaves of Absence |
| Page | 13 |

Reasons for Leave

An employee who is a victim of domestic or sexual violence or who has a family or household member who is a victim of domestic or sexual violence, whose interests are not adverse to the employee as it relates to the domestic or sexual violence, may be entitled to leave for the following reasons:

- Seeking medical attention for or recovering from physical or psychological injuries caused by domestic or sexual violence to the employee or the employee's family or household member.
- Obtaining services from a victim services organization for the employee or the employee's family or household member.
- Obtaining psychological or other counseling for the employee or the employee's family or household member.
- Participating in safety planning, temporarily or permanently relocating, or taking other actions to increase the safety of the employee or the employee's family or household member from future domestic or sexual violence or ensure economic security.
- Seeking legal assistance or remedies to ensure the health and safety of the employee or the employee's family or household member, including preparing for or participating in any civil or criminal legal proceeding related to or derived from domestic or sexual violence.

Notice

You should give at least 48 hours' notice prior to the commencement of your leave, unless such notice is not practicable. If you cannot give 48 hours' notice, you must provide certification within a reasonable time period after the leave. Failure to timely provide such certification may result in disciplinary action up to and including termination of employment.

Certification

Centrue will require you to provide certification that you or your family or household member is a victim of domestic or sexual violence, and the leave is for one of the purposes outlined above.

You must provide certification to Centrue within a reasonable period after the certification is requested. The certification may take the form of a sworn statement by the employee, and upon obtaining such documents the employee shall provide:

08CV4020
JUDGE GOTTSCHALL
MAGISTRATE JUDGE BROWN

PH

## POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.230 |
|------------|--------|
| Subject | Leaves of Absence |
| Page | 14 |

- Documentation from an employee, agent, or volunteer of a victim services organization, an attorney, a member of the clergy, or a medical or other professional from whom the employee or the employee's family or household member has sought assistance in addressing domestic or sexual violence and the effects of the violence;

- A police or court record; or

- Other corroborating evidence.

## Confidentiality
All information pertaining to the use, notice, and certification of domestic and sexual violence provided to Centrue shall be retained in the strictest confidence, except to the extent that disclosure is requested or consented to in writing by the employee or otherwise required by applicable law.

## Intermittent Leave
Intermittent leave or reduced leave (i.e., taking leave in separate blocks of time, rather than leave for a continuous period of time) may be available.

## Twelve Months
Centrue will use the same "12-month backward rolling" method that we use for FMLA leave, in determining the number of weeks of leave to which you are entitled. Under this method, when you make a request for leave, Centrue examines your leave record for the past 12 months. In that 12-month time period, you will be entitled to take a maximum of 12 workweeks of leave.

## Unpaid Leave
Domestic or sexual violence leave is without pay, except that you may elect to substitute paid leave until such paid leave has been exhausted. In no situation may you duplicate benefits or attempt to use benefits simultaneously that would result in you receiving benefits greater than 100% of your base hourly or salary rate. The remaining weeks of leave will be without pay.

## Health and Medical Benefits
During domestic or sexual violence leave, your health benefits will be continued under the same conditions as if you had remained actively employed.

## Other Benefits
During domestic or sexual violence leave, other benefits do not continue to accrue.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.230 |
|---|---|
| Subject | Leaves of Absence |
| Page | 15 |

Reporting

Centrue may require you to report periodically, in writing, on your status and intention of returning to work upon completion of leave.

Return to Work

Upon completion of leave, Centrue will restore you to the position you held prior to the leave, or to an equivalent position, subject to exceptions as provided by law. Employees who fail to return to work after the period of leave may be subjected to disciplinary action up to and including termination of employment.

## School Visitation Rights Act (SVRA) Leave

- An employee may request an SVRA leave to attend school conferences or classroom activities related to his or her child if the activities cannot be scheduled during nonwork hours.

- SVRA leave may be limited to eight hours during any school year and up to four hours on any given day.

- SVRA leave is available for all employees who have worked at least six consecutive months and an average number of hours per week equal to at least one-half of a full-time position.

- SVRA leave will be approved for employees who qualify and who do not have unused PTO days or compensatory time. If the employee has no accrued time, SVRA leave will be unpaid. Sick leave shall not be used for SVRA leave.

- Requests for SVRA leave shall be submitted in writing to the employee's supervisor, preferably one week in advance of the date the leave is requested, but no later than 24 hours prior to the leave.

- Verification of the school visitation may be required.

- At the discretion of the supervisor, employees may be permitted to make up the time away for an SVRA leave when it is determined that a make-up schedule is possible and productive, and does not violate any existing policies on work hours. An employee who does make up the time taken shall be paid at the same rate as paid for normal working time.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.230 |
|---|---|
| Subject | Leaves of Absence |
| Page | 16 |

## Voting Leave

Centrue encourages employees to fulfill their civic responsibilities by participating in elections. Generally, employees are able to find time to vote either before or after their regular work schedule. If employees are unable to vote in an election during their nonworking hours, Centrue will grant up to two hours of time off to vote.

If an employee would otherwise have at least two consecutive hours off outside the regular workday when the polls are open, no time off work will be granted (for example, an employee regularly scheduled to work from 8:00 a.m. – 5:00 p.m. has two hours off, both before and after work, to vote).

Employees should request time off to vote from their supervisor as many working days prior to the Election Day as possible. Advance notice is required so that the necessary time off can be scheduled at the beginning or end of the work shift, whichever provides the least disruption to the normal work schedule.

Employees must submit a voter's receipt on the first working day following the election to qualify for time off if they cannot find time outside of work hours to vote.

## Blood Donor Leave

An employee donating blood may be off work for one hour every 56 days. Any employee who wishes to be a blood donor must first obtain prior permission from his or her supervisor. Verification of the donation may be required.

## Nursing Mothers

An employee who is a nursing mother will be provided unpaid break time each working day to express milk for her infant child. If the employee is provided break time under another policy or practice of Centrue, the unpaid break-time the mother takes to express milk must, if possible, be taken with the existing break. Employees are required to confer with their supervisor in order to establish a schedule that will avoid undue disruption to Centrue's operations. Nursing mothers will be provided access to a private area for purposes of expressing milk. Please contact the Head of Human Resources to determine the location of the appropriate area.

## PURPOSE:

Leaves of absence will be granted to the employees on an individual basis for special circumstances without losing previously earned benefits.

# POLICY STATEMENT

## Human Resource Administration

| | |
|---|---|
| Policy No. | HR.240 |
| Subject | Maintenance of Personnel Records |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

In order to keep our records correct and maintain proper information for completing legal requirements, changes in the following must be reported promptly:

1. Status changes (name change, marriage, separation, divorce, etc.)
2. Address changes and telephone number changes
3. Dependency changes (adding or removing a child, adding or removing a dependent relative from income tax exemption, or when a spouse turns 65 years of age)
4. Intention to change hours of work (to go part-time or retire)
5. Completed educational courses

Each employee is responsible for his or her own personnel record and must report to the Human Resource Department in person to update any change regarding his or her personnel record. Any change in status, relative to hours of work, must be approved.

Only if personnel records are correct and up to date can an employee be sure of proper tax deductions and to determine benefit eligibility.

## PURPOSE:

To maintain proper records concerning each employee of Centrue, employees must report certain changes that affect their employment and benefits.

**POLICY STATEMENT**

**Human Resource Administration**

| Policy No. | HR.250 |
|---|---|
| Subject | Orientation Period |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

**POLICY:**
To qualify for regular employee status, all new employees, regardless of officer status, will be subject to a ninety (90) day performance orientation period. This orientation period is provided so the immediate supervisor may observe and discuss the new employee's job performance, conduct, attitude, attendance, and progress while in training. If the employee's performance is satisfactory at the end of the orientation period, the employee will become a regular employee, assigned a job classification, and status, and will be entitled to benefits and privileges outlined in the Employee Handbook. **However, the change to regular employee status does not change the employee's at-will employment status.** If the employee's performance is not satisfactory, the employee may be discharged or the orientation period may be extended, during which time the employee will not be entitled to certain benefits.

If a regular employee requests and is granted a transfer or promotion from one job classification or department to another, the orientation period in the new job classification or department will be related to the work performance in the new job and not affect previous benefit accruals. Employees changing their hours of work, shift, or unit within the same department are not subject to a new orientation period.

**PURPOSE:**
This ninety (90) day orientation period will afford the opportunity to determine whether the employee is suited for the position and if the position is suited for the employee.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.260 |
|---|---|
| Subject | Overtime |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

The normal work schedule usually will not require overtime. However, if overtime is necessary, it must be approved by your supervisor and will be paid according to the provisions of state and federal wage and hour laws. The law allows 40 hours working time within a one week period, Sunday to Saturday, before overtime premium must be paid by Centrue. Hours worked (not hours compensated) in excess of 40 in a one week period will be compensated at the rate of time plus one-half of the employee's regular rate of pay.

## Hours of Work

Nonexempt employees will be paid on an hours worked basis as determined by the time sheets submitted to the Human Resource Department.

## PURPOSE:

To provide adequate staffing when certain conditions deem it necessary to warrant employees to work beyond normal scheduled hours.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.270 |
|------------|--------|
| Subject | Payroll |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

All employees will be paid on the 1st and 15th of the month or the next available business day. Employee earnings are normally on direct deposit. Upon employment, the employee will designate where to deposit his or her earnings. The designated account will be credited with the amount due.

Any questions pertaining to your salary may be directed toward your immediate supervisor or the Human Resource Department.

Centrue takes all reasonable steps to assure that employees receive the correct amount of pay in each paycheck and that employees are paid promptly on the scheduled payday.

In the unlikely event that there is an error in the amount of pay, the employee should promptly bring the discrepancy to the attention of the Payroll Department so that corrections can be made as quickly as possible.

If an underpayment is discovered and is due to an employee failing to report hours properly, the correction will take place in the next regular paycheck. If the underpayment is due to an error from the Payroll Department, the correction will take place as soon as possible.

Overpayment also will be corrected in the next regular paycheck or as soon as reasonably practical.

Employees will access their payroll information through a secure online site.

# POLICY STATEMENT

## <u>Human Resource Administration</u>

| Policy No. | HR.270 |
|------------|--------|
| Subject | Payroll |
| Page | 2 |

Regulations promulgated by the United States Department of Labor, Wage, and Hour Division, as modified by state law, prohibit certain deductions from the salary of an exempt employee. It is a violation of Centrue policy to make any deduction that conflict with the obligations imposed by state and federal law and the corresponding regulations. Any exempt employee who believes an improper deduction has been made from his or her salary must promptly file a written complaint to the Head of Human Resources. If Centrue determines that an improper deduction has been made, it will reimburse the employee for the deduction in the first pay period following Centrue's determination. **To the extent any provision of this Handbook could be construed as authorizing a deduction prohibited by state or federal law, or the regulations promulgated by the United States Department of Labor, it will not be applied to an exempt employee.**

## <u>PURPOSE:</u>
Employees of Centrue receive payment for their services in accordance with all applicable laws and regulations. Questions concerning an employee's paycheck may be directed to their immediate supervisor or the Human Resource Department.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.290 |
|---|---|
| Subject | Personal Finances |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

The personal finances of all employees are of vital interest to Centrue. Mishandling of your finances could easily place you in an embarrassing position. You are strongly urged to manage your personal finances properly and guard your credit reputation carefully. The following statements are general guidelines to Centrue's policy on employee management of personal finances:

1. Employees are expected to maintain a good credit standing. If you find that you have difficulty meeting your credit obligations, please contact the Human Resource Department for consultation. Centrue may perform credit checks on employees with prior written approval.

2. Employees are urged not to borrow money from customers. If it is necessary to borrow money, you should contact our loan department which will offer assistance in securing a loan.

3. Management discourages the borrowing or lending of money between employees. Again, if it is necessary to borrow money, you should contact our loan department which will offer assistance in securing a loan.

4. Overdrafts by any employee are not permitted as per the Financial Institutions Regulatory and Interest Rate Control Act. If your account balance is insufficient to cover checks presented for payment, the regular insufficient service charge may be charged against your account. Realizing the position our employees must maintain in the community, we cannot have checks of our employees return for reason of insufficient funds. The following protocol will be followed regarding personal finances of employees:

> Violation 1: An employee who appears on the monthly overdraft list within any given month will receive an e-mail from the Human Resources Department notifying the individual of the policy violation. A copy of the correspondence will become part of the employee's personnel file.

## POLICY STATEMENT

### Human Resource Administration

| Policy No. | HR.290 |
|---|---|
| Subject | Personal Finances |
| Page | 2 |

Violation 2: An employee who appears on the monthly overdraft list a second time within any twelve (12) month period will be sent a notification regarding the second violation. A copy of the correspondence will become part of the employee's personnel file.

Violation 3: An employee who appears on the monthly overdraft list a third time within any twelve (12) month period will be subject to disciplinary action up to and including termination of employment.

## PURPOSE:

Personal finances of employees are highly scrutinized and strictly regulated by law. It is important that employees maintain a solid financial position as not to subject themselves to criticism.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.300 |
|---|---|
| Subject | Promotions - Assignment/Transfers |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

It is the policy of Centrue to promote or transfer from within whenever possible and practical. In making selections for promotions, reassignment, or transfers, consideration will be given to length of service, knowledge, experience required to perform the job, attendance and tardiness records, compliance with appearance policy, initiative, cooperation, ability to get along with fellow employees, willingness to secure further education, and other relevant factors.

If consolidation of job duties or elimination of a position occurs, employees may be reassigned or transferred to other work areas. Any affected employee will be notified in writing within a reasonable time frame by the Human Resource Department. In the event a promoted, reassigned, or transferred employee's previous position becomes available, the employee may reapply for the position held prior to promotion, reassignment, or transfer through the normal posting procedure.

For opportunities that may exist in other departments, employees are encouraged to talk with their supervisor or the Human Resource Department.

The Human Resource Department shall have final approval on any employment decisions.

## PURPOSE:

It is the desire of Centrue to give each employee the opportunity for personal growth, development, and job satisfaction prior to recruiting persons outside Centrue to fill vacated positions.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.310 |
|---|---|
| Subject | Retirement |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

Centrue provides a 401(k) Plan to eligible employees, in addition to Social Security.  Employees eligible for participation in the Plan are enrolled according to Plan specifications.

Requirements for eligibility, highlights of the program, and how the program works are described in the booklets available in the Human Resource Department.  **To the extent any policy statement booklet or summary plan description conflicts with the terms of the actual plan document, the plan document controls.**

## PURPOSE:

Centrue provides an opportunity for additional retirement benefits to eligible employees.

**POLICY STATEMENT**

**Human Resource Administration**

| Policy No. | HR.320 |
|------------|--------|
| Subject | Safety/Security |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

**POLICY:**

Each employee, regardless of position in the organization, must learn and follow the security policies and procedures of his or her specific location.  Failure to follow established security procedures may be grounds for disciplinary action.  Please refer to Centrue's Disciplinary Procedures (HR110).

**PURPOSE:**

In an effort to protect Centrue's employees, standard security measures have been established.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.330 |
| --- | --- |
| Subject | Sexual and Other Discriminatory Harassment |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

It is the policy of Centrue to provide all employees with a work environment that is free of all forms of harassment based on the Protected Characteristics listed in our Equal Employment Opportunity and Nonretaliation policy, including, but not limited to, age, race, religion, creed, disability, national origin, and sexual orientation. Any such harassment is strictly prohibited by Centrue as well as by federal, state, and local law. Conduct prohibited by this policy is unacceptable in any Centrue workplace as well as any work-related setting outside the workplace, such as business trips, business meetings, and business-related social events. Any person engaging in harassment, including sexual harassment in the form of unwelcome sexual advances, requests for sexual favors, or other such verbal or physical conduct creating an intimidating, hostile, or offensive working environment, may be discharged immediately.

A.    Sexual Harassment Defined:

"Sexual harassment" means any unwelcome sexual advances or requests for sexual favors or any conduct of a sexual nature or because of a person's sex or sexual orientation when (i) submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment, (ii) submission to or rejection of such conduct by an individual is used as a basis for employment decisions affecting such individual, or (iii) such conduct has the purpose or effect of substantially interfering with an individual's work performance or creating an intimidating, hostile, or offensive working environment.

Sexual and other harassment can occur in a variety of circumstances. The victim as well as the harasser may be a woman or a man. The harasser can be the victim's supervisor, a coworker, or a nonemployee. However, in all cases the harasser's conduct must be unwelcome.

Sexual harassment in violation of this policy includes but is not limited to:

- Sexually suggestive or vulgar comments or jokes, inappropriate comments about another person's sexual behavior or body, or insulting or ridiculing an employee because of his or her gender;

## POLICY STATEMENT

### <u>Human Resource Administration</u>

| Policy No. | HR.330 |
|---|---|
| Subject | Sexual and Other Discriminatory Harassment |
| Page | 2 |

- Improper or intrusive questions or comments about an employee's romantic or sexual experiences or preferences, or unwelcome or offensive sexual flirtations, propositions, advances, or requests;

- Use, display, or communication of sexually suggestive or offensive words, objects, pictures, calendars, cartoons, articles, letters, e-mail messages, computer programs, or Internet Web sites;

- Making or threatening undesired physical contact (such as touching, embracing, or pinching) or impeding another's movements in a deliberate manner; and

- Offering or providing employment benefits in return for sexual favors or an employee's agreement to provide sexual favors, or taking or threatening to take adverse action against an employee because the employee rejects requests for sexual favors.

- It is important to note that sexual harassment does not have to involve conduct of a sexual nature in order to constitute unlawful behavior. For example, abusive, offensive, or demeaning behavior that is directed to members of one gender only (whether male or female) may be deemed a form of sexual harassment, even though the conduct was not motivated by sexual desire or gratification.

Discriminatory harassment in violation of this policy includes but is not limited to:

- Comments or jokes that denigrate, insult, offend, or ridicule based on a Protected Characteristic;

- Creating a hostile work environment or otherwise singling out an individual for abusive conduct based on that individual's Protected Characteristic; and

- Using, displaying, or communicating words, objects, pictures, calendars, cartoons, articles, letters, e-mail messages, computer programs, or Internet Web sites that denigrate, insult, offend, or ridicule based on a Protected Characteristic.

Even if such actions do not rise to the level of legally actionable conduct, they nonetheless are prohibited in our workplace.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.330 |
|---|---|
| Subject | Sexual and Other Discriminatory Harassment |
| Page | 3 |

B.     Responsibility of Individual Employees

Each individual employee has the responsibility to refrain from sexual and other forms of harassment in the workplace. An individual employee who harasses a fellow worker is, of course, liable for his or her individual conduct. The harassing employee will be subject to disciplinary action up to and including termination of employment.

If you believe that you or any other employee has been the victim of harassment, discrimination or any other violation of this policy, report the conduct to management as set forth below in paragraph E, even if you think management is or should be aware of the situation. Any such report should be made promptly so that, whenever possible, any problem can be remedied at the earliest opportunity.

C.     Responsibility of Supervisory Personnel

Each supervisor is responsible for maintaining the workplace free of harassment. This is accomplished by promoting a professional environment and by promptly dealing with harassment as well as all other forms of employee misconduct.

Specifically, a supervisor must address an observed incident of harassment or a complaint with seriousness, promptly report it to the Human Resource Department and maintain confidentiality. This also applies to cases where an employee tells the supervisor about the behavior considered harassment but does not want to make a formal complaint.

**In addition, supervisors must ensure that no retaliation will result against an employee making a harassment complaint.**

D.     Direct Communication of Unwelcomeness

Any employee who either observes or believes herself or himself to be the object of harassment should deal with the incident as directly and firmly as possible. If there is harassing behavior in the workplace, the harassed employee should directly and clearly express her or his objection that the conduct is unwelcome and request that the offending behavior stop. **The initial message may be verbal. However, if subsequent messages are needed, they should be put in writing in a note or memo.**

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.330 |
|---|---|
| Subject | Sexual and Other Discriminatory Harassment |
| Page | 4 |

E.    Procedures for Filing a Complaint

At the same time direct communication is undertaken, or in the event the employee feels threatened or intimidated by the situation, the problem must be reported promptly to the Head of Human Resources or the Chief Executive Officer. All reports of such conduct will be investigated promptly, handled as confidentially as possible consistent with doing an appropriate investigation, and dealt with appropriately.

F.    Resolution Outside Centrue

All reports of harassment will be investigated promptly and handled as confidentially as possible consistent with conducting an investigation. Every effort will be made to conclude the investigation within 30 days of the date that the employee reports the incident. Upon conclusion of the investigation, the complaining employee will be advised of the findings of the investigation, and any action to address the complaint.

Centrue will make every effort to resolve all complaints internally. However, an employee has the right to contact the Illinois Department of Human Rights ("IDHR") at (217) 785-5100, the Missouri Council on Human Rights ("MCHR") at 1-877-781-4236, or the Equal Employment Opportunity Commission ("EEOC") at (800) 669-4000 about filing a formal complaint. An IDHR complaint must be filed within 180 days of the alleged incident. A complaint with the EEOC must be filed within 300 days of the alleged incident.

**PURPOSE:**
To assure that employees are provided a working environment free of discrimination and unlawful harassment.

## POLICY STATEMENT

### Human Resource Administration

| Policy No. | HR.340 |
|---|---|
| Subject | Short Term Disability |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation has approved the following policy statement:

**POLICY:**

After completing the orientation period and achieving full-time regular employee status, the employee (excluding the commission-based employee) becomes eligible for one (1) paid short term disability day on the first of the following month and each month thereafter. Employees will accumulate up to a maximum of twelve (12) short term disability days per year or one (1) day per month to a maximum total accumulation of twelve (12) weeks or sixty (60) work days.

Accrued short term disability days can only be used after a three-day elimination/waiting period has been met, physician's excuse provided, and must be for the employee's own illness. There will be no retroactive pay for those three days. Employee must use PTO days or, if unavailable, take it as unpaid time off.

The medical return to work authorization must be in writing and state the date that the employee is able to return to his or her work duties. The employee may use accrued paid time off over and above his or her five (5) consecutive scheduled work days for single day illnesses that do not meet the short term disability requirement. Accumulated short term disability days are useable only for the employee's illness or injury, and will not be paid at termination of employment or retirement.

Any full-time, commission-based employee may obtain coverage via a group short term disability policy on the first day of the month following ninety (90) days of employment. The Human Resource Department will explain the program in further detail.

Any employee having missed three (3) or more consecutive scheduled work days may be asked to submit an FMLA type medical certification to the Human Resource Department. Good attendance by the staff is necessary for Centrue to fulfill its purpose. Prompt and punctual regular attendance is an essential job function for every position at Centrue. Subject to applicable law, punctuality and good attendance records are taken into consideration with respect to salary increases, promotions, and possible terminations of employment.

If the day(s) of your absence from work can be planned, i.e., elective surgery, medical testing, or treatment, obtain approval from your supervisor thirty (30) days in advance or as soon as practicable.

**POLICY STATEMENT**

**Human Resource Administration**

| Policy No. | HR.340 |
|---|---|
| Subject | Short Term Disability |
| Page | 2 |

In the event of an extended illness, the employee is expected to keep his or her immediate supervisor informed of his or her condition and the anticipated date of return to work.  Medical certification may be required.

**PURPOSE:**
Short term disability days are provided to furnish the employee financial security during a prolonged illness.

## POLICY STATEMENT

### Human Resource Administration

| | |
|---|---|
| Policy No. | HR.350 |
| Subject | Solicitation/No Distribution |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

**POLICY:**
Centrue intends to maintain an atmosphere consistent with good business practices to prevent operational disturbances and to protect employees from undue interference in their work.

Posting of notices and other material in any area of Centrue must have prior approval of the officer in charge and must be related to the operations and objectives of Centrue. Circulating or distributing unauthorized written material of any type in working areas or on working time will not be allowed.

**Nonemployees**
Nonemployees may not come onto Centrue property, without permission, to distribute materials, literature, or advertisements or to solicit membership, support, contributions, or sale of goods on behalf of any organization, fund, activity, or cause.

**Employees/Staff Members**
Employees may not solicit other employees, customers, or members of the public-at-large to join or contribute to any organization, fund, activity, or cause during working time, which will not include meal breaks or other rest periods or before or after work.

Employees cannot distribute materials in working areas at Centrue at any time.

**POLICY STATEMENT**

**Human Resource Administration**

| Policy No. | HR.350 |
| --- | --- |
| Subject | Solicitation/No Distribution |
| Page | 2 |

Pins, buttons, and badges with insignia other than those issued by Centrue must comply with all the following requirements:

1. Be directly related to the employee's vocation, profession, or employment.

2. Be equipped with safety clasps, guard chains, or other devices to prevent loss which may result in personal injury or equipment interference.

Any violation of the solicitation and distribution policy should be reported immediately to the Human Resource Department.

**PURPOSE:**
To insure employees a work environment free from disturbance and interruption and maintain a productive work atmosphere.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.360 |
|------------|--------|
| Subject | Substance Abuse |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

Unless otherwise clearly stated, use or possession of illegal controlled substances and/or alcohol will not be permitted on the premises of Centrue. Such use or possession is grounds for disciplinary action up to and including termination of employment. Any conduct outside of the workplace that affects work performance may also be addressed through Centrue's Disciplinary Procedures (HR110).

It is Centrue's policy to attempt to assist an employee with a substance abuse problem; however, the employee must take positive steps toward his or her own rehabilitation. Each case will be handled individually and confidentially by the Human Resource Department. As long as the employee satisfactorily handles his or her job responsibilities during rehabilitation, the organization will be supportive and provide reasonable accommodation. However, any employee who refuses to obtain treatment or assistance for illegal drug or alcohol use could be subject to disciplinary action up to and including termination of employment.

The unauthorized possession or sale of an illegal substance is against the law. The use of such an illegal substance by an employee not only adversely affects performance, but could make him or her potentially dangerous to other employees and to the employee as well. Accordingly, it will be the policy of Centrue that the possession or sale of illegal substances by an employee on the premises, or the employee being discovered at work under the influence of illegal drugs or alcohol will be grounds for immediate termination of employment. Any employee suspected to be under the influence of illegal drugs and/or alcohol will be escorted to a medical facility of Centrue's choice to determine whether that employee is under the influence. Any positive drug test or refusal to be tested will result in a determination that the employee is under the influence.

## PURPOSE:

Substance abuse can have serious effects on an employee's behavior and ability to perform his or her job. As this has a direct reflection on Centrue, substance abuse problems must be dealt with.

## POLICY STATEMENT

### <u>Human Resource Administration</u>

| Policy No. | HR.370 |
|------------|--------|
| Subject | Suggestions |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

### POLICY:
No one has a monopoly on good ideas, and nothing is more essential to the continued growth and progress of this organization than practical suggestions on how a better job can be done or how facilities and services can be improved.

Suggestions are welcome and employees are urged to put constructive ideas in writing or discuss them in person with the Human Resource Department or with their supervisor.

### PURPOSE:
For better understanding through two-way communication to gather constructive criticism and methods of approach which can assist Centrue in its continued growth and progress.

## POLICY STATEMENT

### <u>Human Resource Administration</u>

| Policy No. | HR.380 |
|---|---|
| Subject | Termination of Employment |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

### <u>POLICY:</u>

Centrue requests that employees provide two weeks' advance notice of termination of employment and make themselves available to the Human Resource Department for an exit interview prior to the last day worked. An employee who fails to provide two weeks' notice of termination of employment may be ineligible for rehire.

Employees will receive final pay on the next regular payday. PTO pay, earned during the course of employment but not taken, will be paid on the next regular payday. Your termination of employment date will be your last day of work. Short Term Disability days will not be paid upon termination of employment or retirement. Health, dental, and vision insurance benefits end the last day of the month in which termination of employment occurs, while life insurance, accidental death and dismemberment, and dependent life insurance coverage end on the date of termination of employment. All other benefits end upon termination of employment, except as provided by law.

### <u>PURPOSE:</u>

Written advance notice is requested to insure termination of employment pay and timely cancellation of benefits. Advance notice also affords Centrue the opportunity to secure a replacement and allow for sufficient training time.

**POLICY STATEMENT**

**Human Resource Administration**

| Policy No. | HR.390 |
|---|---|
| Subject | Time Sheets/Hours Worked |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

**POLICY:**

Due to the nature of work performed in providing service to our customers, work schedules and assignments will be established with the customers' best interests and needs in mind. Work schedules will be set by the supervisor with senior management approval. Nonexempt employees may not sign in earlier than six (6) minutes prior to their starting time. Any overtime must exceed seven (7) minutes beyond the regular work schedule and be authorized by the supervisor.

Both exempt and nonexempt employees will report attendance.

The employee's supervisor will schedule all staffing hours with the needs of the customer in mind. The scheduled hours are subject to change at the discretion of the supervisor in response to variations of work loads, customer volume, emergencies, and other unanticipated circumstances. Any hourly employee who is to work seven and one-half (7.5) continuous hours or more shall be provided an unpaid meal period of at least twenty (20) minutes. The meal period must be given to an employee no later than five (5) hours after beginning work.

**The employee's hours worked will be paid according to the following:**

1. Each employee is responsible for recording his or her hours worked. The time in and the time out must be recorded to the nearest fifteen (15) minutes. Employees leaving their work site facility premises for nonjob related purposes must record the time out and the time in for the periods of time absent from their assigned work areas.

2. An employee may not enter any time recording on another employee's time sheet. If a time sheet reflects an error (failure to record time IN or OUT properly), it must be called to the attention of the employee's supervisor for correction.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.390 |
|---|---|
| Subject | Time Sheets/Hours Worked |
| Page | 2 |

3. The employee's number of hours of pay due will be based on the time sheet. The Employee Handbook will be followed in a consistent manner in computing the approved hours worked.

4. Approved incentive compensation will be paid in the pay period in which it is approved by the authorizing party. Deductions will automatically be taken from all earned compensation, as required by law.

5. When scheduled work hours must be altered to meet staffing needs in a department or unit, the policy regarding the hours of work will be initiated by the supervisor. All employees in the department or unit affected by the schedule change will be informed, within a reasonable time frame, in order to make as smooth a transition as possible on the day the schedule change is effective.

## PURPOSE:
To provide adequate staff and determine payment of wages in accordance with hours worked.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.400 |
|---|---|
| Subject | Paid Time Off |
| Effective | November 25, 1996 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

Paid Time Off (PTO) days are granted in the calendar year in which they are earned and do not carry over from year to year. Employees will earn $1/12^{th}$ of their allotted bank each month. With supervisor approval, employees may go negative against their bank of time. In the event that an employee leaves employment, the employee will be expected to reimburse Centrue for any time taken but not earned.

### Schedule for Full-Time Regular Employees:

| | |
|---|---|
| Calendar Year 1 | Pro-rated |
| Calendar Year 2-5 | 15 days |
| Calendar Year 6-15 | 20 days |
| Calendar Year 16+ | 25 days |
| Officers | 20 days |
| Exec. Officers | 25 days |

### Schedule for Part-Time Regular Employees:

| | |
|---|---|
| Calendar Year 1 | Pro-rated |
| Calendar Year 2+ | 40 hours |

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.400 |
|---|---|
| Subject | Paid Time Off |
| Page | 2 |

PTO must be requested from the employee's immediate supervisor and will be granted based on staffing needs and the employee's length of service. If the need for time off is foreseeable, the employee should request PTO thirty (30) days in advance, or as soon as practicable under the circumstance. For purposes of internal audit control, each full-time employee is required to be absent for five (5) consecutive scheduled work days each year. This requirement may be waived only with the approval of the Human Resource Department.

Paid holidays falling within a granted paid time off may be transferred to another day of the employee's choice, with advanced written approval from his or her supervisor.

All PTO should be taken prior to December to ensure that adequate staff is available for year-end. PTO requested for December must be in writing and approved in writing by the employee's supervisor. A copy of the approved request must be sent to the Human Resource Department and will be placed in the employee's personnel file.

Time off requests for employees with no PTO accrued must be approved in writing by management and will be without pay.

## PURPOSE:
PTO is provided on an annual basis to enable all eligible employees an opportunity for rest and relaxation away from their normal work routines, personal commitments, and recovery from brief illnesses.

# POLICY STATEMENT

## Human Resource Administration

| Policy No. | HR.410 |
|---|---|
| Subject | Work Quality |
| Effective | January 30, 2007 |
| Revised | February 8, 2008 |

The Board of Directors and Senior Management of Centrue Financial Corporation have approved the following policy statement:

## POLICY:

Centrue expects all employees to take pride in their work, as quality is critical to the organization's success. Employees are expected to follow all Centrue policies and procedures when conducting business. In addition, work is expected to be thorough, neat, timely, and accurate. Internal requests are to be treated with the same level of respect and consideration as external requests. Unsatisfactory work quality by any employee will not be tolerated. Violation of this policy may result in disciplinary action up to and including termination of employment, addressed through Centrue's Disciplinary Procedures (HR110).

## PURPOSE:

In order to meet the needs and expectations of all stakeholders, employees are expected to produce a high quality of work on a consistent basis.

## Employee Acknowledgment Form

This Employee Handbook describes important information about Centrue Financial Corporation, and I understand that I should consult the Human Resource Department regarding any questions not answered in the Employee Handbook. I have entered into my employment relationship with Centrue voluntarily, and I acknowledge that there is no specific length of employment. **Accordingly, either I or Centrue can terminate the relationship at will, with or without cause, at any time, so long as there is no violation of applicable federal, state, or local law.**

Because the information, policies, and benefits described here are necessarily subject to change, I acknowledge that revisions to the Employee Handbook may occur, except for Centrue's policy of employment at-will. I understand that revised information may supersede, modify, or eliminate existing policies. Only the Board of Directors has the authority to adopt any revisions to the Employee Handbook.

**<u>Furthermore, I acknowledge that the Employee Handbook is not a contract of employment. I have received the Employee Handbook, and I understand that it is my responsibility to read and comply with it and any revisions made to it.</u>**

I further agree that I may not and will not rely upon statements that are inconsistent with this Employee Acknowledgement Form unless they are reduced to writing and signed by the President and Chief Executive Officer.

Finally, I acknowledge that I have read and understand Centrue Financial Corporation's Electronic Equipment and Communications Policy (HR.120), Equal Employment Opportunity and Nonretaliation Policy (HR.160), Sexual and Other Discriminatory Harassment Policy (HR.330) and Leave of Absence Policy (HR.230), and I agree to strictly abide by them. I understand that the use of Centrue's e-mail, telecommunications, and office equipment constitutes consent to monitoring the use of this equipment and Centrue has the right to search its property for, but not limited to, prohibited property, records, evidence of wrongdoing, etc., as described in the Employee Handbook.

_____          _____
Employee Signature                                                        Date


_____
Employee Name (Typed or Printed)


**<u>This form must be signed and returned to the Human Resource Department</u>**

## Donna Camp

**From:** Don Davis
**Sent:** Wednesday, February 20, 2008 5:16 PM
**To:** Donna Camp

Donna,

Do you honestly think that we get better rates or preferential treatment over anyone else in the bank?  That was a naïve, stupid, or just want to hear yourself talk question.

What we do, which is obviously lacking in your area, is leave our desk and go out and look for business.  Staring at the phone and hope it rings just doesn't work.  Stop asking dumb questions and use that wasted brain power to go out and find some new ways to generate business.

Maybe you will do so much better, that someone will ask at next quarter's webinar "Is Donna Camp getting better rates than everyone else, how is she doing so much better than the rest of us?"

Good Luck



EXHIBIT
H

2/25/2008

## Donna Camp

| | |
|---|---|
| **From:** | Donna Camp |
| **Sent:** | Thursday, February 21, 2008 11:07 AM |
| **To:** | Tom Daiber |
| **Subject:** | FW: |

**Tracking:**  **Recipient  Read**

   Tom Daiber Read: 2/21/2008 2:48 PM

Tom,
Please read the message I received below from Don Davis - - -

At Centrue, I understand that communication is huge priority, but is this the communication that Officers pride themselves on?  Don is referring to a question that I asked at the 7:45am webinar to which you answered and then stated at the end "good question".  With feedback such as this, you can be assured I will not be asking any future questions.  I am offended by his remarks, and can't believe he thinks that about a fellow employee but also to put it in writing.  What happened to TEAMWORK.
 Please tell me that all Executive Officers don't think like this.
Thank you for your time.

Donna Camp
Mortgage Loan Originator
Centrue Bank
630-466-6162 direct
630-466-6169 fax
donna.camp@centrue.com
-----Original Message-----
**From:** Don Davis
**Sent:** Wednesday, February 20, 2008 5:16 PM
**To:** Donna Camp
**Subject:**

Donna,

Do you honestly think that we get better rates or preferential treatment over anyone else in the bank?  That was a naïve, stupid, or just want to hear yourself talk question.

What we do, which is obviously lacking in your area, is leave our desk and go out and look for business.  Staring at the phone and hope it rings just doesn't work.  Stop asking dumb questions and use that wasted brain power to go out and find some new ways to generate business.

Maybe you will do so much better, that someone will ask at next quarter's webinar "Is Donna Camp getting better rates than everyone else, how is she doing so much better than the rest of us?"

Good Luck

## Donna Camp

| | |
|---|---|
| **From:** | Donna Camp |
| **Sent:** | Thursday, February 21, 2008 9:18 AM |
| **To:** | Heather Gerkitz; Steve Flahaven; Dan Sabol |
| **Importance:** | High |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | Heather Gerkitz | Delivered: 2/21/2008 9:18 AM | Read: 2/21/2008 9:41 AM |
| | Steve Flahaven | Delivered: 2/21/2008 9:18 AM | Read: 2/21/2008 9:27 AM |
| | Dan Sabol | Delivered: 2/21/2008 9:18 AM | Read: 2/21/2008 9:19 AM |

Good Morning –
I received the email below from Don Davis last night just before I left work and was terribly offended by his remarks.  My question at the webinar was just that – a question – and in no way was it offense, or stated as that market receiving preferential treatment.  Tom Daiber even said after answering the question that it was a good question.  If this is the treatment that employees receive after asking questions it's no wonder that nobody asks more.  I was always taught that no question is a stupid question.  Please tell me that our senior management is not all in this mind set.

Mr. Davis does not know me or what I do here and for him to make such comments is very offensive.

Donna Camp
Mortgage Loan Originator
Centrue Bank
630-466-6162 direct
630-466-6169 fax
donna.camp@centrue.com
-----Original Message-----
**From:** Don Davis
**Sent:** Wednesday, February 20, 2008 5:16 PM
**To:** Donna Camp
**Subject:**

Donna,

Do you honestly think that we get better rates or preferential treatment over anyone else in the bank?  That was a naïve, stupid, or just want to hear yourself talk question.

What we do, which is obviously lacking in your area, is leave our desk and go out and look for business.  Staring at the phone and hope it rings just doesn't work.  Stop asking dumb questions and use that wasted brain power to go out and find some new ways to generate business.

Maybe you will do so much better, that someone will ask at next quarter's webinar "Is Donna Camp getting better rates than everyone else, how is she doing so much better than the rest of us?"

Good Luck

**Family or Medical Leave Request**

Please Print

This form should be treated as a medical record and must be maintained in files separate from employee personnel files, in locked cabinets with only designated persons having access. Employer should retain original and provide a photocopy of the form to the employee along with the Company Response to the FMLA Leave Request completed within a reasonable time period.

## FMLA Request: To be Completed by Employee

Name: Donna S. Camp                     Title: Loan Organator

Department: _____     Employee Payroll #: _____     Date: 2·25·08

I am requesting Family and Medical leave due to:

☐ the birth of my child or the placement of my adopted or foster child in my home.

☐ a serious health condition that I need care for.

☐ a serious health condition affecting my ☐ spouse ☐ child ☐ parent, for which I am needed to provide care.

☑ other   Cancer Care

I will:

☐ need to be completely relieved of all duties.

☑ be able to work part time (intermittent on reduced workweek leave).

Leave to begin 4-1-08 until 4-12-08

Employee comments: _____

Under the Family and Medical Leave Act, if you have worked for us at least 12 months and at leaset 1,250 hours in the past 12 months, you are eligible for up to 12 weeks unpaid leave under specific circumstances. You are entitled to receive health benefits as if you were still working. When returning to work, in most cases, you must ordinarily be reinstated to the same or an equivalent job with the same pay, benefits and terms and conditions of employment. If you do not return to work following the FMLA leave (for a reason other than the continuation, recurrence or onset of a serious health condition which would entitle you to FMLA leave or other circumstances beyond your control), you may be required to reimburse us for our share of health insurance premiums paid on your behalf during your FMLA leave.

I certify that the above information is correct to the best of my knowledge.

Employee Signature: Donna P Camp

Name of person who completed form if other than employee: _____

**EXHIBIT**

tabbies

I

# Notes

www.vertex42.com/calendars

© 2007 Vertex42 LLC

# 2008

## January

| Su | M | Tu | W | Th | F | Sa |
|----|----|----|----|----|----|----|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

## February

| Su | M | Tu | W | Th | F | Sa |
|----|----|----|----|----|----|----|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | |

## March

| Su | M | Tu | W | Th | F | Sa |
|----|----|----|----|----|----|----|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

## April

| Su | M | Tu | W | Th | F | Sa |
|----|----|----|----|----|----|----|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

## May

| Su | M | Tu | W | Th | F | Sa |
|----|----|----|----|----|----|----|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

## June

| Su | M | Tu | W | Th | F | Sa |
|----|----|----|----|----|----|----|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

## July

| Su | M | Tu | W | Th | F | Sa |
|----|----|----|----|----|----|----|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

## August

| Su | M | Tu | W | Th | F | Sa |
|----|----|----|----|----|----|----|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

## September

| Su | M | Tu | W | Th | F | Sa |
|----|----|----|----|----|----|----|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

## October

| Su | M | Tu | W | Th | F | Sa |
|----|----|----|----|----|----|----|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

## November

| Su | M | Tu | W | Th | F | Sa |
|----|----|----|----|----|----|----|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

## December

| Su | M | Tu | W | Th | F | Sa |
|----|----|----|----|----|----|----|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |



**Centrue Bank**

Member FDIC

Service. *Centered on you!*

February 25, 2008

Donna Camp
570 Carolyn
Somonauk, IL 60552

Dear Donna:

We wanted to touch base with you regarding your medical leave request. Our records indicate that you have met the eligibility requirements for leave under the Family and Medical Leave Act (FMLA). You have completed 12 months of service with the company and worked over 1250 hours within the last 12 months. Your leave will fall under the Family and Medical Leave Act you are entitled to use your Paid Time Off days. The following will summarize your FMLA leave.

➢ Your leave will count against your annual FMLA entitlement.
➢ You have already provided us with a physician certification.
➢ You have 20 days of Paid Time Off and 23.75 days/190 hours of Short Term Disability as of February 15, 2008.
➢ You will be required to present a fitness-for-duty note before returning to work.
➢ You are required to notify us within 2 days of your return.
➢ Our records indicate your leave begins on April 7, 2008 and your return date is April 14, 2008. This represents a 1 week leave.

Enclosed is a calendar showing the days included in your leave. It is your responsibility to share this information with your supervisor and see that days are reported on your time sheet correctly. If you use all paid time off days before returning to work, the remaining days of your leave will be unpaid. Please let us know how you are doing and if there are any changes to your leave. Feel free to contact me at (815) 431-2812 if you have questions or concerns.

Best Wishes,

Donna Mussatto
Employee Benefits

**EXHIBIT**

tabbies J

# 2008

January

February

March

April

May

June

July

August

September

October

November

December

## Notes

www.vertex42.com/calendars

© 2007 Vertex42 LLC

Employer Response to Employee
Request for Family or Medical Leave
*(Optional Use Form -- See 29 CFR § 825.301)*

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



**(Family and Medical Leave Act of 1993)**

Date:  02/25/2008

OMB No. : 1215-0181
Expires : 09-30-2010

To:  Donna Camp
_____
*(Employee's Name)*

From:  Donna Mussatto
_____
*(Name of Appropriate Employer Representative)*

**Subject: REQUEST FOR FAMILY/MEDICAL LEAVE**

On  02/08/2008 , you notified us of your need to take family/medical leave due to:
*(Date)*

☐  The birth of a child, or the placement of a child with you for adoption or foster care; or

☑  A serious health condition that makes you unable to perform the essential functions for your job: or

☐  A serious health condition affecting your ☐ spouse, ☐ child, ☐ parent, for which you are needed to
provide care.

You notified us that you need this leave beginning on  04/07/2008  and that you expect
*(Date)*

leave to continue until on or about  04/12/2008 .
*(Date)*

Except as explained below, you have a right under the FMLA for up to 12 weeks of unpaid leave in a 12-month
period for the reasons listed above. Also, your health benefits must be maintained during any period of unpaid
leave under the same conditions as if you continued to work, and you must be reinstated to the same or an
equivalent job with the same pay, benefits, and terms and conditions of employment on your return from leave. If
you do not return to work following FMLA leave for a reason other than: (1) the continuation, recurrence, or onset
of a serious health condition which would entitle you to FMLA leave; or (2) other circumstances beyond your
control, you may be required to reimburse us for our share of health insurance premiums paid on your behalf during
your FMLA leave.

This is to inform you that: *(check appropriate boxes; explain where indicated)*

1. You are ☑ eligible ☐ not eligible for leave under the FMLA.

2. The requested leave ☑ will ☐ will not be counted against your annual FMLA leave entitlement.

3. You ☑ will ☐ will not be required to furnish medical certification of a serious health condition. If required,
you must furnish certification by *(CECFIVPS)* 02/08/2008 *(insert date)* (must be at least 15 days
after you are notified of this requirement), or we may delay the commencement of your leave until the certification
is submitted.

4. You may elect to substitute accrued paid leave for unpaid FMLA leave. We ☑ will ☐ will not require that
you substitute accrued paid leave for unpaid FMLA leave. If paid leave will be used, the following conditions will
apply: *(Explain)*

    3 PTO days will be used first followed by Short Term Disability accrued time

5. (a) If you normally pay a portion of the premiums for your health insurance, these payments will continue during the period of FMLA leave. Arrangements for payment have been discussed with you, and it is agreed that you will make premium payments as follows: *(Set forth dates, e.g., the 10th of each month, or pay periods, etc. that specifically cover the agreement with the employee.)*

      Employee premiums will continue to be deducted from payroll.

 

(b) You have a minimum 30-day *(or, indicate longer period, if applicable)* grace period in which to make premium payments. If payment is not made timely, your group health insurance may be cancelled, *provided* we notify you in writing at least 15 days before the date that your health coverage will lapse, or, at our option, we may pay your share of the premiums during FMLA leave, and recover these payments from you upon your return to work. We ☑ will ☐ will not pay your share of health insurance premiums while you are on leave.

(c) We ☐ will ☑ will not do the same with other benefits *(e.g., life insurance, disability insurance, etc.)* while you are on FMLA leave. If we do pay your premiums for other benefits, when you return from leave you ☐ will ☑ will not be expected to reimburse us for the payments made on your behalf.

6.     You ☑ will ☐ will not be required to present a fitness-for-duty certificate prior to being restored to employment. If such certification is required but not received, your return to work may be delayed until certification is provided.

7. (a) You ☐ are ☑ are not a "key employee" as described in § 825.217 of the FMLA regulations. If you are a "key employee:" restoration to employment may be denied following FMLA leave on the grounds that such restoration will cause substantial and grievous economic injury to us as discussed in § 825.218.

(b) We ☐ have ☑ have not determined that restoring you to employment at the conclusion of FMLA leave will cause substantial and grievous economic harm to *us. (Explain (a) and/or (b) below. See §825.219 of the FMLA regulations.)*

8.     While on leave, you ☐ will ☑ will not be required to furnish us with periodic reports every _____ _____ *(indicate interval of periodic reports, as appropriate for the particular leave situation)* of your status and intent to return to work *(see § 825.309 of the FMLA regulations).* If the circumstances of your leave change and you are able to return to work earlier than the date indicated on the reverse side of this form, you ☑ will ☐ will not be required to notify us at least two work days prior to the date you intend to report to work.

9.     You ☐ will ☑ will not be required to furnish recertification relating to a serious health condition. *(Explain below. if necessary, including the interval between certifications as prescribed in §825.308 of the FMLA regulations.)*

This optional use form may be used to satisfy mandatory employer requirements to provide employees taking FMLA leave with written notice detailing specific expectations and obligations of the employee and explaining any consequences of a failure to meet these obligations. (29 CFR 825.301(b).)

*Note:* Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number.

### Public Burden Statement

We estimate that it will take an average of 5 minutes to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden. send them to the Administrator, Wage and Hour Division, Department of Labor, Room S-3502. 200 Constitution Avenue, N.W., Washington. D.C. 20210.

DO NOT SEND THE COMPLETED FORM TO THE OFFICE SHOWN ABOVE.

Certification of Health Care Provider
(Family and Medical Leave Act of 1993)

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



| *(When completed, this form goes to the employee, Not to the Department of Labor.)* | OMB No.: 1215-0181<br>Expires: 09-30-2010 |
| --- | --- |

| 1. Employee's Name | 2. Patient's Name *(If different from employee)* |
| --- | --- |

3. Page 4 describes what is meant by a **"serious health condition"** under the Family and Medical Leave Act. Does the patient's condition[1] qualify under any of the categories described? If so, please check the applicable category.

(1) _____  (2) _____  (3) _____  (4) _____  (5) _____  (6) _____ , or None of the above _____

4. Describe the **medical facts** which support your certification, including a brief statement as to how the medical facts meet the criteria of one of these categories:

5.  a. State the approximate **date** the condition commenced, and the probable duration of the condition (and also the probable duration of the patient's present **incapacity**[2] if different):

    b. Will it be necessary for the employee to take work only **intermittently or to work on a less than full schedule** as a result of the condition (including for treatment described in Item 6 below)?

       If yes, give the probable duration:

    c. If the condition is a **chronic condition** (condition #4) or **pregnancy**, state whether the patient is presently incapacitated[2] and the likely duration and frequency of **episodes of incapacity**[2]:

---

[1] Here and elsewhere on this form, the information sought relates **only** to the condition for which the employee is taking FMLA leave.

[2] "Incapacity," for purposes of FMLA, is defined to mean inability to work, attend school or perform other regular daily activities due to the serious health condition, treatment therefor, or recovery therefrom.

Form WH-380
Revised December 1999

6.  a.  If additional **treatments** will be required for the condition, provide an estimate of the probable number of such treatments.

   If the patient will be absent from work or other daily activities because of **treatment** on an **intermittent** or **part-time** basis, also provide an estimate of the probable number of and interval between such treatments, actual or estimated dates of treatment if known, and period required for recovery if any:

   b.  If any of these treatments will be provided by **another provider of health services** (e.g., physical therapist), please state the nature of the treatments:

   c.  **If a regimen of continuing treatment** by the patient is required under your supervision, provide a general description of such regimen (*e.g.*, prescription drugs, physical therapy requiring special equipment):

7.  a.  If medical leave is required for the employee's **absence from work** because of the **employee's own condition** (including absences due to pregnancy or a chronic condition), is the employee **unable to perform work** of any kind?

   b.  If able to perform some work, is the employee **unable to perform any one or more of the essential functions of the employee's job** (the employee or the employer should supply you with information about the essential job functions)? If yes, please list the essential functions the employee is unable to perform:

   c.  If neither a. nor b. applies, is it necessary for the employee to be **absent from work for treatment**?

8. a. If leave is required to **care for a family member** of the employee with a serious health condition, **does the patient require assistance** for basic medical or personal needs or safety, or for transportation?

    b. If no, would the employee's presence to provide **psychological comfort** be beneficial to the patient or assist in the patient's recovery?

    c. If the patient will need care only **intermittently** or on a part-time basis, please indicate the probable **duration** of this need:

_____

Signature of Health Care Provider                 Type of Practice

Address                                    Telephone Number

                                                        Date

**To be completed by the employee needing family leave to care for a family member:**

State the care you will provide and an estimate of the period during which care will be provided, including a schedule if leave is to be taken intermittently or if it will be necessary for you to work less than a full schedule:

_____

Employee Signature                                           Date

A "**Serious Health Condition**" means an illness, injury impairment, or physical or mental condition that involves one of the following:

1. Hospital Care

   **Inpatient care** (*i.e.*, an overnight stay) in a hospital, hospice, or residential medical care facility, including any period of incapacity[2] or subsequent treatment in connection with or consequent to such inpatient care.

2. Absence Plus Treatment

   (a) A period of incapacity[2] of **more than three consecutive calendar days** (including any subsequent treatment or period of incapacity[2] relating to the same condition), that also involves:

      (1) **Treatment**[3] **two or more times** by a health care provider, by a nurse or physician's assistant under direct supervision of a health care provider, or by a provider of health care services (*e.g.*, physical therapist) under orders of, or on referral by, a health care provider; or

      (2) **Treatment** by a health care provider on **at least one occasion** which results in a **regimen of continuing treatment**[4] under the supervision of the health care provider.

3. Pregnancy

   Any period of incapacity due to **pregnancy**, or for **prenatal care.**

4. Chronic Conditions Requiring Treatments

   A **chronic condition** which:

      (1) Requires **periodic visits** for treatment by a health care provider, or by a nurse or physician's assistant under direct supervision of a health care provider;

      (2) Continues over an **extended period of time** (including recurring episodes of a single underlying condition); and

      (3) May cause **episodic** rather than a continuing period of incapacity[2] (*e.g.*, asthma, diabetes, epilepsy, etc.).

5. Permanent/Long-term Conditions Requiring Supervision

   A period of **Incapacity**[2] which is **permanent or long-term** due to a condition for which treatment may not be effective. The employee or family member must be **under the continuing supervision of, but need not be receiving active treatment by, a health care provider.** Examples include Alzheimer's, a severe stroke, or the terminal stages of a disease.

6. Multiple Treatments (Non-Chronic Conditions)

   Any period of absence to receive **multiple treatments** (including any period of recovery therefrom) by a health care provider or by a provider of health care services under orders of, or on referral by, a health care provider, either for **restorative surgery** after an accident or other injury, **or** for a condition that **would likely result in a period of Incapacity**[2] **of more than three consecutive calendar days in the absence of medical intervention or treatment,** such as cancer (chemotherapy, radiation, etc.), severe arthritis (physical therapy), and kidney disease (dialysis).

This optional form may be used by employees to satisfy a mandatory requirement to furnish a medical certification (when requested) from a health care provider, including second or third opinions and recertification (29 CFR 825.306).

*Note:* Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number.

---

[3] Treatment includes examinations to determine if a serious health condition exists and evaluations of the condition. Treatment does not include routine physical examinations, eye examinations, or dental examinations.

[4] A regimen of continuing treatment includes, for example, a course of prescription medication (*e.g.*, an antibiotic) or therapy requiring special equipment to resolve or alleviate the health condition. A regimen of treatment does not include the taking of over-the-counter medications such as aspirin, antihistamines, or salves; or bed-rest, drinking fluids, exercise, and other similar activities that can be initiated without a visit to a health care provider.

---

## Public Burden Statement

We estimate that it will take an average of 20 minutes to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, Department of Labor, Room S-3502, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

**DO NOT SEND THE COMPLETED FORM TO THIS OFFICE; IT GOES TO THE EMPLOYEE.**

*U.S. GPO: 2000-461-954/25505

# Employee
# Warning Notice

PLEASE PRINT

Employee Name:  Donna S. Camp

Facility:    Yorkville    Department: Mortgage Originator

## Type of Violation

Attendance                    Carelessness                    (Insubordination)

As a mortgage Loan Originator, employee was informed in January 2008 that she was not authorized to have
access to the Mark IV Retail Loan Program. The access was removed but she found some was to get the
access
and has been using the system which is Insubordination.

Lateness or Early Quit          Failure to Follow Instructions          (Violation of Security Procedures)

Donna did not follow the instructions to refer all Home Equity loans to a Branch Manager authorized for
Mark IV access which is a direct failure to follow instructions.
By continuing to access the program without authorization of her Line of Business Head, Donna also
violated IT security procedures and Audit policy.

Rudeness to Employees    Willful Damage to Material                    Working on Personal Matters
    Or Customers                    or Equipment

Unsatisfactory Work Quality        (Violation of Company)
(Policies or Procedures )Other

Donna violated IT and audit policies and procedures by continuing to access a loan program which she was
not authorized to access and closing loans which she was
not authorized to close.

| **Employer Statement** | **Employee Statement** |
|---|---|
| Date of Violation  02 / 05 / 2008 | ☐  I agree with Employer's Statement. |
| Time____ : ____ AM/PM | ☐ I disagree with Employer's description of violation for these reasons: |

On the above date, Donna
made an unauthorized access
to the Mark IV Loan program
Against the instructions of her
Supervisor.

## Action Taken by Employer:

Warning (verbal or written)    Probation    Suspension    (Dismissal)    Other_____

## Corrective Actions to be taken:

Employment to be terminated on Tuesday,

February 26, 2008

**EXHIBIT**

K

**I have read this Employee Warning Notice and understand it**

Donna refused to Sign

SIGNATURE OF EMPLOYEE _____    ___/___/___
                                                              DATE

_____ Roger D Dotson    02 / 26 / 08
SIGNATURE OF SUPERVISOR WHO ISSUED WARNING                     DATE

Mary Jane Raymond  MARY-JANE RAYMOND    02 / 26 / 08
SIGNATURE OF WITNESS                                            DATE

*Send original signed copy to Human Resources. Supervisor and employee should each keep a copy.*