UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DONNA CAMP | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 08-CV-4020 |
| vs. | ) | |
| | ) | Judge Joan B. Gottschall |
| CENTRUE FINANCIAL CORPORATION, | ) | Magistrate Geraldine Soat Brown |
| | ) | |
| Defendant. | ) | |

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant, Centrue Financial Corporation, by Howard & Howard Attorneys, P.C., 1for its Motion for Enlargement of Time states as follows:

1. The Defendant, Centrue Financial Corporation, removed this action to this Court from the Circuit Court for the Sixteenth Judicial Circuit of Illinois, Kendall County, Illinois, on July 15, 2008.

2. Pursuant to Federal Rule of Civil Procedure 81(c)(2), Defendant's responsive pleading to Plaintiff's Verified Complaint and Demand for Trial by Jury ("Complaint") is due five days thereafter, specifically July 21, 2008.

3. Plaintiff has brought this action against the wrong party, bank holding company Centrue Financial Corporation, rather than Centrue Bank, which actually employed Plaintiff. Defendant's counsel has discussed this matter with Plaintiff's attorney, Daniel J. Kramer, Esq. Mr. Kramer has indicated that he would review the issue and this request for enlargement of time is made for the purpose of allowing Plaintiff sufficient time to determine the proper party defendant and seek leave to file an Amended Complaint, should she choose to do so, without the need of Defendant first filing responsive pleadings.

4. Defendant respectfully requests a 30-day extension of the date for its responsive pleading, specifically to and including August 20, 2008, to allow Plaintiff sufficient time to seek leave to amend her Complaint, should she decide to do so.

5. Defendant's counsel has discussed this request with Plaintiff's attorney, Daniel J. Kramer, Esq., and Mr. Kramer has indicated that he has no objection to this request.

WHEREFORE, the Defendant prays that this Motion be allowed and that an order be entered extending Defendant's date for filing a responsive pleading to and including August 20, 2008.

Respectfully submitted this 18th day of July, 2008.

CENTRUE FINANCIAL CORPORATION,
Defendant,

By: /s/ Michael D. Gifford
　　　Michael D. Gifford
　　　One of Its Attorneys

**MICHAEL D. GIFFORD, ESQ. (ARDC #319020)**
**HOWARD & HOWARD ATTORNEYS, P.C.**
211 Fulton Street, Suite 600
Peoria, Illinois 61602-1350
Telephone: 309-672-1483
Facsimile: 309-672-1568
mgifford@howardandhoward.com

**ALISA B. ARNOFF, ESQ. (ARDC # 6197379)**
**SCALAMBRINO & ARNOFF, LLP**
Suite 1600
One North LaSalle Street
Chicago, Illinois 60602
Telephone: 312-629-0545
Facsimile: 312-629-0550
aba@sacounsel.com
(Local Counsel)

CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that he caused to be served upon the following counsel of record a true and correct copy of the foregoing MOTION FOR ENLARGEMENT OF TIME on July 18, 2008, by using the CM/ECF system which will send notification of such filings to the following:

> Alisa B. Arnoff, Esq.
> Scalambrino & Arnoff, LLP
> Suite 1600
> One North LaSalle Street
> Chicago, Illinois 60602

and by placing in the United States Post Office, Peoria, Illinois, with sufficient postage affixed thereto, properly addressed as follows:

> Daniel J. Kramer
> Law Offices of Daniel J. Kramer
> 1107A South Bridge Street
> Yorkville, Illinois 60560

          /s/ Michael D. Gifford
          Michael D. Gifford