UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DONNA CAMP | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 08-CV-4020 |
| vs. | ) | |
| | ) | Judge Joan B. Gottschall |
| CENTRUE FINANCIAL CORPORATION, | ) | Magistrate Geraldine Soat Brown |
| | ) | |
| Defendant. | ) | |

NOTICE OF MOTION

TO: Daniel J. Kramer
Law Offices of Daniel J. Kramer
1107A South Bridge Street
Yorkville, Illinois 60560

PLEASE TAKE NOTICE that on Thursday, July 24, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant shall appear before the Hon. Joan B. Gottschall or any judge sitting in her stead, in the courtroom usually occupied by her in Courtroom 2325, U.S. Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached Motion for Enlargement of Time.

Respectfully submitted this 18th day of July, 2008.

CENTRUE FINANCIAL CORPORATION,
Defendant,


By: /s/ Michael D. Gifford
Michael D. Gifford
One of Its Attorneys

#398855-v1

CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that he caused to be served upon the following counsel of record a true and correct copy of the foregoing NOTICE OF MOTION on July 18, 2008, by using the CM/ECF system which will send notification of such filings to the following:

> Alisa B. Arnoff, Esq.
> Scalambrino & Arnoff, LLP
> Suite 1600
> One North LaSalle Street
> Chicago, Illinois 60602

and by placing same in the United States Post Office, Peoria, Illinois, with sufficient postage affixed thereto, properly addressed as follows:

> Daniel J. Kramer
> Law Offices of Daniel J. Kramer
> 1107A South Bridge Street
> Yorkville, Illinois 60560

          /s/ Michael D. Gifford
          Michael D. Gifford

**MICHAEL D. GIFFORD, ESQ. (ARDC #319020)**
**HOWARD & HOWARD ATTORNEYS, P.C.**
211 Fulton Street, Suite 600
Peoria, Illinois 61602-1350
Telephone: 309-672-1483
Facsimile:  309-672-1568
mgifford@howardandhoward.com

**ALISA B. ARNOFF, ESQ. (ARDC # 6197379)**
**SCALAMBRINO & ARNOFF, LLP**
Suite 1600
One North LaSalle Street
Chicago, Illinois 60602
Telephone:  312-629-0545
Facsimile:  312-629-0550
aba@sacounsel.com
(Local Counsel)