UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONNA CAMP,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRUE FINANCIAL CORPORATION,<br><br>    Defendant. | Case No. 08-CV-4020<br><br>Judge Joan B. Gottschall<br>Magistrate Geraldine Soat Brown |

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendant, Centrue Financial Corporation, by Howard & Howard Attorneys, P.C., respectfully requests the Court enter an order enlarging the time for Defendant to answer or otherwise respond to Plaintiff's Complaint by sixty days to and including October 21, 2008, and in support of its motion, states:

1. On July 18, 2008, Defendant filed its Motion for Enlargement of Time to Respond to the Complaint based on its position that Plaintiff had named the wrong party defendant and to allow Plaintiff's counsel time to investigate the matter and file any appropriate alternative complaint.

2. On July 24, 2008, the Court granted Defendant's Motion for Enlargement of Time requiring a responsive pleading to be filed on or before August 20, 2008.

3. One of Defendant's attorneys, Leonard W. Sachs, spoke earlier today with one of Plaintiff's attorneys, Kelly Kramer, who indicated that Plaintiff intends to file a motion for leave to file an amended complaint adding Centrue Bank as a party defendant on or before August 20, 2008.

4. Ms. Kramer requested that Centrue Bank waive service of process pursuant to Rule 4(d) of the Federal Rules of Civil Procedure and indicated she would comply with the formalities of the rule on or about August 20, 2008.

5. Attorney Sachs, who is also counsel for Centrue Bank, has agreed to accept service of process and to respond to the Complaint on or before October 21, 2008. Because Centrue Bank will have sixty days to file its responsive pleading, these proceedings will not be unnecessarily delayed by granting Defendant's request.

6. Attorney Sachs consulted with Plaintiff's attorney, Kelly Kramer, and Ms. Kramer indicated she has no objection to this request.

WHEREFORE, Defendant, Centrue Financial Corporation, respectfully requests an order extending Defendant's date for filing a responsive pleading to and including October 21, 20008.

Dated: August 19, 2008.

HOWARD & HOWARD ATTORNEYS, P.C.

By: /s/ Michael D. Gifford
  Michael D. Gifford

**MICHAEL D. GIFFORD, ESQ. (ARDC #319020)**
**HOWARD & HOWARD ATTORNEYS, P.C.**
211 Fulton Street, Suite 600
Peoria, Illinois 61602-1350
Telephone: 309-672-1483
Facsimile: 309-672-1568
mgifford@howardandhoward.com

**ALISA B. ARNOFF, ESQ. (ARDC # 6197379)**
**SCALAMBRINO & ARNOFF, LLP**
Suite 1600
One North LaSalle Street
Chicago, Illinois 60602
Telephone: 312-629-0545
Facsimile: 312-629-0550
aba@sacounsel.com
(Local Counsel)

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused to be served upon the following counsel of record a true and correct copy of the foregoing document on August 19, 2008, by using the CM/ECF system which will send notification of such filings to the following:

>Alisa B. Arnoff, Esq.
>Scalambrino & Arnoff, LLP
>Suite 1600
>One North LaSalle Street
>Chicago, Illinois 60602

and by placing in the United States Post Office, Peoria, Illinois, with sufficient postage affixed thereto, properly addressed as follows:

>Daniel J. Kramer
>Law Offices of Daniel J. Kramer
>1107A South Bridge Street
>Yorkville, Illinois 60560

>/s/ Michael D. Gifford
>Michael D. Gifford

3