**FILED**
AUG 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONNA CAMP ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Civil Action No. 08-CV-04020 |
| ) | Judge Joan B. Gottschall |
| CENTRUE FINANCIAL CORPORATION ) | Magistrate Geraldine Soat Brown |
| and CENTRUE BANK ) | |
| Defendant ) | |

### MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT
### TO ADD AN ADDITIONAL DEFENDANT

NOW COMES, the Plaintiff, DONNA CAMP, by and through her Attorneys the Law Office of Daniel J. Kramer, who move this Honorable Court to grant their Motion for Leave to file to Amend the Complaint to Add an Additional Party pursuant to Federal Rule of Civil Procedure 20(a)(2) to add an additional Defendant and in support thereof states and alleges as follows:

1. That the Plaintiff, DONNA CAMP, filed a five count Complaint against the Defendant CENTRUE FINANCIAL CORPORATION in the Sixteenth Judicial Circuit, State of Illinois on or around June 19, 2006.

2. That in or around July 15, 2008 the Defendants, CENTRUE FINANCIAL CORPORATION through their Attorneys filed a Notice of Removal, removing the matter to the United States District Court for the Northern District of Illinois.

3. That upon information and belief CENTRUE FINANCIAL CORPORATION is the holding company for CENTRUE BANK and

CENTRUE BANK is a wholly owned subsidiary of CENTRUE FINANCIAL CORPORATION the named Defendant herein.

4. That upon information and belief the Plaintiff was an employee of CENTRUE BANK and CENTRUE FINANCIAL CORPORATION at the time of transactions and occurrences giving rise to the allegations contained in the original Complaint.

WHEREFORE, the Plaintiff, DONNA CAMP, by and through her Attorneys, the Law Office of Daniel J. Kramer, respectfully requests this Honorable Court grant their Motion for Leave to file their First Amended Complaint to Add an Additional Defendant thereby allowing the Plaintiff to file their First Amended Complaint instanter.

Date: August 19, 2008

_____
Daniel J. Kramer, Attorney at Law

Law Offices of Daniel J. Kramer
1107A S. Bridge St.
Yorkville, IL 60560
Dkramer@dankramerlaw.com
630.553.9500

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused to be served upon the following counsel of record a true and correct copy of the foregoing Motion for Leave to File an Amended Complaint to Add an Additional Defendant on August 22, 2008, by placing the same in the United States Post Office, Yorkville, Illinois with sufficient postage affixed thereto, properly addressed as follows:

Alisa B. Arnoff, Esq.
Scalambrino & Arnoff, LLP
One North LaSalle St., Ste. 1600
Chicago, IL 60602

Michael D. Gifford, Esq.
Howard & Howard Attorneys, P.C.
211 Fulton St., Ste. 600
Peoria, IL 61602-1350

By: _____
Daniel J. Kramer
One of her Attorneys

Law Offices of Daniel J. Kramer
1107A S. Bridge St.
Yorkville, IL 60560
630.553.9500
630-553-5764 (fax)
dkramer@dankramerlaw.com