UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| DONNA CAMP ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No.: 08-CV-4020 |
| vs. ) | |
| ) | Judge Joan B. Gottschall |
| CENTRUE FINANCIAL CORPORATION ) | Magistrate Geraldine Soat Brown |
| and CENTRUE BANK ) | |
| ) | |
| Defendant ) | |

## NOTICE OF MOTION

To:  Alisa B. Arnoff, Esq.           Michael D. Gifford, Esq.
     Scalambrino & Arnoff, LLP       Howard & Howard Attorneys, P.C.
     One North LaSalle St., Ste. 1600  211 Fulton St., Ste. 600
     Chicago, IL 60602                 Peoria, IL 61602-1350

Please take notice that on September 4, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Plaintiff shall appear before the Honorable Joan B. Gottschall or any judge sitting in her stead, in the courtroom usually occupied by her in Courtroom 2325, U.S. Courthouse, Dirksen Building, 219 S. Dearborn St., Chicago, IL 60604, and shall then and there present Plaintiff's Motion for Leave to File its First Amended Complaint to Add an Additional Defendant.

Respectfully submitted this 22th day of August, 2008.

DONNA CAMP,
Plaintiff,

By: _____
Daniel J. Kramer
One of her Attorneys

## CERTIFICATE OF SERVICE



The undersigned attorney hereby certifies that he caused to be served upon the following counsel of record a true and correct copy of the foregoing Notice of Motion on August 22, 2008, by placing the same in the United States Post Office, Yorkville, Illinois with sufficient postage affixed thereto, properly addressed as follows:

Alisa B. Arnoff, Esq.
Scalambrino & Arnoff, LLP
One North LaSalle St., Ste. 1600
Chicago, IL 60602

Michael D. Gifford, Esq.
Howard & Howard Attorneys, P.C.
211 Fulton St., Ste. 600
Peoria, IL 61602-1350

By: _____
Daniel J. Kramer
One of her Attorneys

Law Offices of Daniel J. Kramer
1107A S. Bridge St.
Yorkville, IL 60560
630.553.9500
630-553-5764 (fax)
dkramer@dankramerlaw.com